Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Jaclyn M. Ford, Esq. (SBN 272641)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | CASE NO. 16-CV-07387-KAW<br><br>**DECLARATION OF MARK R. FIGUEIREDO, ESQ. IN SUPPORT OF PETITION FOR ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:     March 13, 2017<br>Time:    TBD<br>Dept.:    TBD<br>Judge:   Hon. Kandis A. Westmore |

I, Mark R. Figueiredo, Esq. declare as follows:

1.  I am an attorney at law at Structure Law Group, LLP, attorneys for Defendants Indyzen, Inc., and Praveen Narra Kumar (collectively the "Defendants"). I make this declaration in support of Defendants' Petition for Order Compelling Arbitration. The facts stated herein are true of my knowledge. If called upon, I could and would competently testify thereto.

2.  On February 6, 2017, I e-mailed Adam Wolek, Esq., counsel for Plaintiffs Parkridge Limited and Mabel Mak (collectively the "Plaintiffs") to request that Plaintiffs agree to arbitrate the entire case pursuant to the arbitration clause in the Software Development and Licensing Agreement that was attached to the back of their complaint (the "Morfit Agreement"). (*See* Compl., **Exhibit B**, ¶ 11.)

DECLARATION OF MARK R. FIGUEIREDO IN SUPPORT OF PETITION FOR ORDER COMPELLING ARBITRATION

3. Later that day, on February 6, 2017, Adam Wolek replied to my e-mail to schedule a phone call for February 10, 2017. A true and correct copy of this email chain is attached hereto as **Exhibit A**.

4. On February 10, 2017, I spoke with Adam Wolek on the phone and requested that Plaintiffs agree to arbitrate their claims against Defendants. Plaintiffs refused.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of March, 2017, at San Jose, California.

*/s/ Mark R. Figueiredo*

Mark R. Figueiredo

- 2 -
DECLARATION OF MARK R. FIGUEIREDO IN SUPPORT OF PETITION FOR ORDER COMPELLING ARBITRATION

# Exhibit A

| | |
|---|---|
| **From:** | Adam Wolek <adamw@wonoip.com> |
| **Sent:** | Monday, February 06, 2017 5:27 PM |
| **To:** | Mark Figueiredo; Brian Noack |
| **Cc:** | david@makmanlaw.com; Ethan Solove |
| **Subject:** | RE: Parkridge Limited v. Indyzen, Inc. |

Hi Mark,

We agree to your request for extension of time to respond.

Regards,

Adam

**Adam Wolek**
adamw@wonoip.com
P: 312.860.9006
F: 708.843.0509

**Wolek & Noack**
333 S. Wabash Ave.
Suite 2700
Chicago, IL  60604
www.wonoip.com

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

**From:** Mark Figueiredo [mailto:mrf@structurelaw.com]
**Sent:** Monday, February 6, 2017 6:59 PM
**To:** Adam Wolek <adamw@wonoip.com>; Brian Noack <BrianN@wonoip.com>
**Cc:** david@makmanlaw.com; Ethan Solove <ESolove@structurelaw.com>
**Subject:** RE: Parkridge Limited v. Indyzen, Inc.

Adam,

Will you agree to extend the deadline for my clients to respond to the lawsuit until March 10, 2017?

I was planning on working on our papers Friday.  Assuming you will extend, I will be available for a call at 1:30pm PST on Friday.  Please confirm in which case I look forward to speaking with you then,

Mark

**From:** Adam Wolek [mailto:adamw@wonoip.com]
**Sent:** Monday, February 06, 2017 4:50 PM
**To:** Mark Figueiredo; Brian Noack
**Cc:** david@makmanlaw.com; Ethan Solove
**Subject:** RE: Parkridge Limited v. Indyzen, Inc.

Hi Mark,

Sorry I missed your call, but I was out of the office today. This week is spotty for me with timing, but Friday should be pretty open for a call. Does 12pm PST on Friday work for you for a call? If not, I should be free after that as well.

Regards,

Adam

**Adam Wolek**
adamw@wonoip.com
P: 312.860.9006
F: 708.843.0509

**Wolek & Noack**
333 S. Wabash Ave.
Suite 2700
Chicago, IL  60604
www.wonoip.com

_____

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

**From:** Mark Figueiredo [mailto:mrf@structurelaw.com]
**Sent:** Monday, February 6, 2017 4:49 PM
**To:** Adam Wolek <adamw@wonoip.com>; Brian Noack <BrianN@wonoip.com>
**Cc:** david@makmanlaw.com; Ethan Solove <ESolove@structurelaw.com>
**Subject:** Parkridge Limited v. Indyzen, Inc.

Adam,

I just let you a VM and thought I would send this as well.

This law firm represents defendants in the above-referenced lawsuit.  Per Section 11 of the Software Development and Licensing Agreement between Parkridge Limited and Indyzen, Inc. that your client is suing on (Exhibit B to the Complaint), the parties agreed to binding arbitration.  Accordingly, we propose that the present controversy be submitted to arbitration in accordance with the parties' agreement.

Please confirm by Thursday, February 9, 2017 that your clients will agree to submit the matter to arbitration so that we can avoid having to make a motion for the judge to rule upon.  I look forward to your response.  Regards,

Mark R. Figueiredo
Structure Law Group, LLP
1754 Technology Drive, Suite 135
San Jose, CA 95110
(408) 441-7500
(408) 228-8787 fax
www.structurelaw.com

This E-mail is an electronic communication under the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the intended recipient.  This E-mail may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication.   Any review or distribution by others is strictly prohibited.  If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.