Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Jaclyn M. Ford, Esq. (SBN 272641)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110
Telephone: (408) 441-7500
Facsimile:  (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | CASE NO.  16-CV-07387-KAW<br><br>**[PROPOSED] ORDER ON PETITION FOR ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:     March 13, 2017<br>Time:     TBD<br>Dept.:    TBD<br>Judge:   Hon. Kandis A. Westmore |

The Court, having considered Defendants Indyzen, Inc., and Praveen Narra Kumar's (collectively the "Defendants") Petition for Order Compelling Arbitration pursuant to 9 U.S.C. § 4, and finding good cause therefor,

IT IS ORDERED that Defendants' Petition for Order Compelling Arbitration is GRANTED as follows:

///

///

///

///

///

1 | Plaintiffs Parkridge Limited and Mabel Mak shall arbitrate in San Jose, California, all of their claims against Defendants arising out of or related to this current lawsuit.

IT IS SO ORDERED.

Dated: _____     _____
                                 Hon. Kandis A. Westmore
                                 Magistrate Judge of the United States District Court