Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Jaclyn M. Ford, Esq. (SBN 272641)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110
Telephone: (408) 441-7500
Facsimile:  (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | CASE NO.  16-CV-07387-KAW<br><br>**NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING ARBITRATION PURSUANT TO 9 U.S.C. § 3**<br><br>Date:     April 20, 2017<br>Time:    11:00 AM<br>Dept.:    TBD<br>Judge:   Hon. Kandis A. Westmore |

To Plaintiffs Parkridge Limited and Mabel Mak (collectively the "Plaintiffs"):

  Please take notice that on April 20, 2017, at 11:00 a.m., or as soon thereafter as the matter may be heard at the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, in a Department yet to be determined, Defendants Indyzen, Inc., and Praveen Narra Kumar (collectively the "Defendants") will, and hereby do, move the Court for an Order to Stay Action Pending the Arbitration that is requested and discussed at length in the Petition for Order Compelling Arbitration and its accompanying documents that were filed concurrently with this Motion.

  This Motion is made pursuant to 9 U.S.C. § 3 on the grounds that if the Court grants any

- 1 -

NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING ARBITRATION

1  part of Defendants' Petition for Order Compelling Arbitration that was filed concurrently with
2  this Motion, the entire case should be stayed pending the outcome of that arbitration.
3    This Motion is based on this Notice of Motion and Motion, the pleadings, records, and
4  files of this lawsuit, and on such other and further oral and documentary evidence and legal
5  memoranda as may be presented at or before the hearing on this Motion.

7  Date: March 8, 2017      STRUCTURE LAW GROUP, LLP

9               By:   /s/ Ethan G. Solove
                 Ethan G. Solove, Esq.
10               Attorneys for Defendant
                 INDYZEN, INC., and PRAVEEN NARRA
11               KUMAR