Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Jaclyn M. Ford, Esq. (SBN 272641)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110
Telephone: (408) 441-7500
Facsimile:  (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | CASE NO.  16-CV-07387-KAW<br><br>**[PROPOSED] ORDER ON MOTION TO STAY ACTION PENDING ARBITRATION PURSUANT TO 9 U.S.C. § 3**<br><br>Date:     April 20, 2017<br>Time:    11:00 AM<br>Dept.:    TBD<br>Judge:   Hon. Kandis A. Westmore |

The Court, having considered Defendants Indyzen, Inc., and Praveen Narra Kumar's (collectively the "Defendants") Motion to Stay Action Pending Arbitration pursuant to 9 U.S.C. § 3, and finding good cause therefor,

IT IS ORDERED that Defendants' Motion to Stay Action Pending Arbitration is GRANTED as follows:

///

///

///

///

1  The action of *Parkridge Limited et al. v. Indyzen, Inc. et al.*, Civil Action No. 16-CV-
2  07387-KAW, is stayed pending the conclusion of court-ordered arbitration proceedings related to
3  this case.
4  IT IS SO ORDERED.

6  Dated: _____          _____
                                          Hon. Kandis A. Westmore
7                                         Magistrate Judge of the United States District
8                                         Court