**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

SUSAN Y. SOONG                                    PHONE: 510-637-3530
CLERK OF COURT                                    WWW.CAND.USCOURTS.GOV

March 9, 2017

Re:   Parkridge Ltd., et al v. Indyzen, Inc., et al
      Case No. C16-7387 KAW

Dear Counsel/Parties:

   This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

   The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

   A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction, has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by March 16, 2017.  This form can be found on the Court's website at www.cand.uscourts.gov.

                              Sincerely,

                              FOR THE COURT,
                              Susan Y. Soong, Clerk

                              by: _____
                                  Susan Imbriani
                                  Courtroom Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LTD., ET AL, | No. C 16-7387 KAW |
| Plaintiff(s), | **CLERK'S NOTICE:** |
| v. | **CONSENT OR DECLINATION TO** |
| INDYZEN, INC., ET AL, | **MAGISTRATE JUDGE JURSIDICITON** |
| Defendant(s). | |

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )    **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
**OR**

    ( )    **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____     NAME:_____

COUNSEL FOR
(OR "PRO SE"): _____

_____
*Signature*

2