UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parkridge Limted et al.<br><br>        Plaintiff(s)<br>v.<br><br>Indyzen at al.<br><br>        Defendant(s) | CASE No C 16-7387 KAW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☑ other requested deadline: See attached page

Date: 3/21/2017

/s David Alan Makman
Attorney for Plaintiff

Date: 3/21/2017

/s Mark Figueiredo
Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

U.S. DISTRICT/MAGISTRATE JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

Attachment to ADR Stip
Parkridge Limited et Al. v. Indyzen et al Case No. C-16-7387 KAW

Plaintiffs have proposed private mediation, in San Francisco, using JAMS by year end with costs split evenly.

Defendants believe that the parties should arbitrate or otherwise engage in ADR in accordance with and following the Court's ruling on the pending motion to compel arbitration.