# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED<br><br>Plaintiff(s)<br><br>v.<br><br>INDYZEN, INC., a California corporation<br><br>Defendant(s) | Case No. C 16-cv-07387-KAW<br><br>ADR CERTIFICATION BY PARTIES<br>AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/22/17      Signed: Parkridge Ltd.
                                        Party

Date: 3/23/17      Signed: Adam Wolek
                                        Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 11-2016