Keith R. Gillette (Bar No. 191082)
kgillette@archernorris.com
Adrian T. Lambie (Bar No. 268247)
alambie@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:   925.930.6600
Facsimile:    925.930.6620

Mark R. Figueiredo, Esq. (Bar No. 178850)
Ethan G. Solove, Esq. (Bar No. 308026)
Jaclyn M. Ford, Esq. (Bar No. 272641)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone:   408.441.7500
Facsimile:    408. 441.7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | Case No.:   4:16-cv-07387-KAW<br><br>Judge:   Hon. Kandis A. Westmore<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Archer Norris, A Professional Law Corporation, hereby associates with Structure Law Group, LLP as counsel of record for Defendants Indyzen, Inc. and Praveen Narra Kumar (collectively, "Defendants") in the above-captioned matter.

1
NOTICE OF ASSOCIATION OF COUNSEL

All pleadings and papers served on Defendants should also be directed to:

Keith R. Gillette
kgillette@archernorris.com
Adrian T. Lambie
alambie@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:    925.930.6600
Facsimile:    925.930.6620

Dated: June 14, 2017                    ARCHER NORRIS

/s/ Adrian T. Lambie

Adrian T. Lambie
Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

Dated: June 14, 2017                    STRUCTURE LAW GROUP, LLP

/s/ Mark R. Figueiredo

Mark R. Figueiredo
Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

## ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

I, Adrian T. Lambie, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 14, 2017                    /s/ Adrian T. Lambie