1  Your name: Adam Wolek
2  Address: Taft Stettinius & Hollister LLP, 111 East Wacker
3  Suite 2800, Chicago, IL  60601
4  Phone Number: 312-836-4063
5  E-mail Address: awolek@taftlaw.com
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

| Parkridge Limited et al. | ) Case Number: 4:16-cv-07387 |
| Plaintiff, | ) [Name] Adam Wolek |
| vs. | ) **NOTICE OF CHANGE OF** [check box]: |
| Indyzen, Inc. et al. | ) ☑ **ADDRESS** |
|  | ) ☑ **PHONE NUMBER** |
|  | ) ☑ **EMAIL** |
| Defendant. | ) **Judge:** Hon. Kandis Westmore |

As of [date of change] June 30, 2017,
my contact information has changed [check box and fill in]:

☑ Address: Taft Stettinius & Hollister LLP, 111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601

☑ Phone number: 312-836-4063

☑ Email: awolek@taftlaw.com

Date: 7-17-17          Signature: 
                       Printed name: Adam Wolek
                       Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. 4:16-cv-07387                      ; PAGE 1 OF 1 [JDC TEMPLATE Rev.6/2017]