Adam Wolek (*pro hac vice*)
Brian Noack (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

Attorneys for Plaintiffs
Parkridge Ltd. and Mabel Mak

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual, <br> Defendants. | **Case No.** 16-cv-07387-KAW <br><br> **JOINT STATUS REPORT** <br><br> Date:   July 17, 2017 <br> Time:   N/A <br> Dept.:   N/A <br> Judge:  Hon. Kandis A. Westmore |

**JOINT STATUS REPORT**                                    1

The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case. The Parties have filed for arbitration pursuant to the Court's order, which is currently pending.

Separately, Plaintiffs maintain that this Court had jurisdiction over these matters, dispute that any arbitrator has jurisdiction over these matters, as further indicated in their filings (*see, e.g.*, Docket Nos. 1 and 19), and reserve all rights hereto.[1]

| | |
|---|---|
| DATED:  July 17, 2017 | Respectfully submitted, |
| | By: /s/  Adam Wolek |
| | Adam Wolek (*pro hac vice*) |
| | Brian Noack (*pro hac vice*) |
| | Taft Stettinius & Hollister LLP |
| | 111 E. Wacker Drive, Suite 2800 |
| | Chicago, Illinois 60601-3713 |
| | Tel: 312.527.4063 |
| | Fax: 312.966.8598 |
| | awolek@taftlaw.com |
| | |
| | LAW OFFICES OF DAVID A. MAKMAN |
| | David A. Makman, SBN 178195 |
| | david@makmanlaw.com |
| | |
| | Attorneys for PLAINTIFFS |
| | |
| DATED:  July 17, 2017 | Respectfully submitted, |
| | STRUCTURE LAW GROUP, LLP |
| | |
| | By:/s/   Adrian Lambie (with permission) |
| | Adrian Lambie, Esq. |
| | Archer Norris |
| | alambie@archernorris.com |
| | 2033 North Main Street, Suite 800 |
| | Walnut Creek, CA 94596 |
| | Attorney for DEFENDANTS |

---

[1] This paragraph is only on behalf of Plaintiffs.

**CERTIFICATE OF SERVICE**

    The undersigned certifies that, on July 17, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: July 17, 2017                                Taft Stettinius & Hollister LLP

                                                    By:/s/   Adam Wolek
                                                       Adam Wolek