1  Your name: Brian T. Noack
2  Address: Taft Stettinius & Hollister LLP
3  111 E Wacker, Ste. 2800 Chicago, IL 60601
4  Phone Number: 312-836-4007
5  E-mail Address: bnoack@taftlaw.com
6  Pro se

7

8                     UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10       Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

11
12  Parkridge Limited et al.                 )   Case Number: 4:16-cv-7387
13                                           )   [Name] Brian Noack
14            Plaintiff,                     )   **NOTICE OF CHANGE OF** [check box]:
15       vs.                                 )   ☑ **ADDRESS**
16  Indyzen, Inc. et al.                     )   ☑ **PHONE NUMBER**
17                                           )   ☑ **EMAIL**
18                                           )   **Judge:** Hon. Kandis Westmore
19            Defendant.                     )

20  As of [date of change] July 21,
21  my contact information has changed [check box and fill in]:
22  ☑  Address: Taft Stettinius & Hollister LLP, 111 East Wacker Dr., Ste. 2800
23              Chicago, Illinois 60601
24  ☑  Phone number: 312-836-4007
25  ☑  Email: bnoack@taftlaw.com
26  Date: 7/21/17        Signature: /s/ Brian T. Noack
27                       Printed name: Brian T. Noack
28                                     Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. _____ ; PAGE 1 OF 1 [*JDC TEMPLATE Rev.6/2017*]