Adam Wolek (pro hac vice)
Brian Noack (pro hac vice)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariners Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile:  (408) 716-3052

Attorneys for Plaintiffs
Parkridge and Mabel Mak

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>　　　　　　　Defendants. | **Case No.** 16-cv-07387-KAW<br><br>**JOINT STATUS REPORT**<br><br><br>Date:　　　October 18, 2017<br>Time:　　　N/A<br>Dept.:　　　N/A<br>Judge:　　　Hon. Kandis A. Westmore |

**JOINT STATUS REPORT**                  1

The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case. The Parties are participating in arbitration pursuant to the Court's order, which is currently pending.

Separately, Plaintiffs maintain that this Court had jurisdiction over these matters, and dispute that any arbitrator has jurisdiction over certain matters, as further indicated in their filings (*see, e.g.*, Docket Nos. 1 and 19), and reserve all rights hereto.

Conversely, Defendants maintain that this Court, by way of its Order Granting Defendants' Motion to Stay Case and Compel Arbitration dated April 18, 2017, has specifically delegated the decision of arbitrability over the claims and the parties to the arbitrator. Defendants reserve all rights relating thereto.

DATED:  October 18, 2017                                  Respectfully submitted,

                                                          By: /s/  *Adam Wolek*
                                                          Adam Wolek (*pro hac vice*)
                                                          Brian Noack (*pro hac vice*)
                                                          Taft Stettinius & Hollister LLP
                                                          111 E. Wacker Drive, Suite 2800
                                                          Chicago, Illinois 60601-3713
                                                          Tel: 312.527.4063
                                                          Fax: 312.966.8598
                                                          awolek@taftlaw.com

                                                          LAW OFFICES OF DAVID A. MAKMAN
                                                          David A. Makman, SBN 178195
                                                          david@makmanlaw.com

                                                          Attorneys for PLAINTIFFS

DATED:  October 18, 2017                                  Respectfully submitted,

                                                          STRUCTURE LAW GROUP, LLP


                                                          By:/s/   Ethan Solove
                                                          Ethan G. Solove, Esq.

**JOINT STATUS REPORT**                      2

1
ESolove@structurelaw.com
Attorneys for DEFENDANTS

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STATUS REPORT** 3

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 18, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: October 18, 2017                    Law Offices of David A. Makman


                                           By:/s/ *David Alan Makman*
                                           David Alan Makman