```
1   Mark R. Figueiredo, Esq. (SBN 178850)
    Ethan G. Solove, Esq. (SBN 308026)
2   Gokalp Y. Gurer, Esq. (SBN 311919)
    STRUCTURE LAW GROUP, LLP
3   1754 Technology Drive, Suite 135
    San Jose, California 95110
4   Telephone: (408) 441-7500
    Facsimile: (408) 441-7501
5
    Attorneys for Defendants
6   INDYZEN, INC. and PRAVEEN NARRA KUMAR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | CASE NO. 16-CV-07387-KAW<br><br>**NOTICE OF PETITION FOR AN ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:   January 18, 2018<br>Time:   11:00 AM<br>Dept.:  TBD<br>Judge:  Hon. Kandis A. Westmore |
|---|---|

To Plaintiffs Parkridge Limited and Mabel Mak (collectively the "Plaintiffs"), and Randy Dobson ("Dobson") California Management Group a/k/a CMG.Asia ("CMG") California Fitness & Yoga Centers ("CFYC"), F8 Vietnam Company (the "F8 Company"), and Boon Global Limited ("Boon").

Please take notice that on January 18, 2018, at 11:00 AM, or as soon thereafter as the matter may be heard at the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, in a Department yet to be determined, Defendant Indyzen, Inc. ("Indyzen") will, and hereby does, petition the Court for an order compelling arbitration of Indyzen's counterclaims against Dobson, CMG, CFYC, F8 Company, and Boon in in the related arbitration, AAA Case No.: 01-17-0003-4918, so that the Arbitrator in that case can determine

- 2 -

1  whether these additional parties should be brought into the arbitration.

2        This Petition is made pursuant to 9 U.S.C. § 4 on grounds that Plaintiffs and Defendants
3  contracted to resolve disputes like this one in arbitration and have been ordered to arbitration by
4  this Court, and Dobson, CMG, CFYC, F8 Company, and Boon are all also bound to the same
5  contractual arbitration but have refused to arbitrate as required.

6        This Petition is based on this Notice of Petition and the accompanying Petition to Compel
7  Arbitration, Memorandum of Points and Authorities, Request for Judicial Notice and Exhibits
8  thereto, Declaration of Praveen Narra and Exhibits thereto, Declaration of Ethan G. Solove and
9  exhibits thereto, the Proposed Order, the pleadings, records, and files of this lawsuit, and on such
10 other and further oral and documentary evidence and legal memoranda as may be presented at or
11 before the hearing on this Petition.

13 Dated: December 14, 2017           STRUCTURE LAW GROUP, LLP

15                                        By: /s/ Ethan G. Solove
                                           Ethan G. Solove, Esq.
16                                            Attorneys for Defendants
                                           INDYZEN, INC., and PRAVEEN NARRA
17                                            KUMAR