Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Gokalp Y. Gurer, Esq. (SBN 311919)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile:  (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants. | CASE NO.  16-CV-07387-KAW<br><br>**INDYZEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PETITION FOR AN ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:      January 18, 2018<br>Time:     11:00 AM<br>Dept.:     TBD<br>Judge:    Hon. Kandis A. Westmore |

In support of its Petition for an Order Compelling Arbitration Pursuant to 9 U.S.C. § 4, Defendant Indyzen, Inc. ("Indyzen") hereby requests that this Court take judicial notice under Federal Rule of Evidence 201 of the following:

1. Parkridge Limited's ("Parkridge") and Mabel Mak's ("Mak") June 8, 2017 Demand for Arbitration to the American Arbitration Association ("AAA") for arbitration against Indyzen and Praveen Narra Kumar ("Narra"), a true and correct copy of which is attached hereto as **Exhibit A**.

2. Indyzen's and Narra's July 5, 2017 AAA Counterclaim with AAA Case No. 01-

- 1 -

1  17-0003-4918, a true and correct copy of which is attached hereto as **Exhibit B**.

2      3.   Parkridge's and Mak's Motion to Dismiss for AAA Case No. 01-17-0003-4918,
3  a true and correct copy of which is attached hereto as **Exhibit C**.

4      4.   Arbitrator Gary L. Benton's November 6, 2017 Procedural Order No. 2 for Case
5  No. 01-17-0003-4918, a true and correct copy of which is attached hereto as **Exhibit D**.

6      5.   The October 5, 2017 letter from Adam Wolek to Arbitrator Gary L. Benton for
7  AAA Case No. 01-17-0003-4918, a true and correct copy of which is attached hereto as **Exhibit
8  E**.

9      6.   The August 12, 2015 Certificate of Incorporation and December 8, 2018 Annual
10 Return for the Hong Kong entity CMG.Asia Limited, true and correct copies of which are
11 attached hereto as **Exhibit F**.

12     7.   The United States Patent and Trademark Office online listing for the "F8FIT"
13 trademark, a true and correct copy of which is attached hereto as **Exhibit G**.

Dated: December 14, 2017              STRUCTURE LAW GROUP, LLP


                                      By: /s/ Ethan G. Solove
                                          Ethan G. Solove, Esq.
                                          Attorneys for Defendants
                                          INDYZEN, INC., and PRAVEEN NARRA
                                          KUMAR

- 2 -
REQUEST FOR JUDICIAL NOTICE