# Exhibit F



**COMPANIES REGISTRY**

編號 No. 2274270

公司註冊證明書

# CERTIFICATE OF INCORPORATION

*  *  *

本人謹此證明
**I hereby certify that**

**CMG.Asia Limited**

於本日根據香港法例第622章《公司條例》
is this day incorporated in Hong Kong under the Companies Ordinance

在香港成立為法團，此公司是一間
(Chapter 622 of the Laws of Hong Kong), and that this company is

有限公司。
a limited company.

本證明書於二〇一五年八月十二日發出。
**Issued on   12 August 2015.**

香港特別行政區公司註冊處處長鍾麗玲
Ms Ada L L CHUNG
**Registrar of Companies
Hong Kong Special Administrative Region**

註 Note：
公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何其他知識產權。
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.


公司註冊處
Companies Registry

周年申報表
**Annual Return**

表格 Form **NAR1**

公司編號 Company Number
**2274270**

註 Note

**1** 公司名稱 Company Name

CMG.Asia Limited

**2** 商業名稱(如有的話) Business Name (If any)

N/A

**3** 公司類別 Type of Company

請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓] 私人公司 Private company    [ ] 公眾公司 Public company    [ ] 擔保有限公司 Company limited by guarantee

**4** 本申報表的結算日期
Date to which this Return is Made Up

| 12 | 08 | 2016 |
| 日 DD | 月 MM | 年 YYYY |

(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。
如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的6個月屆滿之日。
如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的9個月屆滿之日。

For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.
For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.
For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)

**5** 隨本表格交付的財務報表所涵蓋的會計期
Period Covered by Financial Statements Delivered with this Form
(私人公司無需填報此項  A private company need not complete this section)

| N/A | | | 至 To | N/A | | |
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**6** 註冊辦事處地址 Address of Registered Office

36/F., Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong

提交人資料 Presentor's Reference
姓名 Name: 凱譽香港有限公司
KCS Hong Kong Limited
地址 Address: 36/F., Tower Two, Times Square
1 Matheson Street, Causeway Bay
Hong Kong

電話 Tel: +852 3589 8899    傳真 Fax: +852 3589 8555
電郵 Email:                  Deadline: 23-Sep-2016
檔號 Reference: 006845-REBUNG01/RANWOK01 #VPF:FQ217398#

請勿填寫本欄 For Official Use

22901584892
NAR1L          2274270
26/08/2016

印刷編號 1/2014 (2014年3月)  Specification No. 1/2014 (March 2014)

0044

表格 Form **NAR1**

公司編號 Company Number: 2274270

**7** 電郵地址 Email Address

-

**8** 按揭及押記 Mortgages and Charges

截至本申報表的結算日期,所有根據《公司條例》須向公司註冊處處長登記的,或若於1912年1月1日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

NIL

**9** 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up: -

**10** 股本 Share Capital
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 股份的類別 (如普通股/優先股等) Class of Shares (e.g. Ordinary/ Preference etc.) | 貨幣單位 Currency | 截至本申報表的結算日期 As at the Date to which this Return is Made Up ||| 
|---|---|---|---|---|
| ^ | ^ | 已發行股份 Issued Shares |||
| ^ | ^ | 總數 Total Number | 總款額 Total Amount | 已繳或視作已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| Ordinary | USD | 1 | 1.00 | 1.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 總數 Total | USD | 1 | 1.00 | 1.00 |

第二頁 Page 2

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0045

| 表格 Form | **NAR1** | 公司編號 Company Number |
|---|---|---|
| | | 2274270 |

## 11 公司秘書 Company Secretary

### A. 公司秘書（自然人）Company Secretary (Natural Person)
*(如超過一名公司秘書屬自然人，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名 Name in Chinese | | |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |
| ⑬ 香港通訊地址 Hong Kong Correspondence Address | | |
| | 地區 Region | |
| ⑭ 電郵地址 Email Address | | |

⑮ 身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number  [ ][ ][ ][ ][ ][ ][ ][ ]( )
(b) 護照 Passport — 簽發國家 Issuing Country _____  號碼 Number _____

### B. 公司秘書（法人團體）Company Secretary (Body Corporate)
*(如超過一名公司秘書屬法人團體，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| ⑯ 中文名稱 Name in Chinese | - |
|---|---|
| ⑯ 英文名稱 Name in English | Secreco Limited |
| ⑰ 香港地址 Hong Kong Address | 36/F., Tower Two, Times Square |
| | 1 Matheson Street |
| | Causeway Bay |
| 地區 Region | Hong Kong |
| ⑭ 電郵地址 Email Address | - |

公司編號 Company Number: 139490

第三頁 Page 3

表格 Form **NAR1**

公司編號 Company Number: 2274270

## 12 董事 Directors

### A. 董事（自然人）Director (Natural Person)
(如超過一名就必須自然人，請用續頁B填報 Use Continuation Sheet B if more than 1 director is a natural person)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**⑱ 身分 Capacity:** ✓ 董事 Director ☐ 候補董事 Alternate Director

代替 Alternate to: -

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | 麥美寶 |
| 英文姓名 Name in English | 姓氏 Surname | MAK |
| | 名字 Other Names | Mabel |
| 前用姓名 Previous Names | 中文 Chinese | - |
| | 英文 English | - |
| 別名 Alias | 中文 Chinese | - |
| | 英文 English | - |

**⑲ 住址 Residential Address:**
11A Bo Shek Mansion Blk 1
328 Sha Tsui Road
Tsuen Wan
國家／地區 Country/Region: Hong Kong

**⑳ 電郵地址 Email Address:** -

**㉑ 身分證明 Identification**
(a) 香港身分證號碼 Hong Kong Identity Card Number: P 1 9 3 6 1 2 ( 7 )
(b) 護照 Passport
  簽發國家 Issuing Country: -
  號碼 Number: -

第四頁 Page 4

說明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0047

表格 Form **NAR1**

公司編號 Company Number: 2274270

12 董事 Directors (續上頁 cont'd)

B. 董事（法人團體）Director (Body Corporate)
(如組織名並非法人團體，請用續頁C填報 Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(18) 1  身分 Capacity     ☐ 董事 Director    ☐ 候補董事 Alternate Director    代替 Alternate to

中文名稱 Name in Chinese:

英文名稱 Name in English:

(22) 地址 Address:

國家／地區 Country / Region:

(20) 電郵地址 Email Address:

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(18) 2  身分 Capacity     ☐ 董事 Director    ☐ 候補董事 Alternate Director    代替 Alternate to

中文名稱 Name in Chinese:

英文名稱 Name in English:

(22) 地址 Address:

國家／地區 Country / Region:

(20) 電郵地址 Email Address:

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

第五頁 Page 5

說明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0048

表格 **NAR1**
Form

公司編號 Company Number
2274270

12 董事 Directors (續上頁 cont'd)

C. 備任董事 Reserve Director

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | - |
| 英文姓名 Name in English | 姓氏 Surname | **DOBSON** |
| | 名字 Other Names | **Randy Gene** |
| 前用姓名 Previous Names | 中文 Chinese | - |
| | 英文 English | - |
| 別名 Alias | 中文 Chinese | - |
| | 英文 English | - |
| ⑲ 住址 Residential Address | | 11A Bo Shek Mansion Blk 1 |
| | | 328 Sha Tsui Road |
| | | Tsuen Wan |
| | 國家／地區 Country／Region | Hong Kong |
| ⑳ 電郵地址 Email Address | | - |

㉑ 身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number: R  1 3 8 6 0 8 ( 4 )
(b) 護照 Passport — 簽發國家 Issuing Country: -  號碼 Number: -

第六頁 Page 6

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0049

表格 Form **NAR1**

公司編號 Company Number: 2274270

**23** 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital
(有股本的公司必須填報此項 Company having a share capital must complete this section)

請在適用的空格內加上 ✓ 號 Please tick the relevant box

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**24** 14 公司紀錄 Company Records
(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | N/A |

15 陳述書 Statement
(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2) 條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**25** 提示 Advisory Note
所有公司董事均須閱讀公司註冊處編製的《董事責任指引》，並熟悉指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**6** 簽署 Signed: [signature]

姓名 Name : **Mabel MAK**
董事 Director / 公司秘書 Company Secretary *
* 刪除不適用者 Delete whichever does not apply

日期 Date : **12 August 2016**
日 DD / 月 MM / 年 YYYY

第七頁 Page 7

說明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0050

表格 Form **NAR1**

本申報表的結算日期
Date to which this Return is Made Up

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 12 | 08 | 2016 |

附表一 Schedule 1
(非上市公司適用
FOR NON-LISTED COMPANY)

公司編號 Company Number: 2274270

⑳ 非上市公司的成員詳情 (第 13 項)
Particulars of Member(s) of a Non-listed Company (Section 13)

(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)
(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares: Ordinary

此類別股份的已發行總數 Total Number of Issued Shares in this Class: 1

| 姓名／名稱 Name | 地址 Address | 現時持有量 Current Holding | 轉讓* Transferred* Number | 轉讓* Transferred* Date | 備註 Remarks |
|---|---|---|---|---|---|
| 麥美寶 Mabel MAK | 11A Bo Shek Mansion Blk I, 328 Sha Tsui Road, Tsuen Wan, Hong Kong | 1 | | | |
| Silk Nominees Limited | KCS Chambers, PO Box 4051, Road Town, Tortola, British Virgin Islands | Nil | 1 | 21 Aug 2015 | Founder member's share Transferred to Mabel MAK |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦須一併申報；股份受讓人的姓名／名稱須在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

說明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0051