# Exhibit G

Trademark Electronic Search System (TESS)                                                              11/9/17, 7:44 PM

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 9 03:31:07 EST 2017*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## F8FIT

**Word Mark** F8FIT

**Goods and Services** IC 009. US 021 023 026 036 038. G & S: Computer software and downloadable mobile applications for fitness and wellness management

IC 035. US 100 101 102. G & S: Promoting the goods and services of others by providing an online marketplace featuring fitness and wellness goods and services

IC 038. US 100 101 104. G & S: Providing online chat rooms and electronic bulletin boards for registered users for transmission of messages concerning food, nutrition, personal activities, general interest, classifieds, virtual community, social networking, fitness, and wellness

IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes and seminars in the field of personal development and self-improvement; Personal and group coaching services in the field of fitness, nutrition, and wellness; Education services, namely, mentoring in the field of fitness, nutrition, and wellness; Education services, namely, providing classes, seminars, workshops in the field of fitness, nutrition, and wellness. Providing a website featuring information regarding fitness and wellness

IC 044. US 100 101. G & S: Providing a website featuring information regarding nutrition, dieting, wellness, fitness and health

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial** 87450494

| | |
|---|---|
| **Number** | |
| **Filing Date** | May 15, 2017 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Boon Global Limited CORPORATION HONG KONG 36/F Tower Two, Time Square 1 Matheson Street Causeway Bay HONG KONG |
| **Attorney of Record** | Benjamin D. Rotman |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY