Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Gokalp Y. Gurer, Esq. (SBN 311919)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants. | CASE NO. 16-CV-07387-KAW<br><br>**DECLARATION OF PRAVEEN NARRA KUMAR IN SUPPORT OF PETITION FOR AN ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:    January 18, 2018<br>Time:    11:00 AM<br>Dept.:   TBD<br>Judge:   Hon. Kandis A. Westmore |

I, Praveen Narra Kumar, declare as follows:

1. I am the Chief Executive Officer and founder of Indyzen, Inc. ("Indyzen"). I make this declaration in support of Indyzen's Petition for an Order Compelling Arbitration pursuant to 9 U.S.C. § 4. The facts stated herein are true of my knowledge, except for those based on information and belief which I believe to be true. If called upon, I could and would competently testify thereto.

2. Indyzen specializes in software, web, and mobile development for businesses. In or around June 2013, I met Randy Dobson ("Dobson") at a professional development event. As discussed throughout this declaration and in the accompanying memorandum of points and

authorities, Dobson runs a growing fitness empire using a vast interconnected web of companies. Parkridge Limited ("Parkridge") is one of these companies. Some of the other major companies in this interconnected web that are referenced throughout this declaration and its accompanying documents are California Management Group a/k/a CMG.Asia ("CMG"), California Fitness & Yoga Centers ("CFYC"), F8 Vietnam Company Limited ("F8 Company") and Boon Global Limited ("Boon").

3.     At the June 2013 professional development event, Dobson and I discussed an idea for an app that could connect personal fitness trainers with clients through a personality matching system (the "Morfit App"). By August 23, 2013, Dobson had formed Parkridge to contract to develop the Morfit App, listing his wife, Plaintiff Mabel Mak ("Mak"), as Parkridge's owner.

4.     Parkridge is just a shell company of Dobson's. It has no employees or physical office space, and does not follow basic corporate formalities like issuing shares or holding annual board or shareholder meetings. Parkridge exists solely for Dobson to contract to develop the Morfit App.

5.     At first, Dobson contracted with a company called Tibco Software ("Tibco") to develop the Morfit App. Dobson initially negotiated the contract with Tibco using another one of his companies called Mega Plus Management, but later switched to use the Parkridge name for the contract. Although Tibco was paid substantially, it soon became apparent that the work that they were doing was not satisfactory, and Dobson wanted out of the Tibco contract. After Dobson got out of the Tibco contract, he then asked Indyzen and me to develop the Morfit App.

6.     Indyzen and Parkridge entered into the agreement dated January 5, 2015 for Indyzen to design the Morfit App (the "Morfit Agreement"). I signed on behalf of Indyzen in my capacity as CEO, and Dobson signed on behalf of Parkridge as its CEO.

7.     Ultimately, Indyzen delivered the Morfit App to Dobson but was never fully paid. After Indyzen delivered the Morfit App to Parkridge, Dobson used CMG, CFYC, F8 Company, and Boon to steal the Morfit App and its intellectual property by cloning it without authorization, before renaming it and selling it out to the world as discussed below.

8.     As mentioned above, Dobson uses a web of interconnected companies to run his

fitness empire, but they all act as one and the same. To begin with, a few weeks after the signing of the Morfit Agreement, in January 2015, Dobson emailed me saying that the payments to Indyzen would be made by yet another company of his called R&R Fitness Holdings ("R&R"), because Dobson "wanted to keep money flow directly out of Parkridge until we are clear of any legal issues with Tibco. Once we are certain no legal issues with Tibco, then R&R will invoice Parkridge for the money." True and correct copies of emails regarding this attempt to keep money out of Parkridge to avoid legal issues are attached hereto as **Exhibit A**.

9. Additionally, at all times during the Morfit App's development, Indyzen interacted with Dobson and individuals at CMG and CFYC. Further, Dobson has taunted me that he is willing to take action to evade litigation, even if that means opening additional companies as he deems necessary. He has also boasted to me that he believes he can shield himself from American law enforcement through the use of offshore banking accounts and entities in the British Virgin Islands and Hong Kong, and has told me that he would be willing to forfeit his United States citizenship to shield himself from American law enforcement.

10 Parkridge, CMG, and CFYC act as one and the same entity, and Dobson has used them all as fronts to work with Narra and Indyzen during the development of the Morfit App. CMG and CFYC are used interchangeably throughout CMG's website. True and correct copies of screenshots from CMG's website are attached hereto as **Exhibit B**. Dobson and many of the same officers and top employees run the CMG and CFYC companies in the same capacities. "WHOIS" is a website that describes information about the registration details of websites across the internet. I ran a WHOIS search on CMG.Asia, and the search shows that the CMG website was registered by a CFYC email address. True and correct copies of a screenshot of the WHOIS search results for CMG.Asia are attached hereto as **Exhibit C**. Dobson routinely conducts CFYC business from his CMG email address and did this in communications with Indyzen throughout the development of the Morfit App. True and correct copies of emails showing this pattern of Dobson's email habits is attached hereto as **Exhibit D**. At Dobson's direction, CFYC worked with Indyzen for several months on the Morfit App, and Dobson even directed his employees at CFYC to assist Indyzen personnel to get work visas so that they could travel to Vietnam to work

DECLARATION OF PRAVEEN NARRA KUMAR

with CFYC employees on developing the Morfit App for him, and true and correct copies of emails reflecting this are attached hereto as **Exhibit E**. During that visit to Vietnam, Indyzen employees worked to customize the Morfit App exclusively for CFYC's needs, working with many CFYC employees on the ground at CFYC's offices. True and correct copies of emails showing Dobson sending Indyzen information about CFYC trainers for Indyzen to customize Morfit App work are in **Exhibit D** (mentioned above and attached hereto). On May 11, 2015, before this litigation began, Dobson posted on his personal Facebook page (that I had access to as a Facebook friend) that it was the "[o]fficial launch day of our new Morfit platform at Cfyc [*sic*] Vietnam", and set the location for the post as CFYC's headquarters. A true and correct copy of this Facebook post is attached hereto as **Exhibit F**. At Dobson's request, I personally went to CFYC's headquarters to assist Dobson in presenting the official launch of the Morfit App to an audience that consisted of mostly CFYC trainers. True and correct copies of pictures of me on stage with Dobson at this launch are attached hereto as **Exhibit G**. On August 24, 2017, in the middle of arbitration, CMG's Director of Human Resources sent an email out to the entire staff at CFYC, as well as the Executive Vice President of Operations at CMG, instructing them to "shred all documents containing confidential and sensitive information when it is not used." A true and correct copy of this email is attached hereto as **Exhibit H**.

   11 F8 Company and Boon are also part of Dobson's network of companies, such that Parkridge, CMG, and CFYC are one and the same as F8 Company and Boon. "WHOIS" is a website that describes information about the registration details of websites across the internet. I ran a WHOIS search on F8Fit.com, which markets the LEEP app (which is just the renamed version of the F8Fit App), and the search shows that the F8Fit website was registered by a CFYC email address. True and correct copies of a screenshot of the homepage for F8Fit.com and the WHOIS search results for F8Fit.com are attached hereto as **Exhibit I**. On April 9, 2017, an email was sent from the Senior HR Operations & Recruitment Manager at CFYC to all CFYC staff containing a list of available job openings. Openings for F8Fit were included on this list. A true and correct copy of this email is attached hereto as **Exhibit J**. On August 17, 2017, an email was sent from the Director of Human Resources at CMG to all CFYC staff, and also an individual

with a F8 Fit email address, announcing the official launch of the LEEP App, which is explicitly described as being "formerly known as F8 Fit." A true and correct copy of this email is attached hereto as **Exhibit K**. The F8Fit App is sold on Google Play, which lists the entity that registered the app as Boon. Further, the developer's contact email address listed for the F8Fit App on this Google Play page is Alfred Mak's, who is Mabel Mak's brother. The F8Fit App is also listed on the Apple iTunes Store as being registered by Boon. A true and correct copy of these Google Play and iTunes Store listings are attached hereto as **Exhibit L**. I ran a search on Justia for the F8Fit trademark, which shows that Boon is the current owner of the F8Fit trademark. A true and correct copy of the results from this Justia search is attached hereto as **Exhibit M**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 14, 2017.

_____
Praveen Narra Kumar