# Exhibit A



Praveen Narra <pn15@indyzen.com>

## Invoicing
2 messages

**Praveen Narra** <pn@indyzen.com>    Fri, Jan 16, 2015 at 9:32 PM
To: Randy Dobson <randyDobson@cmg.asia>
Bcc: pn@indyzen.com

Hey brother,

How about Indyzen invoicing CFYC for Revones reports for the 40k/mo we discussed? I think that'll be simple. Let me know.

Warm Regards,
Praveen Narra
408-649-5885

---

**Randy Dobson - CEO, VTN** <RandyDobson@cmg.asia>    Fri, Jan 16, 2015 at 10:52 PM
To: Praveen Narra <PN@indyzen.com>

Invoice R&R Fitness Holdings.  Thanks brother.

Sent from my iPhone

> On 17 Jan, 2015, at 12:32 pm, Praveen Narra <pn@indyzen.com> wrote:
>
> Hey brother,
>
> How about Indyzen invoicing CFYC for Revones reports for the 40k/mo we discussed? I think that'll be simple. Let me know.
>
> Warm Regards,
> Praveen Narra
> 408-649-5885



Praveen Narra <pn15@indyzen.com>

## Routing Details
8 messages

---

**Praveen Narra** <pn@indyzen.com>     Sat, Jan 17, 2015 at 5:18 AM
To: Rowell Tan Financial Officer <RowellTan@cmg.asia>, Randy Dobson <randydobson@cmg.asia>
Cc: Indyzen Billing <billing@indyzen.com>

Hello Rowell,

Randy wanted me to email you the following routing details and Indyzen will be invoicing R&R Fitness Holdings for $40k/mo for Revones Reports. I will send you work order form and invoice on Monday US time. Randy wanted to keep this separate and this will be unrelated to transactions between Parkridge & my holdings company. In the mean time, here are the bank wiring details for you. Thank you.

Company Name: Indyzen Inc
Company Address: 2033 Gateway Pl Ste 500, San Jose, CA 95110, USA
Account # 117133942
Account type ( Checking or saving): Checking
SWIFT code WFBIUS6S
Name of the bank - Wells Fargo Bank

Amount: US$40,000
Invoice Item: Revones Reports

Please let me know if you have any questions.

**Kindest Regards,
Praveen Narra**
dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
2033 Gateway Pl Ste 500, San Jose, CA 95110
www.indyzen.com



This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.

---

**Randy Dobson - CEO, VTN** <RandyDobson@cmg.asia>     Sat, Jan 17, 2015 at 5:19 AM
To: Praveen Narra <PN@indyzen.com>

Sorry bro I am confused?  The $40K is for the development of morfit.  Not CFYC

Sent from my iPhone

On 17 Jan, 2015, at 8:18 pm, Praveen Narra <pn@indyzen.com> wrote:

Hello Rowell,

Randy wanted me to email you the following routing details and Indyzen will be invoicing R&R Fitness Holdings for $40k/mo for Revones Reports. I will send you work order form and invoice on Monday US time. Randy wanted to keep this separate and this will be unrelated to transactions between Parkridge & my holdings company. In the mean time, here are the bank wiring details for you. Thank you.

Company Name: Indyzen Inc
Company Address: 2033 Gateway Pl Ste 500, San Jose, CA 95110, USA
Account # 117133942
Account type ( Checking or saving): Checking
SWIFT code WFBIUS6S
Name of the bank - Wells Fargo Bank

Amount: US$40,000
Invoice Item: Revones Reports

Please let me know if you have any questions.

Kindest Regards,
Praveen Narra
dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
2033 Gateway Pl Ste 500, San Jose, CA 95110
www.indyzen.com


<image001.jpg>

This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.

---

**Randy Dobson - CEO, VTN** <RandyDobson@cmg.asia>   Sat, Jan 17, 2015 at 5:21 AM
To: Praveen Narra <PN@indyzen.com>

I am paying $120K for the launch of Morfit including Revones reports correct?  $40K per month.

Sent from my iPhone

On 17 Jan, 2015, at 8:18 pm, Praveen Narra <pn@indyzen.com> wrote:

Hello Rowell,

Randy wanted me to email you the following routing details and Indyzen will be invoicing R&R Fitness Holdings for $40k/mo for Revones Reports. I will send you work order form and invoice on Monday US time. Randy wanted to keep this separate and this will be unrelated to transactions between Parkridge & my holdings company. In the mean time, here are the bank wiring details for you. Thank you.

Company Name: Indyzen Inc
Company Address: 2033 Gateway Pl Ste 500, San Jose, CA 95110, USA
Account # 117133942
Account type ( Checking or saving): Checking
SWIFT code WFBIUS6S
Name of the bank - Wells Fargo Bank

Amount: US$40,000
Invoice Item: Revones Reports

Please let me know if you have any questions.

Kindest Regards,
Praveen Narra
dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
2033 Gateway Pl Ste 500, San Jose, CA 95110
www.indyzen.com


<image001.jpg>

This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.

---

**Praveen Narra** <pn@indyzen.com>　　　　　　　　　　　　　　　　　　　　　　Sat, Jan 17, 2015 at 5:26 AM
To: Randy Dobson <RandyDobson@cmg.asia>

In the phone call, I thought you wanted to keep this separate from Parkridge. So, we could bill $120K to R&R Holdings (not sure what this entity is), and later when we raise money, you could take your $120K back from Parkridge. So if we invoice for Revones reports, which is separate, then it would be a different transaction. Call me, and I'll elaborate.

Kindest Regards,
Praveen Narra
dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
2033 Gateway Pl Ste 500, San Jose, CA 95110
www.indyzen.com



This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.
[Quoted text hidden]

**Rowell Tan - Chief Financial Officer, VTN** <RowellTan@cmg.asia>  Sat, Jan 17, 2015 at 5:29 AM
To: Praveen Narra <PN@indyzen.com>
Cc: "Randy Dobson - CEO, VTN" <RandyDobson@cmg.asia>, Indyzen Billing <billing@indyzen.com>

Hi Praveen,

Have received your e-mail and explanation duly noted with thanks.

Rowell

On Jan 17, 2015, at 8:18 PM, Praveen Narra <pn@indyzen.com> wrote:

> Hello Rowell,
>
> Randy wanted me to email you the following routing details and Indyzen will be invoicing R&R Fitness Holdings for $40k/mo for Revones Reports. I will send you work order form and invoice on Monday US time. Randy wanted to keep this separate and this will be unrelated to transactions between Parkridge & my holdings company. In the mean time, here are the bank wiring details for you. Thank you.
>
> Company Name: Indyzen Inc
> Company Address: 2033 Gateway Pl Ste 500, San Jose, CA 95110, USA
> Account # 117133942
> Account type ( Checking or saving): Checking
> SWIFT code WFBIUS6S
> Name of the bank - Wells Fargo Bank
>
> Amount: US$40,000
> Invoice Item: Revones Reports
>
> Please let me know if you have any questions.
>
> Kindest Regards,
> Praveen Narra
> dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
> 2033 Gateway Pl Ste 500, San Jose, CA 95110
> www.indyzen.com
>
> <image001.jpg>
>
> This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.

---

**Randy Dobson - CEO, VTN** <RandyDobson@cmg.asia>  Sat, Jan 17, 2015 at 5:33 AM
To: Praveen Narra <PN@indyzen.com>

R&R is the Parent holding company to Parkridge. **I wanted to keep money flow directly out of Parkridge until we are**

clear of any legal issues with Tibco. Once we are certain no legal issues with Tibco then R&R will invoice Parkridge for the money.

No worries brother we can cover in detail the next call but I will have Rowell send Indyzen payment Monday.

Thanks

Randy

Sent from my iPhone

On 17 Jan, 2015, at 8:26 pm, Praveen Narra <pn@indyzen.com> wrote:

> In the phone call, I thought you wanted to keep this separate from Parkridge. So, we could bill $120K to R&R Holdings (not sure what this entity is), and later when we raise money, you could take your $120K back from Parkridge. So if we invoice for Revones reports, which is separate, then it would be a different transaction. Call me, and I'll elaborate.
>
> Kindest Regards,
> Praveen Narra
> dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
> 2033 Gateway Pl Ste 500, San Jose, CA 95110
> www.indyzen.com
>
> <image001.jpg>
>
> This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.
>
>> On Jan 17, 2015, at 8:21 AM, Randy Dobson - CEO, VTN <RandyDobson@cmg.asia> wrote:
>>
>> I am paying $120K for the launch of Morfit including Revones reports correct?  $40K per month.
>>
>> Sent from my iPhone
>>
>> On 17 Jan, 2015, at 8:18 pm, Praveen Narra <pn@indyzen.com> wrote:
>>
>>> Hello Rowell,
>>>
>>> Randy wanted me to email you the following routing details and Indyzen will be invoicing R&R Fitness Holdings for $40k/mo for Revones Reports. I will send you work order form and invoice on Monday US time. Randy wanted to keep this separate and this will be unrelated to transactions between Parkridge & my holdings company. In the mean time, here are the bank wiring details for you. Thank you.
>>>
>>> Company Name: Indyzen Inc
>>> Company Address: 2033 Gateway Pl Ste 500, San Jose, CA 95110, USA
>>> Account # 117133942
>>> Account type ( Checking or saving): Checking
>>> SWIFT code WFBIUS6S

Name of the bank - Wells Fargo Bank

Amount: US$40,000
Invoice Item: Revones Reports

Please let me know if you have any questions.

Kindest Regards,
Praveen Narra
dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
2033 Gateway Pl Ste 500, San Jose, CA 95110
www.indyzen.com

<image001.jpg>

This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.

---

**Praveen Narra** <pn@indyzen.com>      Sat, Jan 17, 2015 at 5:52 AM
To: Randy Dobson <RandyDobson@cmg.asia>

No worries, brother! I previously thought R&R Holdings holds CFYC, and that you wanted to pay from outside Parkridge. Now, I got you.

This is what we are agreeing for:
Indyzen is providing $80K/mo worth of services. But will bill only $40K/mo for Phase 1. (Total $120K)
We will launch limited featured Morfit Phase 1 by end of April.
Money will be raised by Parkridge and future development efforts and costs will be agreed separately.
This transaction is independent, and will not affect the agreed equity positions of Randy and Praveen in Parkridge Ltd.
We will get our paperwork done between Indyzen and R&R with the above points clarified.

Are we on the same page?

Kindest Regards,
Praveen Narra
dir 408.649.5885 I off 408.844.4100 x885 I fax 408.549.9883
2033 Gateway Pl Ste 500, San Jose, CA 95110
www.indyzen.com



Indyzen Inc
Exceed Excellence™

This email message (including any attachment(s)) may contain proprietary, confidential and / or privileged information from Indyzen Inc. This information

is intended for use only by the designated recipient(s). If you are not the intended recipient, reviewing, using, copying, distributing, taking or failing to take any action based on this information contained herein is strictly prohibited. If you receive this email in error, please notify the sender by reply email, and destroy this email and call us at 1-877-INDYZEN. Any prices / quotes are valid for 30 days.
[Quoted text hidden]

---

**Randy Dobson - CEO, VTN** <RandyDobson@cmg.asia>   Sat, Jan 17, 2015 at 5:55 AM
To: Praveen Narra <PN@indyzen.com>

On the same page brother!

Sent from my iPhone

On 17 Jan, 2015, at 8:53 pm, Praveen Narra <pn@indyzen.com> wrote:

> No worries, brother! I previously thought R&R Holdings holds CFYC, and that you wanted to pay from outside Parkridge. Now, I got you.
>
> This is what we are agreeing for:
> Indyzen is providing $80K/mo worth of services. But will bill only $40K/mo for Phase 1. (Total $120K)
> We will launch limited featured Morfit Phase 1 by end of April.
> Money will be raised by Parkridge and future development efforts and costs will be agreed separately.
> This transaction is independent, and will not affect the agreed equity positions of Randy and Praveen in Parkridge Ltd.
> We will get our paperwork done between Indyzen and R&R with the above points clarified.
>
> Are we on the same page?
>
> Kindest Regards,
> Praveen Narra
> dir 408.649.5885 | off 408.844.4100 x885 | fax 408.549.9883
> 2033 Gateway Pl Ste 500, San Jose, CA 95110
> www.indyzen.com
>
>
> [Quoted text hidden]
> [Quoted text hidden]