# Exhibit B

11/30/2017

**CMG|ASIA**
MAKING LIFE BETTER

CMG | Executive Team

"THE QUALITY OF A COMPANY IS DIRECTLY RELATED TO THE QUALITY OF COMPANY CULTURE"

"THE QUALITY OF A COMPANY IS DIRECTLY RELATED TO THE QUALITY OF COMPANY CULTURE"

With a management board that has over 30 years of combined experience in a dozen different countries, CMG has one of the most well seasoned and professional leadership teams in the industry; enabling it to consistently deliver its brand promise to Make Life Better.

iii

EX. PAGE #1

CMG | Executive Team

# BOARD OF DIRECTORS



## RANDY G. DOBSON
### Chairman

Randy has a storied career that spans over two decades as a business leader in the fitness, lifestyle and entertainment industries. He has been a member of some of the largest global fitness companies in the world and developed companies across multiple sectors in multiple countries throughout Asia. He is regularly featured in top business & lifestyle magazines such as Forbes, Elle and Esquire to name a few. He is a two time recipient of Businessman of the Year as well as CEO of the Year. As the Chairman of CMG.ASIA, Randy has developed some of the most successful brands currently operating in the region using his proven system for creating world class company cultures.

# EX. PAGE # 2

# DANE R. FORT
## Chief Executive Officer



Dane has over 19 years of leadership experience working with and leading the group in a successful career that spans across four countries. Upon completing his studies at University of Washington Business School, Dane joined 24 Hour Fitness, the world's largest privately owned fitness company at the time. After making his mark as one of the top sales and marketing professionals at 24 Hour Fitness, Dane moved to Asia to work at 24 Hour Fitness' Asia subsidiary, California Fitness. There he successfully operated fitness centers in both Hong Kong and Malaysia. In 2007, Dane became one of the founding team members at CMG.ASIA's Fitness Holdings company and now leads as CEO & Managing Partner of the group.

# ROWELL TAN
## Chief Financial Officer



Rowell holds CPA certifications in Vietnam, Philippines and Australia with an MBA in Finance from Ateneo de Manila University (Earned with an MBA in Finance from Ateneo de Manila University (Earned Units). He has worked for some of the world's leading accounting firms including PWC and Deloitte, where he opened both Vietnam offices. He has been working in Vietnam since 1994, helping to grow several large companies in the finance and private investment field. Prior to joining CMG in 2011, Rowell was the CFO for JSM Capitol Indochina Ltd., where he developed extensive experience in managing large funds investing in Vietnam and other markets. Rowell holds a key role in preserving the company's capital and ensuring sound investments while growing the business.

EX. PAGE #3

11/30/2017

http://www.cmg.asia/executive-team/

CMG | Executive Team

EX. PAGE #4

## HUY PHAN
### Vice Chairman



Dr. Phan holds an MBA from Belgium University and a PhD in Business Management from Columbia Common Wealth in the USA. He sits on the board of Vietnam's largest lighting producer Dien Quang and is the Trade Director for the company. Huy began working with the group since 2007 as a business advisor, later socially joining the board of management as the Director of Business Development where he helped the company grow to become the largest and most successful life enhancement company in Vietnam. Huy's extensive knowledge of local business and government relations makes him a valuable strategic resource for expanding the group's interests.

## MARK OAKLEY
### Group Legal Counsel





Mark Oakley is a corporate trained lawyer who has worked with leading international law firms around the world. He has been working with CMG since 2011 and was appointed onto the Board of Directors in 2013. He is the founder and Managing Partner of ACS Legal. ACS Legal is a Saigon based law firm that specializes in foreign direct investment into Vietnam and Southeast Asia. Before coming to Vietnam, Mark worked in London, Singapore, and the Middle East. He advised multinational clients on various large international transactions involving banking, structured finance, M&A, joint ventures, acquisition finance, and commercial agreements.

http://www.cmg.asia/executive-team/

# CMG.ASIA EXECUTIVE TEAM

## MICHAEL WONG
### Chief Creative Officer



Michael is an award-winning designer with over 28 years of professional design and concept development experience, which he has applied to unique projects around the globe. Upon graduating with top honors from the elite Art Institute of Seattle, Michael put his passion for creativity into a multitude of successful businesses, including advertising, fashion, hospitality, design, graphics, interior design and creative concept development. He has been the creative force behind CMG.ASIA's powerful brand presence; including all our facilities and unique lifestyle concepts.

# EX. PAGE #5

11/30/2017

http://www.cmg.asia/executive-team/

CMG | Executive Team

# HUYEN PHAN
## Chief Communications Officer



In 2007, Huyen joined CMG.ASIA at the very beginning of its stellar journey. As Chief Communications Officer, Huyen helps CMG.ASIA tell their brand stories via traditional media, social networks and online media. With a background as a publicist and in public relations, Huyen is an expert who builds a strong image for CMG.ASIA's brands and wins the hearts of many celebrities and influencers in the media. What differentiates Huyen from others in her field of expertise is that she treats lifestyle and wellness as a key part of the entertainment industry, harnessing support from some of the most influential celebrities and editors in Vietnam.

EX. PAGE #6

http://www.cmg.asia/executive-team/

CMG | Executive Team

# MARTIN PAPY
## Chief Technology Officer

As CTO, Martin is responsible for CMG.ASIA's overall technology strategy. Martin has over 15 years of experience in development, design and integration of software solutions specialized in the Web & Digital Marketing industry. Prior to joining CMG.ASIA, Martin was the CTO of PYCO Group for 6 years, steering their production center in Vietnam, and has led major projects, from social and e-commerce platforms to enterprise solutions, for some of the world's largest corporations.

EX. PAGE #7

http://www.cmg.asia/executive-team/

# TRINH VIEN

## Executive Vice President of Finance

Trinh has more than 11 years of professional working experience as an executive member of several international organizations, where she gained her extensive knowledge in finance-related fields. Trinh holds a CPA certification in Vietnam along with a CMA certification in the US. Her expertise includes auditing and accounting in accordance with the Vietnamese Accounting System and International Accounting Standards in the fields of manufacturing, trading, and service. Trinh has played an integral part in maintaining the financial stability of the group, including building a talented, highly efficient team and strong financial controls and systems which support the fast paced growth of the company.



EX. PAGE #8

# JOEL BOURKE

## Executive Vice President of Operations

Joel graduated in 2001 from RMIT University in Melbourne, Australia, with a Bachelor of Applied Science in Hospitality Management and began his career with the Accor Group. During his 10 years with Accor he managed teams in multiple markets, including Australia, Fiji, Cambodia and Vietnam. In 2009, Joel took an executive role at Heritage Resort in Hoi An, later heading up 5 star projects in Da Nang. In 2015, Joel joined CMG.ASIA, responsible for overall client experience and services. With his extensive 5 star hospitality background across several markets, Joel adds significant value to the company by creating systems which introduce new and dynamic initiatives, allowing CMG.ASIA to be rated as one of the top 5 companies in hospitality & tourism in Vietnam for 2015.



EX.PAGE #9

11/30/2017

http://www.cmg.asia/executive-team/

CMG | Executive Team

# DEAN RAMOS
## Executive Vice President of Sales



Dean has over 15 years experience working across three different countries. He is a gifted communicator and speaks multiple languages, making him one of the most versatile leaders in CMG.ASIA's multinational organization. Dean began his career in Hong Kong where he developed his skills as a master recruiter, trainer and team building expert which has served him in developing the most dominate sales and marketing teams in Vietnam today. His award winning expertise in membership sales and marketing has been key to the rapid success of CMG.ASIA's growth in the Vietnam market.

**EX. PAGE # 10**

# SU KONGPANYA

## Executive Vice President of Fitness

Su's passion for athletics stems from his past as a champion Muay Thai fighter where he honed his competitive edge and coaching skills. He has been operating Personal Training departments for 15 years and has created some of the most successful Personal Training teams in multiple countries across Southeast Asia. In addition, he developed a new fitness training technique, Kickfit, which has become one of the most popular mainstream training styles adopted by many chains in Asia. There are few fitness professionals in the world with his depth of knowledge in operating professional and profitable fitness organizations.



EX. PAGE #11

CMG | Executive Team

# PEDRO BALIZA

## Executive Vice President of Marketing

Pedro has more than 8 years of experience in the Retail, E-Commerce and Marketing field in senior management positions. Having worked with Rocket Internet in the early APAC expansion days, he served as a key expansion element for Nova Founders Capital, leading the FinTech investment firm in South East Asia. Most recently, he was with Lazada Group, where he headed the Marketplace and FMCG departments in Vietnam, working closely in bringing top consumer brands into the digital sector. At CMG.ASIA, Pedro oversees Marketing and Retail with a strong focus on digital and analytics.



California Management Group 2015

http://www.cmg.asia/executive-team/

EX. PAGE #12

www.cmg.asia/about/

**CMG ASIA**
MAKING LIFE BETTER

About CMG   CMG Brands   Business Accelerator   Executive Team   News   Contact   Careers

# The origins of California Management Group

California Management Group is the outgrowth of years of innovative experiences and a proven track record of business performance across 7 countries in Asia.

In 2007, California Fitness & Yoga became the first and largest international fitness company to open in Vietnam. With a mission of "Making Life Better" California Fitness & Yoga became a dynamic lifestyle center aiming to inspire, entertain and energize the communities it serves.

By providing cutting edge fitness services and products in a dynamic social setting. By uniquely combining world class fitness services with the latest and most popular entertainment trends, CFYC has created a market where none existed before and in the process inspired a wellness movement in Vietnam which has become one of the fastest growing and most successful consumer segments in the country.




















EX. PAGE #13

EX. PAGE #14

**CMG.Asia Opens First 5-Star Yoga Center in Vietnam**

⋮

December 2, 2016



December 5, 2016

**Inaugural California Star Run Raises 126,300,000VND for Charity**

⋮

November 14, 2016

EX.PAGE#15



# California Fitness Opens First 5-Star Yoga Center in Vietnam



California Fitness launched their new 5-star yoga center, Yoga Plus, with the opening of the first club in Thao Dien Pearl, District 2. It is the first of its kind in Vietnam, combining the historical spirit of yoga with modern luxury.



Subscribe to RSS Feed

**LATEST NEWS**

**CATEGORIES**

CMG News
Frontpage Article
Randy Dobson
Uncategorized

**ARCHIVES**

May 2017
February 2017
December 2016
November 2016

EX. PAGE # 16

The space boasts internationally designed yoga studios and a purified air filtration system



www.cmg.asia/2016/12/02/california-fitness-opens-first-5-star-yoga-center-in-vietnam/

CMG/ASIA
MAKING LIFE BETTER

EX. PAGE#17



*Retail space within Yoga Plus*

Members of Yoga Plus will enjoy private training suites, a chai tea lounge and a retail shop as well as additional cycling and Pilates rooms.

www.cangala/2016/12/02/california-fitness-opens-first-5-star-yoga-center-in-vietnam/

Members of Yoga Plus will enjoy private training suites, a chai tea lounge and a retail shop as well as additional cycling and Pilates rooms.



*Chai Tea Lounge*

EX. PAGE #18

EX. PAGE#19

# CMG ASIA
MAKING LIFE BETTER

## The studio offers traditional Vinyasa, Hatha and Asthtanga yoga classes

For those seeking to further their yoga practice, specialised forms such as Wheel, Aerial and In-Trinity yoga are available. Internationally trained and qualified yogis offer one-on-one intensive classes and counselling.



*Aerial yoga studio*

iii

EX. PAGE #20



Instructors and Yogis at the launch

EX. PAGE #21

January 31, 2016

...

**Mega Fitness Center**

**A Year at Asia's Most Expensive,**

**Members Are Paying Up To $24,000**



TẬP ĐOÀN CALIFORNIA
MANAGEMENT GROUP MỞ THÊM 6
TRUNG TÂM CALIFORNIA FITNESS
& YOGA CENTERS (CFYC) ĐẾN CUỐI
NĂM 2015

EX. PAGE #22

www.cmg.asia/2016/01/12/inside-asias-most-expensive-mega-fitness-center-where-members-pay-up-to-24000-a-year/

**CMG ASIA**
MAKING LIFE BETTER

About CMG    CMG Brands    Business Accelerator    Executive Team    News    Contact    Careers

## Inside Asia's Most Expensive, Mega Fitness Center – Where Members Pay Up To $24,000 A Year

It's hard to imagine someone spending $2000 on their gym membership. While brands such as David Barton's gym and Equinox in America have carved out a name in premium fitness, charging $250 – $300 in monthly fees, you might be shocked to discover people in Asia are paying up to five figures a year for theirs.

**Welcome to California Fitness & Yoga and California Centuryon**



CALIFORNIA
FITNESS & YOGA

Subscribe to RSS Feed

**LATEST NEWS**

**CATEGORIES**

CMG News
Frontpage Article
Randy Dobson
Uncategorized

**ARCHIVES**

May 2017
February 2017
December 2016
November 2016
October 2016
September 2016
August 2016

EX. PAGE #23



**CMG.ASIA**
MAKING LIFE BETTER

careers.cmg.asia/?lang=en

# THE BEST PLACE TO WORK

We make life better by doing what we love. Do you want to be a part of Asia's leading fitness, lifestyle and entertainment company?

FIND YOUR CAREER

With Over 2,000 employees and growing, we're proud to be the best place to work

Home   Careers   About Us   Brands   News   Contact   CMG

California Management Group, owner of California Fitness & Yoga and other well known brands, has made it our mission to become the best place to work in Vietnam by adding more value to your life, professionally and personally, than any other employer. Discover our brands, jobs available and why over 2,000 people have chosen to build their career with us.



Home   Careers   About Us   Brands   News   Contact   CMG

# OUR COMPANY
## IS OUR
# MOST VALUABLE ASSET
## CULTURE

Are you ready to discover career opportunities at California Fitness & Yoga and California Management Group?

Click Here To Learn More







helloBACSI











CA ACTIVE

CAREER   CONTACT US   NEWS AND EVENTS

© California Management Group 2015

EX. PAGE # 24

EX. PAGE#25



CMG ASIA
MAKING LIFE BETTER

careers.cmg.asia/right=right=up/?lang=en

Home   Careers   About Us   Brands   News   Contact   CMG

# CAREER OPPORTUNITIES

Find your dream career at Vietnam's best place to work and discover a world of benefits

**SEE CAREERS BELOW**

Join 2,000 other friends and start your career today

## WHICH CAREER OPPORTUNITY ARE YOU INTERESTED IN?

**California Fitness & Yoga Careers**

California Management Group and California Fitness & Yoga are proud to offer you a wide variety of exciting career opportunities now available throughout 6 cities (Hanoi, HCMC, Da Nang, Nha Trang, Binh Duong and Bien Hoa).

We believe in providing you with the tools and training necessary to excel in your job. All positions include 3 days of cultural training followed by regular training, direct job expectations and KPI within your respective department. Our local career path serve as a roadmap to give to local clarity on what you need to accomplish in order to excel and be promoted to the next level.

EX. PAGE # 26

