# Exhibit C



☐ EN ☐     📞 (480) 505-8877 ▼   Help   Blog   ☐ Sign In ☐   🛒

Domains   Websites   WordPress   Hosting   Web Security   Online Marketing   Email & Office   Phone Numbers   Promos 

# Search the WHOIS Database

| Enter a domain name to search | **Search** |

**Private Registration**   **Local listings**

# WHOIS search results

Domain Name: CMG.ASIA
Registry Domain ID: D107700000003094921-AGRS
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2014-06-16T20:50:04Z
Creation Date: 2014-04-17T02:11:47Z
Registry Expiry Date: 2019-04-17T02:11:47Z
Registrar Registration Expiration Date:
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: C18389732-AGRS
Registrant Name: Cong ty TNHH Cau Lac Bo Ban Nguyet
Registrant Organization: Cong ty TNHH Cau Lac Bo Ban Nguyet
Registrant Street: Tang 3 toa nha Crescent Retail, 105 dg Tan Dat Tien, Tan Phu
Registrant City: Ho Chi Minh
Registrant State/Province: HCM
Registrant Postal Code: 84
Registrant Country: AF
Registrant Phone: +84.911299799
Registrant Phone Ext:
Registrant Fax: +84.911299799
Registrant Fax Ext:
Registrant Email: it@cfyc.com.vn
Registry Admin ID: C18389733-AGRS
Admin Name: Cong ty TNHH Cau Lac Bo Ban Nguyet
Admin Organization: Cong ty TNHH Cau Lac Bo Ban Nguyet

### Want to buy this domain?

Get it with our Domain Buy Service.

**Go**

### Is this your domain?

Add hosting, email and more.

**Go**

Admin Street: Tang 3 toa nha Crescent Retail, 105 dg Tan Dat Tien, Tan Phu
Admin City: Ho Chi Minh
Admin State/Province: HCM
Admin Postal Code: 84
Admin Country: AF
Admin Phone: +84.911299799
Admin Phone Ext:
Admin Fax: +84.911299799
Admin Fax Ext:
Admin Email: it@cfyc.com.vn
Registry Tech ID: C18389734-AGRS
Tech Name: Cong ty TNHH Cau Lac Bo Ban Nguyet
Tech Organization: Cong ty TNHH Cau Lac Bo Ban Nguyet
Tech Street: Tang 3 toa nha Crescent Retail, 105 dg Tan Dat Tien, Tan Phu
Tech City: Ho Chi Minh
Tech State/Province: HCM
Tech Postal Code: 84
Tech Country: AF
Tech Phone: +84.903391269
Tech Phone Ext:
Tech Fax: +84.903391269
Tech Fax Ext:
Tech Email: trinhvo@cfyc.com.vn
Name Server: NS1.DIGIPOWERDNS.COM
Name Server: NS2.DIGIPOWERDNS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form:
https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-11-10T05:06:13Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Access to WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the registry database. The data in this record is provided by The Registry Operator for informational purposes only, and accuracy is not guaranteed. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Registry Operator reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

See Underlying Registry Data

## Need help? Call our award-winning support team 24/7 at (480) 505-8877

**About GoDaddy**
About Us
Contact Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Blog
Blake's Blog

**Support**
Product Support
Community
Report Abuse

**Resources**
Webmail
WHOIS
ICANN Confirmation
Tools for Pros
Redeem Code
Product Catalog
Site Map

**Partner Programs**
Affiliates
Reseller Programs
GoDaddy Pro

**Account**
My Account
My Renewals
Create Account

**Shopping**
Domains
Websites
WordPress
Hosting
Web Security
Online Marketing
Email & Office
Phone Numbers
Promos

Sign up for special offers

[Email Address]   [Submit]

United States - English    USD

Follow Us  f  🐦  g+  ▶

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.