# Exhibit D



Praveen Narra <pn15@indyzen.com>

## Re: Need data from CFYC

**Dane Fort - President & COO, VTN** <DaneFort@cmg.asia>  Fri, Apr 10, 2015 at 11:49 PM
To: "Randy Dobson - CEO, VTN" <RandyDobson@cmg.asia>, Sharda Suresh <sharda.suresh@indyzen.com>
Cc: "Jessie Duong - PA of Regional Vice President of the North, VTN" <JessieDuong@cfyc.com.vn>, "Su Kongpanya - Vice President of Fitness & Regional Vice President of the North, VTN" <SuKongpanya@cfyc.com.vn>, "Vicky Pham - PT Administration Supervisor, VTN" <VickyPham@cfyc.com.vn>, Praveen Narra <PN@indyzen.com>, Venkatadri <venkatadri@compindia.com>

Team-Here is all of the master trainers, asst master trainers and fitness managers.

Thank you ,

Dane

---

**From:** Randy Dobson - CEO, VTN
**Sent:** Saturday, April 11, 2015 11:57 AM
**To:** Sharda Suresh
**Cc:** Jessie Duong - PA of Regional Vice President of the North, VTN; Su Kongpanya - Vice President of Fitness & Regional Vice President of the North, VTN; Vicky Pham - PT Administration Supervisor, VTN; Randy Dobson - CEO, VTN; Dane Fort - President & COO, VTN; Praveen Narra; Venkatadri
**Subject:** Re: Need data from CFYC

Dane

Can you send the email list of master trainers plus Isidi, Al, Randy and FMs

Thanks

R


Sent from my iPhone

On 11 Apr, 2015, at 12:36 pm, Sharda Suresh <sharda.suresh@indyzen.com> wrote:

> Hi All,
>
> Hope you are having a great day.
>
> We still have not received the list of trainers who will be doing the beta testing.
>
> Without that information, we will not be able to start the beta test
>
> Please send that to us soon
>
> Thanks

On Thu, Apr 9, 2015 at 4:00 AM, Sharda Suresh <sharda.suresh@indyzen.com> wrote:

Hi All,

Thanks for taking the time and meeting with us on Tuesday. We are really looking forward to present the app(s) to your team and get their feedback.

We need to add the following information before releasing the App on Monday

1. List of trainers who will be testing the app(s). Please send us the information in the Excel format sent earlier
2. The exact location (address) of the gym where the beta testing is happening. (This will ensure that Geo-location features work as envisaged)
3. UDID's of the users who will be using the iPhone app

The above information has to be programmed into the code, we would appreciate it if you could send them at the earliest.

Please feel free to contact me if you need more information.

Have a great day

Sharda Suresh
Director of Operations
Indyzen Inc.
Ph: +91 9940372810
Skype - sharda.app

--

Thanks,

Sharda Suresh
Director of Operations
Indyzen Inc.
Skype: sharda.app

---

📎 **List MT, FM.XLSX**
12K