# Exhibit E



Praveen Narra <pn15@indyzen.com>

# Vietnam Visas

**Anh Nguyen - Administrative Assistant to the Office of CEO, VTN**  Tue, Nov 24, 2015 at 4:02 AM
<AnhNguyen@cfyc.com.vn>
To: Jyothi <jyothipr@compindia.com>
Cc: Praveen Narra <PN@indyzen.com>, "Maya Ho - Chief of Staff, VTN" <MayaHo@cmg.asia>

Hi Jyothi,

Please see the attached for their visa letter. Can you please ask them to bring it to the airport with 2 of their passport photos in order to get visa at the airport?

For hotel bookings, I will book the same hotel as last time, I got the confirmation already (attached). However, this hotel is full on the 26th Nov, I will just book another hotel (called A&EM hotel) for them for 01 night on the 26th (will send you confirmation tomorrow)

Any question, please feel free to contact.

BRs,

P.Anh

---

**From:** Jyothi [mailto:jyothipr@compindia.com]
**Sent:** Tuesday, November 24, 2015 11:24 AM
**To:** Anh Nguyen - Administrative Assistant to the Office of CEO, VTN
**Cc:** Praveen Narra
**Subject:** RE: Vietnam Visas

Hi Anh,

Good Day!!!

Please process the visa for Hemadri and Sharda as of now, Travel dates might change if Randy wants us too..

We will confirm the same shortly..

Thanks & Regards,

**Jyothi PR**          jyothipr@compindia.com

HR Manager          044-42613578

CompIndia Infotech Pvt. Ltd.



#51, 6th Floor, 3rd wing, Nelson Towers,
Nelson Manickam Road, Aminjikarai, Chennai - 600 029
Ph: **(+91) 44-42613578** | **www.compindia.in**

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet.

**From:** Anh Nguyen - Administrative Assistant to the Office of CEO, VTN [mailto:AnhNguyen@cfyc.com.vn]
**Sent:** Monday, November 23, 2015 12:12 PM
**To:** Jyothi
**Cc:** Praveen Narra
**Subject:** RE: Vietnam Visas

Does it mean that Sharda and Hemadri's flight date is not fixed yet?

Please confirm so that I can arrange visa and hotel accordingly.

Thanks,

P.Anh

---

**From:** Jyothi [mailto:jyothipr@compindia.com]
**Sent:** Monday, November 23, 2015 12:00 PM
**To:** Anh Nguyen - Administrative Assistant to the Office of CEO, VTN
**Cc:** Praveen Narra
**Subject:** RE: Vietnam Visas

Hi Anh,

Good Day!!!

Yes, we need 2 separate hotel rooms for the team, But still we are waiting for Randy to confirm the travel dates.

Moreover, we are planning to send couple more people to Vietnam later, for them it might be more appropriate to get an apartment because they will stay for longer period.

Thanks & Regards,

---

**Jyothi PR**          jyothipr@compindia.com

HR Manager             044-42613578

**CompIndia** Infotech Pvt. Ltd.



#51, 6th Floor, 3rd wing, Nelson Towers,
Nelson Manickam Road, Aminjikarai, Chennai - 600 029
Ph: **(+91)** 44-42613578 | www.compindia.in

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet.

---

**From:** Anh Nguyen - Administrative Assistant to the Office of CEO, VTN [mailto:AnhNguyen@cfyc.com.vn]
**Sent:** Monday, November 23, 2015 8:14 AM
**To:** Jyothi Pushpagiri Rammohan
**Cc:** Praveen Narra
**Subject:** RE: Vietnam Visas

Hi Jyothi,

Please let me know whether you need me to book hotel for them. It's a high tourist season, most of the hotels run out of room. Please confirm soon

Thanks,

P.Anh

---

**From:** Jyothi Pushpagiri Rammohan [mailto:jyothipr@compindia.com]
**Sent:** Saturday, November 21, 2015 9:23 PM
**To:** Anh Nguyen - Administrative Assistant to the Office of CEO, VTN
**Cc:** Praveen Narra
**Subject:** Re: Vietnam Visas

Hi Anh,

Greetings!!!

Please find the flight tickets of my team attached. Kindly let me know if you need any more details.

Thanks & Regards,

| | |
|---|---|
| **Jyothi PR** | jyothipr@compindia.com |
| HR Manager | 044-42613578 |

CompIndia Infotech Pvt. Ltd.



#51, 6th Floor, 3rd wing, Nelson Towers,
Nelson Manickam Road, Aminjikarai, Chennai - 600 029
Ph: **(+91) 44-42613578** | **www.compindia.in**

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet.

On Sat, Nov 21, 2015 at 10:47 AM, Anh Nguyen - Administrative Assistant to the Office of CEO, VTN <AnhNguyen@cfyc.com.vn> wrote:

Hi Jyothi,

Please send me their flight info so that we can arrange vias for them

Thanks,

P.Anh

**From:** Jyothi Pushpagiri Rammohan [mailto:jyothipr@compindia.com]
**Sent:** Friday, November 20, 2015 7:58 PM
**To:** Anh Nguyen - Administrative Assistant to the Office of CEO, VTN
**Cc:** Praveen Narra
**Subject:** Vietnam Visas

Hi Anh,

Good Day!!!

We would like you to process Visa for 2 of my employees, I am hereby forwarding their Passport copy along with this mail. Kindly do the needful.

We will also be sharing you the itineraries by tomorrow.

Thanks and Regards,

| | |
|---|---|
| Jyothi PR | jyothipr@compindia.com |
| HR Manager | 044-42613578 |

CompIndia Infotech Pvt. Ltd.



#51, 6th Floor, 3rd wing, Nelson Towers,
Nelson Manickam Road, Aminjikarai, Chennai - 600 029
Ph: (+91) 44-42613578 | www.compindia.in

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet.

**2 attachments**


**cv12005.pdf**
2297K


**CALIFORNIA FITNESS & YOGA Mrs. Sharda + Mr. Hemadri (27.11-16.12.15) LCP....pdf**
269K