# Exhibit F

 **Randy Dobson** added 5 new photos — with Dane Fort and 9 others at 📍 **California Fitness & Yoga Centers Vietnam**
May 11, 2015 · Ho Chi Minh City, Vietnam · 🔒

**Official launch day of our new Morfit platform at Cfyc Vietnam. The fitness industry will never be the same again! #morfitforyourlife** #makinglifebetter.



👍 Like    💬 Comment    ↪ Share

 You, Nanitha Yamani, Dane Fort and 72 others

2 shares                                            4 Comments

 **Ryan Hubris** Congratulations on continuing to revolutionize Vietnam and the World!
Like · Reply · 👍 1 · May 11, 2015 at 6:05am

 **Luka Janich** congrats
Like · Reply · 👍 1 · May 11, 2015 at 6:39am

**Yen Ney** Congratulations sir! 😊
Like · Reply · May 11, 2015 at 10:44am

**Parasurama Naidu Narra** Congratulations my boy. Keep it up. We like it.
Like · Reply · May 18, 2015 at 6:03am

 Write a comment...             

