# Exhibit H

**From:** Hanh Nguyen - Director of Human Resources, VTN HanhNguyen@CMG.ASIA
**Subject:** Shred documents containing confidential information in club and office! Huy ho so chua thong tin bao mat tai cau lac bo va khoi van phong
**Date:** August 24, 2017 at 8:30 PM
**To:** VTN - All Staffs VTN-AllStaff@cfyc.com.vn
**Cc:** Joel Bourke - Executive Vice President of Operations, VTN JoelBourke@CMG.ASIA

Dear colleagues,

In your daily operations, you will handle various types of documents including personal, private, confidential information of our company, members and colleagues. Please shred all documents containing confidential and sensitive information when it is not used.

You could find shredder in MS Office (clubs) and in all Home Office.

Thank you and best regards,
Hanh

---

Các đồng nghiệp thân mến,

Trong công việc hàng ngày, các bạn sẽ xử lý nhiều loại hồ sơ khác nhau liên quan đến thông tin cá nhân, bảo mật của công ty, hội viên và đồng nghiệp. Vui lòng hủy tất cả hồ sơ chứa đựng các thông tin bảo mật và nhạy cảm ngay khi không còn sử dụng nữa.

Các bạn có thể sử dụng máy hủy giấy tại văn phòng của bộ phận MS (khu vực câu lạc bộ) và trong khu vực văn phòng.

Cám ơn và trân trọng
Hạnh