# Exhibit I



  EN    (480) 505-8877   Help   Blog   | Sign In

Domains   Websites   WordPress   Hosting   Web Security   Online Marketing   Email & Office   Phone Numbers   Promos

## Search the WHOIS Database

Enter a domain name to search                                                                         **Search**

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: F8FIT.COM
Registry Domain ID: 2026675210_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2017-04-28T02:40:12Z
Creation Date: 2016-05-08T09:33:15Z
Registrar Registration Expiration Date: 2018-05-08T09:33:15Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phan Ngoc Huy
Registrant Organization: CONG TY TRACH NHIEM HUU HAN F8 VIETNAM
Registrant Street: SO 464-466-468 Phan Xich Long, Phuong 2, Quan Phu Nhuan
Registrant City: Ho Chi Minh
Registrant State/Province: Ho Chi Minh
Registrant Postal Code: 700000
Registrant Country: VN
Registrant Phone: +84.903391269
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: it@cfyc.com.vn
Registry Admin ID: Not Available From Registry
Admin Name: Phan Ngoc Huy
Admin Organization: CONG TY TRACH NHIEM HUU HAN F8 VIETNAM
Admin Street: SO 464-466-468 Phan Xich Long, Phuong 2, Quan Phu Nhuan
Admin City: Ho Chi Minh
Admin State/Province: Ho Chi Minh

### Want to buy this domain?

Get it with our Domain Buy Service.

**Go**

### Is this your domain?

Add hosting, email and more.

**Go**

Admin Postal Code: 700000
Admin Country: VN
Admin Phone: +84.903391269
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: it@cfyc.com.vn
Registry Tech ID: Not Available From Registry
Tech Name: Phan Ngoc Huy
Tech Organization: CONG TY TRACH NHIEM HUU HAN F8 VIETNAM
Tech Street: SO 464-466-468 Phan Xich Long, Phuong 2, Quan Phu Nhuan
Tech City: Ho Chi Minh
Tech State/Province: Ho Chi Minh
Tech Postal Code: 700000
Tech Country: VN
Tech Phone: +84.903391269
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: it@cfyc.com.vn
Name Server: ns1.vhost.vn
Name Server: ns2.vhost.vn
DNSSEC:Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-11-10T05:05:33Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By:
Domain Name: F8FIT.COM
Registry Domain ID: 2026675210_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2017-04-28T02:40:12Z
Creation Date: 2016-05-08T09:33:15Z
Registrar Registration Expiration Date: 2018-05-08T09:33:15Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phan Ngoc Huy
Registrant Organization: CONG TY TRACH NHIEM HUU HAN F8 VIETNAM
Registrant Street: SO 464-466-468 Phan Xich Long, Phuong 2, Quan Phu Nhuan
Registrant City: Ho Chi Minh
Registrant State/Province: Ho Chi Minh
Registrant Postal Code: 700000

```
Registrant Country: VN
Registrant Phone: +84.903391269
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: it@cfyc.com.vn
Registry Admin ID: Not Available From Registry
Admin Name: Phan Ngoc Huy
Admin Organization: CONG TY TRACH NHIEM HUU HAN F8 VIETNAM
Admin Street: SO 464-466-468 Phan Xich Long, Phuong 2, Quan Phu Nhuan
Admin City: Ho Chi Minh
Admin State/Province: Ho Chi Minh
Admin Postal Code: 700000
Admin Country: VN
Admin Phone: +84.903391269
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: it@cfyc.com.vn
Registry Tech ID: Not Available From Registry
Tech Name: Phan Ngoc Huy
Tech Organization: CONG TY TRACH NHIEM HUU HAN F8 VIETNAM
Tech Street: SO 464-466-468 Phan Xich Long, Phuong 2, Quan Phu Nhuan
Tech City: Ho Chi Minh
Tech State/Province: Ho Chi Minh
Tech Postal Code: 700000
Tech Country: VN
Tech Phone: +84.903391269
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: it@cfyc.com.vn
Name Server: ns1.vhost.vn
Name Server: ns2.vhost.vn
DNSSEC:Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-11-10T05:05:33Z <<<
```

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By:

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:

(1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone.
The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us. The Registrar of record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Whois Server: whois.PublicDomainRegistry.com
Creation Date: 2016-05-08T09:33:15Z
Updated Date: 2017-04-28T02:40:12Z
Expiration Date: 2018-05-08T09:33:15Z

Nameserver: NS1.VHOST.VN
Nameserver: NS2.VHOST.VN

Registry Status: clientTransferProhibited
See Underlying Registry Data

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

| About GoDaddy | Support | Resources | Partner Programs | Account | Shopping |
|---|---|---|---|---|---|
| About Us | Product Support | Webmail | Affiliates | My Account | Domains |
| Contact Us | Community | WHOIS | Reseller Programs | My Renewals | Websites |
| Newsroom | Report Abuse | ICANN Confirmation | GoDaddy Pro | Create Account | WordPress |
| Investor Relations | | Tools for Pros | | | Hosting |
| Careers | | Redeem Code | | | Web Security |
| Corporate Responsibility | | Product Catalog | | | Online Marketing |
| GoDaddy Store | | Site Map | | | Email & Office |
| Legal | | | | | Phone Numbers |
| GoDaddy Blog | | | | | Promos |
| Blake's Blog | | | | | |

Sign up for special offers

| Email Address | **Submit** |

United States - English    USD                                                                Follow Us   f   🐦   g+   ▶

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.