# Exhibit J

**From:** Cyvee Nguyen - Senior HR Operations & Recruitment Manager, VTN  CyveeNguyen@cfyc.com.vn
**Subject:** Job Openings Apr 2017 - Co hoi nghe nghiep Thang 04/2017
**Date:** April 9, 2017 at 9:17 PM
**To:** VTN - All Staffs VTN-AllStaff@cfyc.com.vn



# Job Openings – Apr 2017
## Các vị trí đang tuyển dụng – Tháng 04/2017

| No. Stt | Dept. Bộ phận | Position Vị trí | Work Location Địa điểm làm việc | Referral Incentive Tiền thưởng giới thiệu |
|---|---|---|---|---|
| 1 | Sales Tư vấn thẻ hội viên | - Fitness Consultant Tư vấn thẻ hội viên | All clubs Tất cả câu lạc bộ | |
| 2 | Fitness | - Personal Trainer Huấn luyện viên cá nhân | All clubs Tất cả câu lạc bộ | |
| | | - PT Audit Officer Nhân viên hành chánh | Ha Noi, HCMC, Da Nang | |
| | | - PTX Trainer Huấn luyện viên PTX | All clubs Tất cả câu lạc bộ | |
| | | - Climbing Wall Instructor Huấn luyện viên leo núi trong nhà | Ha Noi | |
| | | - English Interpreter Biên phiên dịch tiếng Anh | Ha Noi | |
| 3 | Member Services Dịch vụ khách hàng | - Area Member Service Manager Quản lý Vùng Dịch Vụ Khách Hàng | Ha Noi | |
| | | - District Member Service Manager Quản Lý Quận Dịch Vụ Khách Hàng | Ha Noi | |
| | | - Member Service Manager Quản lý Dịch Vụ Khách Hàng | Ha Noi | |
| | | - Assistant Member Service Manager Trợ lý Quản Lý Dịch Vụ Khách Hàng | Ha Noi | |
| | | - Supervisor, Member Services Giám sát Dịch vụ khách hàng | All clubs Tất cả câu lạc bộ | |
| | | - Officer, Member Services Nhân viên Dịch vụ Khách hàng | All clubs Tất cả câu lạc bộ | |
| | | - Centuryon Service Supervisor Giám sát Dịch vụ Centuryon | Ha Noi, HCMC | |
| | | - Centuryon Service Officer Nhân viên Dịch vụ Centuryon | Ha Noi, HCMC | |
| 4 | Yoga | - Yoga Instructor (Indian) Huấn luyện viên Yoga (Người Ấn Độ) | All clubs Tất cả câu lạc bộ | 2,000,000 VND for successful hiring Indian Yoga Instructor. 2.000.000 VNĐ khi giới thiệu thành công HVL Yoga người Ấ Độ. |
| | | - Yoga Instructor (Vietnamese) Huấn luyện viên Yoga (Người Việt Nam) | All clubs Tất cả câu lạc bộ | |
| 5 | Spa & Aesthetics Spa và Thẩm mỹ | - Spa Therapist Nhân viên liệu pháp Spa | Ha Noi, HCMC | 1,000,000 VND for successful hiring. 1.000.000 VNĐ khi giới thiệu thành công |
| | | - Sales Consultant Nhân viên kinh doanh | Ha Noi | |
| 6 | Group X | Group X Instructor Huấn luyện viên Group X | All clubs Tất cả câu lạc bộ | |

| # | Company | Position | Location | Notes |
|---|---------|----------|----------|-------|
| 7 | Telemarketing<br>*Nhân viên tiếp thị qua điện thoại* | Telemarketer<br>*Nhân viên tiếp thị qua điện thoại* | HCMC | 1,000,000 VND for TM staff and 500,000 VND for other departments staff.<br>*1,000.000 VNĐ đối với nhân viên phòng TM và 500,000 VNĐ đối với nhân viên các bộ phận khác.* |
| 8 | Eri International | - Clinic Service Officer<br>*Nhân viên Dịch vụ khách hàng*<br><br>- Licensed Nurse<br>*Y tá (Đã được cấp phép)*<br><br>- Beauty therapists<br>*Điều dưỡng viên chăm sóc sắc đẹp*<br><br>- Beauty Consultant<br>*Chuyên viên Tư vấn sắc đẹp* | Ha Noi, HCMC<br><br>Ha Noi, HCMC<br><br>Ha Noi, HCMC<br><br>Ha Noi, HCMC | |
| 9 | RED2 | - Digital Marketing Strategist<br>*Chuyên viên lập kế hoạch Digital Marketing*<br><br>- Digital Marketing Internship<br>*Thực tập sinh Digital Marketing* | HCMC | |
| 10 | F8 | - Head of Product<br>*Trưởng phòng phát triển sản phẩm*<br><br>- Business Development & Marketing Officer/ Internship<br>*Nhân viên/ Thực tập sinh Phát triển Kinh doanh và Tiếp thị*<br><br>- iOS Developer<br>*Chuyên viên phát triển iOS*<br><br>- Android Developer<br>*Chuyên viên phát triển Android*<br><br>- Back-end Developer<br>*Chuyên viên Back-end* | HCMC | |
| 11 | Calipso<br>(Area of expertise: Fitness, Entertainment, Beauty, Wellness & Healthy Living, Food & Nutrition, Fashion) | - Personal Assistant to Director of Publishing<br>*Trợ lý giám đốc xuất bản*<br><br>- Lead Editor<br>*Trưởng Bộ phận Biên tập*<br><br>- Full-time Writer<br>*Nhân viên phụ trách nội dung*<br><br>- Writer Internship<br>*Thực tập sinh phụ trách nội dung* | HCMC | |
| 12 | Hello Bac Si | - B2B Sales Manager<br>*Quản lý kinh doanh khối doanh nghiệp*<br><br>- Managing Editor<br>*Quản lý viết bài truyền thông*<br><br>- PHP Developer<br>*Nhân viên lập trình PHP*<br><br>- B2B Sales Executive<br>*Nhân viên kinh doanh khối doanh nghiệp* | HCMC | |

| | | | | |
|---|---|---|---|---|
| 13 | Facility Operations<br>*Bảo trì* | - Club Maintenance Officer<br>*Nhân viên Bảo trì Câu lạc bộ* | Ha Noi, HCMC | |
| | | - Maintenance Technician Supervisor<br>*Giám sát Bảo trì* | Ha Noi | |
| | | - Maintenance Technician<br>*Nhân viên Bảo trì* | Ha Noi | |
| 14 | CaliKids | - Assistant Marketing Communications Manager<br>*Trợ lý Trưởng Phòng Truyền Thông Marketing.*<br><br>- Early Childhood Master Trainer<br>*Trưởng bộ phận giảng dạy*<br><br>- Early Childhood Fitness Instructor<br>*Huấn luyện viên thể thao cho trẻ em*<br><br>- Ballet Instructor<br>*Huấn luyện viên múa ballet*<br><br>- Zumba Kids Instructor<br>*Huấn luyện viên Zumba cho trẻ em*<br><br>- Taekwondo Instructor<br>*Huấn luyện viên Taekwondo*<br><br>- Brazilian jiu-jitsu Instructor<br>*Huấn luyện viên môn võ Brazil*<br><br>- Gymnastics Instructor<br>*Huấn luyện viên thể dục*<br><br>- Cheerleading Instructor<br>*Huấn luyện viên đội hoạt náo*<br><br>-Kids Yoga Instructor<br>*Huấn luyện viên Yoga cho trẻ em*<br><br>-Fitness Instructor<br>*Huấn luyện viên thể hình*<br><br>- Sales Consultants<br>*Nhân viên tư vấn*<br><br>- Kids Club Crew Receptionist<br>*Nhân viên Lễ tân*<br><br>- Coach Assistant<br>*Trợ lý Huấn luyện viên*<br><br>- Soccer Coach<br>*Huấn luyện viên bóng đá*<br><br>- Basketball Coach<br>*Huấn luyện viên bóng rổ* | HCMC | |
| | | - Head of Sales<br>*Trưởng phòng Kinh Doanh*<br><br>- Lead Graphic Design<br>*Trưởng nhóm thiết kế đồ hoạ*<br><br>- Head of Operations<br>*Trưởng phòng Điều hành* | | |

| | | | | |
|---|---|---|---|---|
| 15 | CA Active<br>Bán lẻ | - Sales Advisor – Fitness<br>Nhân viên tư vấn Bán lẻ | HCMC | |
| | | - Sales Advisor – Beauty<br>Nhân viên tư vấn – Chăm sóc sắc đẹp | | |
| | | - Telasales Advisor<br>Nhân viên Tư vấn qua điện thoại | | |
| | | - Store Operations Associate<br>Nhân viên Quản lý cửa hàng | | |
| | | - Visual Merchandising Manager<br>Quản lý Trưng bày Sản phẩm | | |
| | | - Marketing Internship<br>Thực tập sinh Marketing | | |
| | | - Pricing Analyst<br>Nhân viên phân tích giá | | |
| | | - Supply Chain Operation Manager<br>Quản lý Điều hành Chuỗi cung ứng | | |
| | | - Content Associate<br>Nhân viên Phụ trách Nội dung | | |
| | | - Graphic designer Internship<br>Thực tập sinh Thiết kế đồ họa | | |
| | | - Head of Digital Commerce<br>Trưởng phòng Kinh doanh qua mạng | | |
| | | - Head of Private Label<br>Trưởng phòng quản lý nhãn hàng riêng | | |
| | | - Retail Marketing Coordinator<br>Điều phối viên Marketing | | |
| 16 | Califresh | - Califresh Associate<br>Nhân viên pha chế và phục vụ đồ uống dinh dưỡng | All clubs<br>Tất cả câu lạc bộ | |
| 17 | Back Office<br>Nhân viên văn phòng | - Contracts Officer, Member Relations<br>Nhân viên quản lý hợp đồng, bộ phận Quan hệ Hội viên | HCMC | |
| | | - Officer, Member Relations<br>Nhân viên, bộ phận Quan hệ Hội viên | HCMC | |
| | | - Public Relations Executive<br>Chuyên viên Quan hệ Công chúng | HCMC | |
| | | - External Marketing Executive<br>Chuyên viên Marketing (Đối ngoại) | HCMC | |
| | | - Marketing Executive<br>Chuyên viên Marketing | Nha Trang | |
| | | - Senior Designer<br>Chuyên viên Thiết kế | HCMC | |

**Note/ *Ghi chú:***

- Application Form sent together with Referral Incentive Coupon.
  *Đơn dự tuyển nộp kèm Mẫu thư giới thiệu để tham gia chương trình nhận tiền thưởng.*
- Referral Incentive is paid after new hired staff successfully passes probation; referee is still working for CFY; incentive is gross income.
  *Tiền thưởng giới thiệu nhân viên được trả khi nhân viên mới thành công vượt qua thời gian thử việc; người giới thiệu vẫn còn làm việc tại CFY; tiền thưởng là thu nhập chịu thuế.*
- Application Form and questions sent to: talentrecruitment@cfyc.com.vn
  *Hồ sơ dự tuyển và thắc mắc gởi về: talentrecruitment@cfyc.com.vn*