# Exhibit K

**From:** **Hanh Nguyen - Director of Human Resources, VTN** HanhNguyen@CMG.ASIA  📎
**Subject:** LEEP Asia - Download LEEP App (F8Fit)
**Date:** August 17, 2017 at 11:27 PM
**To:** VTN - All Staffs VTN-AllStaff@cfyc.com.vn
**Cc:** Rokas Sidlauskas rokas@f8fit.com



Dear colleagues,

We are excited to announce that the LEEP App will be officially launched (formerly known as F8 Fit) for iOS and Android. Within the app, it will display all CFYC club locations, fitness calendar, client matching to our CYFC personal trainers, plus many other features.

The latest version is now available for download for iOS and Android app store. Please download the app and follow/like the social pages.

For those who have already downloaded the F8Fit, please reinstall with LEEP app.

Android: LEEP https://goo.gl/WTEo6Y
Apple App Store: LEEP APP https://goo.gl/xkEbj6

Please go these pages to follow & like:
http://www.facebook.com/TheLeepApp/
http://www.instagram.com/leep_app/
https://twitter.com/LEEP_APP

Thank you and best regards,
Hanh



The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure,copying,distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error,please notify us immediately by responding to this email and then delete it from your system. CMG is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

ALFRED 🧹    ◉ ⏰ H⁺ ◢ 54% 12:3





# CREATE ACCOUNT

Sign up below and we'll set up
your profile in just a minute.

Sign In

**Facebook Sign Up**

Email Sign Up

ALFRED

53% 12:4

CHOOSE YOUR LANGUAGE

