# Exhibit L

 Search

Apps | Categories ˅ | Home | Top Charts | New Releases

My apps
Shop

Games
Family
Editors' Choice

Account
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide



**F8FIT**

Boon Global Ltd.   Health & Fitness   3

Teen

⚠ You don't have any devices

🔖 Add to Wishlist     **Install**

  

TAKE CONTROL OF YOUR FITNESS FATE
www.f8fit.com

Most people leave it to fate to find the right fitness professional. F8FIT uses an 8-point fitness algorithm to make the perfect match.
Download the app and explore other great features. Features includes:

- Full mCommerce solution - Buy/sell personal training sessions and view your account details conveniently from your own device
- Fitness Calendar - allows fitness trainers and members to book, accept and cancel sessions
- Integrated Chat - Easily stay in touch with your fitness professionals, friends and other F8FIT members.
- Trainer / Client Rating - your opinions matter for you and for others.
- F8FIT social - get connected with our F8 network, learn and share ideas from people who share the same fitness and health passion with you.
- Trainer Profile - Follow and receive fitness tips and advice from industry experts.
- Locate - find friends and fitness enthusiasts near by
- Personalized Dashboard - tracking your earnings and goals

REVIEWS

# 5.0

3 total

| | | |
|---|---|---|
| 5 | 3 | |
| 4 | 0 | |
| 3 | 0 | |
| 2 | 0 | |
| 1 | 0 | |

**Alfred Mak**
*This is exactly what I've been waiting for!*

## WHAT'S NEW

- As a member, you will now receive a new notification with your trainer name and date/time before your session starts.
- Added a '+' to create new messages to conveniently locate and chat with other users on F8 Fit
- No longer need to enter into a new screen when liking a post from others
- Application logo have been updated with a new fresher look

## ADDITIONAL INFORMATION

**Updated**
June 14, 2017

**Installs**
10 - 50

**Current Version**
1.0

**Requires Android**
4.1 and up

**Content Rating**
Teen
Diverse Content: Discretion Advised
Learn more

**Interactive Elements**
Users Interact, Shares Location, Digital Purchases

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
Boon Global Ltd.

**Developer**
Visit website
Email alfredmak@cmg.asia
Privacy Policy

©2017 Google   Site Terms of Service   Privacy   Developers   Artists   About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice .

| Mac | iPad | iPhone | Watch | TV | Music | Support | | |

## iTunes Preview

Overview | Music | Video | Charts

Opening the iTunes Store.
If iTunes doesn't open, click the iTunes application icon in your Dock or on your Windows desktop.

# F8FIT

View More by This Developer

### By F8 Vietnam Company Limited

Open iTunes to buy and download apps.



### Description

TAKE CONTROL OF YOUR FITNESS FATE
www.f8fit.com

F8 Vietnam Company Limited Web Site    F8FIT Support                ...More

### What's New in Version 1.1

•As a member, you will now receive a new notification with your trainer name and date/time before your session starts.
•Added a '+' to create new messages to conveniently locate and chat with other users on F8 Fit

...More

**Free**
Category: Health & Fitness
Updated: Jun 14, 2017
Version: 1.1
Size: 163 MB
Languages: English, Vietnamese
Seller: F8 Vietnam Company Limited
© Boon Global Ltd.
Rated 12+ for the following:
Infrequent/Mild Sexual Content and Nudity
Infrequent/Mild Mature/Suggestive Themes

**Compatibility:** Requires iOS 9.0 or later. Compatible with iPhone, iPad, and iPod touch.

### Customer Ratings

We have not received enough ratings to display an average for the current version of this application.

### iPhone Screenshots





| App Store on Facebook and Twitter | iTunes on Facebook | iTunes on Twitter |
|---|---|---|
|  Discover and share new apps. Follow us on @AppStore.  |  Discover and share new music, movies, TV, books, and more.  |  Follow us @iTunes and discover new iTunes Radio Stations and the music we love. |

 iTunes

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Apple Info |
| iPad | Genius Bar | Shop for College | Apple Store Account | Newsroom |
| iPhone | Workshops and Learning | | iCloud.com | Job Opportunities |
| Watch | Youth Programs | **For Business** | | Press Info |
| TV | Apple Store App | Apple and Business | **Apple Values** | Investors |
| Music | Refurbished and Clearance | Shop for Business | Accessibility | Events |
| iTunes | Financing | | Education | Contact Apple |
| iPod | Reuse and Recycling | | Environment | |
| Accessories | Order Status | | Inclusion and Diversity | |
| Gift Cards | Shopping Help | | Privacy | |
| | | | Supplier Responsibility | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2017 Apple Inc. All rights reserved.     Privacy Policy   |   Terms of Use   |   Sales and Refunds   |   Legal   |   Site Map                United States