# Exhibit M

# F8FIT - Trademark Details

*Status:* 658 - Priority Action Mailed

**Serial Number**

87450494

**Word Mark**

F8FIT

**Status**

**658** - Priority Action Mailed

**Status Date**

2017-08-21

**Filing Date**

2017-05-15

**Mark Drawing**

**4000** - Standard character mark Typeset

**Attorney Name**

Benjamin D. Rotman

**Law Office Assigned Location Code**

L80

**Employee Name**

OESTREICHER, SALIMA PA

# Statements

**Goods and Services**

Computer software and downloadable mobile applications for fitness and wellness management

**Goods and Services**

Promoting the goods and services of others by providing an online marketplace featuring fitness and wellness goods and services

**Goods and Services**

Providing online chat rooms and electronic bulletin boards for registered users for transmission of messages concerning food, nutrition, personal activities, general interest, classifieds, virtual community, social networking, fitness, and wellness

**Goods and Services**

Educational services, namely, conducting classes and seminars in the field of personal development and self-improvement; Personal and group coaching services in the field of fitness, nutrition, and wellness; Education services, namely, mentoring in the field of fitness, nutrition, and wellness; Education services, namely, providing classes, seminars, workshops in the field of fitness, nutrition, and wellness. Providing a website featuring information regarding fitness and wellness

**Goods and Services**

Providing a website featuring information regarding nutrition, dieting, wellness, fitness and health

**Pseudo Mark**

F EIGHT FIT; FATE FIT

# Classification Information

**International Class**

009 - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus. - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus.

**US Class Codes**

021, 023, 026, 036, 038

**Class Status Code**

6 - Active

**Class Status Date**

2017-05-19

**Primary Code**

009

**International Class**

035 - Advertising; business management; business administration; office functions. - Advertising; business management; business administration; office functions.

**US Class Codes**

100, 101, 102

**Class Status Code**

6 - Active

**Class Status Date**

2017-05-19

**Primary Code**

035

**International Class**

038 - Telecommunications. - Telecommunications.

**US Class Codes**

100, 101, 104

**Class Status Code**

6 - Active

**Class Status Date**

2017-05-19

**Primary Code**

038

**International Class**

**041** - Education; providing of training; entertainment; sporting and cultural activities. - Education; providing of training; entertainment; sporting and cultural activities.

**US Class Codes**

100, 101, 107

**Class Status Code**

**6** - Active

**Class Status Date**

2017-05-19

**Primary Code**

041

**International Class**

**044** - Medical services; veterinary services; hygienic and beauty care for human beings or animals; agriculture, horticulture and forestry services. - Medical services; veterinary services; hygienic and beauty care for human beings or animals; agriculture, horticulture and forestry services.

**US Class Codes**

100, 101

**Class Status Code**

**6** - Active

**Class Status Date**

2017-05-19

**Primary Code**

044

# Current Trademark Owners

**Party Name**
Boon Global Limited

**Party Type**
10 - Original Applicant

**Legal Entity Type**
03 - Corporation

**Address**
Please *log in* with your Justia account to see this address.

# Correspondences

**Name**
BENJAMIN D. ROTMAN

**Address**
Please *log in* with your Justia account to see this address.

# Trademark Events

| Event Date | Event Description |
|---|---|
| 2017-05-18 | NEW APPLICATION ENTERED IN TRAM |
| 2017-05-19 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| 2017-08-12 | ASSIGNED TO EXAMINER |
| 2017-08-21 | PRIORITY ACTION WRITTEN |
| 2017-08-21 | PRIORITY ACTION E-MAILED |
| 2017-08-21 | NOTIFICATION OF PRIORITY ACTION E-MAILED |