Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Gokalp Y. Gurer, Esq. (SBN 311919)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants. | CASE NO. 16-CV-07387-KAW<br><br>**DECLARATION OF ETHAN G. SOLOVE, ESQ. IN SUPPORT OF PETITION FOR AN ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:  January 18, 2018<br>Time:  11:00 AM<br>Dept.:  TBD<br>Judge:  Hon. Kandis A. Westmore |

I, Ethan G. Solove, declare as follows:

1.    I am an attorney at law at Structure Law Group, LLP, attorneys for Defendants Indyzen, Inc., ("Indyzen") and Praveen Narra Kumar ("Indyzen") (collectively the "Defendants"). I make this declaration in support of Defendants' Petition for an Order Compelling Arbitration pursuant to 9 U.S.C. § 4.  The facts stated herein are true of my knowledge, except for those based on belief which I believe to be true.  If called upon, I could and would competently testify thereto.

2.    On October 5, 2017, Parkridge's and Mak's attorney Adam Wolek, Esq. sent a letter to Arbitrator Gary L. Benton in the arbitration for this case.  (*See* the request for judicial notice accompanying this declaration at ¶ 5 and **Exhibit E** thereto.)  In footnote 2 of that letter,

- 1 -

DECLARATION OF ETHAN G. SOLOVE, ESQ.

- 2 -

Mr. Wolek said that he was sending an audio recording of Randy Dobson, along with the letter, that contained Mr. Dobson's "explanation of the underlying circumstances leading to this dispute." My office has transcribed the audio recording, and a true and correct copy of this transcription is attached hereto as **Exhibit A.** My office is more than willing to send the actual recording to the Court for its reference at the Court's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 14, 2017.

_____
Ethan G. Solove