# Exhibit A

<u>Exh. B- 17.10.04 Randy Dobson Audio</u>

Person 1: "Uhh…so which one do we want to start? Just? Where is this beginning of the-?"

[papers shuffling]

Person 2: "Exhibit D, uhh pages 19, 20, so we'll start with D. Which is…"

[inaudible muttering] [shuffling of pages]

2: "This is C."

[shuffling of pages]

2: "umm it requires an explanation on the pictures of on Randy's facebook. Which is…"

1: "So, these photos are when Praveen and I, uh representing Morfit, contracted to test the app with CFYC, and we attempted to launch it. Which was a failed launch because the app didn't work. Uh and it caused significant damage in cost to myself, uh representing Morfit, because I had spent significant money to develop this with Praveen. And it was a failed launch. And the app didn't work. And it ended up costing CFYC money and time because actually, if you see here, Dane Fort is in this, who's the CEO of CFYC. Uh and Praveen Narra was also at this event. In fact, the picture is a picture of Praveen Narra's arm and his watch where he was there representing as the CTO of Morfit. And demonstrating that this app worked, which it didn't. So, yes, uh as we've said before, Morfit, was uh launched at, and tested at the California Fitness and Yoga centers as an app to provide service to California Fitness and Yoga centers. And it failed to work, and cost the company its reputation and financial losses. Which were all caused from Praveen Narra. Uh and yes I am the c- the chairman and former CEO of CFYC. Uh currently, Dane Fort is the CEO of CFYC. And I said, as the chairman of CFYC. Uh, what's the next question?"

Person 3: "Next one is… Have you, you addressed D?"

2: "Yes, that's D just now. D and E are related. So all these. The facebook, this is the one that's done. This is D. Same One."

3: "Okay, I think the question is just to make sure that what we're saying is that, as you are the chairman of uh CFYC, doing and CMG is doing business as uh"

2: "Well, CMG isn't doing as. As we've said before, CMG is an association that we refer to, of independent companies, that are part of a network. So within that network, of independent companies, was California Fitness and Yoga, Centurion. CA – All of these companies that are listed. Morfit was also invited into that network, and benefitted significantly from the knowledge, uh that all of the CMG associated or affiliated companies provided. So, Praveen Narra has stolen that knowledge. And is also stolen the idea, uh that Morfit was - which was all mine. Uh, so, absolutely. That we invited Praveen Narra to a CMG umm summit, with all of the independent companies, so that he could demonstrate Morfit. Which it failed to work. In fact,

this is the summit where we challenged him because we asked him to show us the technology that he said was supporting Morfit. And he refused to. We asked for, to see the repository, showing that the work that he had done. And he refused to. Because he had not done the work. And the app didn't work. All of the promises that he made were – well I can't say 'all'. The – The promises of usability of the app were not uh effective. And he would not share with us any of his technology that he said was running the app. And so, he required, he basically said we had to pay him money. Which we did. We transfer- transferred to him, I- I- how much it was.. a lot of money. Uh, and then he still refused to show any information regarding the technology. And we challenged him because the technology didn't work. So, or I challenged him. So, his - his role as CTO, he was never, he never operated, on behalf of Morfit. He was operating on the behalf of Indyzen, as a contractor to build for Morfit. And Morfit failed, miserably, with a lot of loss of money. So.."

3: "So, what was the relationship between CMG.Asia limited and the CMG.Asia website?"

2: "There is no- zero. Uh, so CMG.Asia limited was set up, um, as a holding company for potential future business investments. Uh, it's not active. It's never held anything dealing with any of the Vietnam businesses or entities. It's a shell, uh only. Uh, and has no association or affiliation to anything."

3: "Were there any transactions that went through CMG.Asia limited? I think there was one. I have in my head there was one."

2: "The only thing that CMG Asia limited has ever, I believe, invested in was the [beep] investment."

3: "Okay, so just to summarize, CMG.Asia limited is not an operating company, um, and it's only ever had one transaction, which related to an investment into a tech company [beep]. And it has no ownership or relationship with the CMG.Asia website."

2: "No. No affiliation. There's no legal entity. So, CMG.Asia limited Hongkong Co., I remember now, was set up as an investment vehicle for [beep]. And they were a content, a medical content website."

3: "Okay, so next question relates to Randy and Mabel's roles and activities in CMG.Asia limited. What were they?"

2: "So Mabel owns CMG.Asia, and is the sole director.

1: "Yup."

2: "And I sit in as a –"

1: "Reserve director."

2: "Reserve director. Yeah.

3: "Alright"

2: "And the only transaction that's ever been done on CMG.Asia limited was through a transaction investment for [beep]. Which is a, uh, investment, uh, that was made for a tech start up business out of Singapore. That has, again, has no ownership or affiliation to Vietnam."

3: "Right. Okay, next question. When- When was the CMG Asia website created?"

2: "2014."

3: "Okay, next question. Um, the financial activity of CMG.Asia limited, exhibit F, pages 27-35 in PDF. [shuffling of pages] Okay, so this 27 - 35 is just a typical incorporation, the annual return. And-"

2: "So, how did they get this?"

3: "They can do a public search for the register. But on this, this is no [inaudible]. So, th- th- there's no financial information contained in this. This is just simply the extract from the company's registrar. It just says a pinup share capital is just one dollar. So back to question, specifically, erm, there has only been one transaction, as far as we're aware, that CMG.Asia limited, which was funding the investment in [beep]. Why's @CMG.Asia email addresses are associated with the F8fit and leap app? Uhm, Exhibit H, fifty-three through seven."

2: "Yeah, so, again, uh, I, Mable, uh, developed a app. Uh. we hired a company, uh, that uh, would develop an app. F8 was just a, like a testing hold company name, right? We hired a company. They built us an app. Um, and it's branded as a leap, because it's the life enhancement ecosystem."

        [Potential Cutting of Audio – Voice much louder/closer to microphone]

2: "F8fit has nothing to do with CMG or California Fitness & Yoga. Uh, other than it was developed as a service to for fitness centers. And again we're testing it, under the white label of leap. Leap is the white label name that is used for the, uh, CFYC version in Vietnam. Uh, the technology was completely independently developed. It was an idea from me, and we hired a development company to build it. And we now are licensing that, uh, usage of that technology to CFYC to test it at no cost. They're just gonna keep saying, digging holes, right? Like, what about this? What about this? Come back to the basics of, Morfit was supposed, he was supposed to be representing Morfit as a CTO. He handed off to Indyzen, his own company, he overcharged us, he didn't deliver the product. And now he's coming back and saying that we kicked him out. We gave him five hundred thousand dollars. He didn't give us the technology, nor the product. Uh, and he basically overcharged us. If you want to compare the leap app, which they're not identical, but, you know, basically we developed that app for a fraction."

1: [inaudible].

3: "We originally went into open this business together with Praveen on the understanding that as a co-shareholder and co-contributor to the product, that he would be a shareholder in Parkridge. But what actually then happened, was that he didn't deliver any of what he was meant to deliver. And that meant that there was no assets in Parkridge. We never got any code. We

never got any product. We never actually got anything. We never got anything at all. And so, we then had to, uh"

2: "But he got everything."

3: "He got everything."

2: "He got all the product knowledge from the CMG network."

3: "Sure. He got everything. So, we then had lost any interest in pursuing the Parkridge. Because what was meant to be a joint venture with Praveen. The reality is that by the time these, um, by the time we'd got this far, we'd already decided that we couldn't continue."

2: "Yeah, this is a year later."

3: "Up until a year later and uh-"

2: "And again. I think we've clearly and legally shown, CMG Asia is not a company. Th- there - Other than this hold Co. little business in Hongkong, CMG Asia is an association. It is a network of independent companies. We've said that from the beginning. Morfit was supposed to be benefitting from that network of"

3: "In fact, we could also, presumably, CMG, is it dormant? Or is it filing accounts? Cause if we could send over the accounts from CMG.Asia, which it would actually have to file its own as a company [inaudible]"

2: "You know it won't happen"

3: "If, if-"

2: "But do we need to-? I mean, these are like, wow. This is like- They keep pulling up stuff that's like, I can come up with a company, any company name, like, oh, this is affiliated with this."

3: "But if we- if we show CMG.Asia limited is a dormant company, due to the accounts that we filed last year, that there's nothing in it. Could, uhm-. Elaine, is that something you can follow up, just to see if we can get the accounts and show them of CMG.Asia. They would have been filed by May."

1: "Okay."

2: "And what? Okay."

3: "Next question. So, next question is, um, why are CMG.Asia email addresses associated with F8? We just answered that, right? [inaudible] Why are CMG.Asia's email addresses associated with F8 – with F8 Fit and Leap app?"

2: "Same reason. Because they're part of the association of independent companies."

3: "Yeah, yeah. CFYC. Why Morfit was launched at CFYC, Exhibit 1, pages 49 to 53."

2: "Because they have- we have a chain of fitness centers with personal trainers and clients. [laughs] Of course, that's why it was launched there. This is stupidity at the highest level. Again, the benefit of being able to, uh, be in the association of the CMG network, Morfit benefitted from, or was supposed to benefit from, - actually the only person that benefitted was Praveen, personally. Who has stolen proprietary information from the independent companies. He never delivered the technology to Morfit. And, he overcharged and didn't build the product that he promised to build. We have since gone and started a separate business, and independently created our own code, our own product, for a fraction of the amount of money that he tried to charge. Fraction."

3: "And we have come with exactly the same domain expertise. Which we were meant to bring to Parkridge. And we've now brought that to a separate contract. The contract to which Praveen and Indyzen were meant to arrange. And it's- we've had no contribution from Praveen. This is domain expertise which came from CFYC, as the owner and operator of multiple gyms that actually had the need and the idea for the app in the first place."

2: "What is the thing here they're asking, like, yeah one's CMG, and they have something pointed here?"

3: "[inaudible] So why Morfit was associated with CFYC on Facebook. Exhibit 1, page 49."

2: "Exhibit 1, page 49."

3: "But it's the same, it's kind of the same point, and it is, it's just- [pages shuffling]"

2: "Where?"

1: "Exhibit I. I."

3: "It's this one."

2: "Oh, again, this is my personal – this is my personal, uh, Facebook. And we launched a failed launch, so be it, uh, at CFYC. So you see Dane, the CEO, me, there, representing Morfit. Praveen was there, with his little hairy arm. Right? This is. [Chuckles] Th-Tha-That happened, of course. Uh, they were supposed to launch Morfit at CFYC. Uh, we were supposed to get all the trainers on it, using it. It didn't work. It was a complete joke."

3: "Okay, uh, next question. Why is CFYC's information displayed on the leap app? Exhibit H page 47."

2: "Why? Why's? Again, the leap app is an app that- [laughs] was developed independently. There's nothing that keeps that from being developed. Hired a company. Built. And now it's providing the service to CFYC that Morfit never could. Because Morfit was a piece of s***."

3: "And, And I suppose, I suppose, there's one point here is that – um, if there's any suggestion, um, that CFYC copied anything, um, then they would probably need to go compare the code of Morfit, which we never saw. We never had any code, at all."

2: "But I would love to, I mean, just find out what they built Morfit on. Make them- Make them submit. What did they build Morfit on? Show the repository, which he's always refused to show."

3: "He's never shown-"

2: "Show the- show the timestamped repository of the hours that were worked by his Indyzen team. Because I can assure you, it doesn't match his billing records. And what was the technology that they used to build it? Because I believe they stole a bunch of off-the-shelf technology, slapped it together, to try to create this fake looking app that didn't work. On the other hand, we've hire- or I've hired a separate company. Uh, a German company. And I gave them designs to build an app. And it costs a fraction of the amount of money, uh, that Morfit tried to charge. It's insane. Like, the quality. How it works. And, it is now providing service to CFYC, from a testing standpoint. Nothing stops us from doing that. Of course we can. There was no technology cloning, because we had nothing to clone. But, he definitely stole all of our information. And, and I think that we need to be really aggressive about this. There is no cloning that could have happened because there was nothing to clone. And, even if we did clone it, it was my concept. My design."

[End of Recording]