Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Gokalp Y. Gurer, Esq. (SBN 311919)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile:  (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | CASE NO.  16-CV-07387-KAW<br><br>**[PROPOSED] ORDER ON PETITION FOR AN ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:        January 18, 2018<br>Time:       11:00 AM<br>Dept.:       TBD<br>Judge:      Hon. Kandis A. Westmore |

The Court, having considered Defendant Indyzen Inc.'s ("Indyzen") Petition for an Order Compelling Arbitration pursuant to 9 U.S.C. § 4, and finding good cause therefor,

IT IS ORDERED that Indyzen's Petition for an Order Compelling Arbitration is GRANTED as follows:

///

///

///

///

///

///

- 1 -
[PROPOSED] ORDER ON PETITION FOR AN ORDER COMPELLING ARBITRATION

- 2 -

Randy Dobson, California Management Group a/k/a CMG.Asia, California Fitness & Yoga Centers, F8 Vietnam Company, and Boon Limited Parkridge Limited are ordered to the related arbitration for this case so that the Arbitrator may decide whether to allow the counter-claims against them to proceed. Additionally, in the future, the Arbitrator shall determine—without further order or guidance from this Court—whether other parties that are related to this case should be added to the arbitration.

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. Kandis A. Westmore
                                        Magistrate Judge of the United States District Court

[PROPOSED] ORDER ON PETITION FOR AN ORDER COMPELLING ARBITRATION