Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile:  (408) 716-3052

Attorneys for Plaintiffs
Parkridge and Mabel Mak

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>               Plaintiffs,<br><br>      v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>               Defendants. | **Case No.** 16-cv-07387-KAW<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OF FIVE NEWLY-NAMED PARTIES UNTIL AFTER THE HOLIDAYS**<br><br>Date:      December 19, 2017<br>Time:     N/A<br>Dept.:     N/A<br>Judge:   Hon. Kandis A. Westmore |

Plaintiffs Parkridge *et al.* respectfully request the Court extend the deadline to respond to

Defendants Motion to Compel Arbitration of Five Newly-Named Parties until at least January 18,

Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration of Five Newly Named Parties Until After the Holidays

2018.[1]  Defendants' filing was made as a motion to compel (Dkt. 32), originally triggering an electronically-set response date of December 28, 2017.  Plaintiffs' counsel requested an extension from Defendants' counsel because that briefing schedule would require counsel to work over Christmas, among other reasons.  *See* Exhibit A.  Defendants' counsel agreed to a response date of at least January 4, 2018.  *See id*.  However, that due date would still interfere with the upcoming holidays and Plaintiffs' counsels' travel for the holidays because a Response being due *right after* the holidays would effectively require counsel to work *over* the holidays.  Plaintiffs' counsel requested additional time to avoid interfering with the holidays, among other reasons.  *See id*.

Furthermore, more than two weeks is needed to address all of the complex issues raised in Defendants' motion, including, among other issues, whether each of the five newly-named entities were signatories to an agreement premised on an alter-ego theory (each would have to undergo a separate alter-ego analysis), whether the Court properly has jurisdiction over *each* of the five newly-named entities, and whether *each* of the five newly-named entities Consents to Magistrate Judge Jurisdiction.

Moreover, given that the five newly-named parties are *all located in* Asia, the time difference and logistical communication issues further exacerbate delays in getting information, and sign off, to respond and address each of the relevant issues.

For these, and other reasons, Plaintiffs' respectfully request the Court enter an order extending the deadline from January 4, 2018, to respond to at least January 18, 2018.

---

[1] This request for an extension of time is made without prejudice to any defenses or arguments, and all rights are expressly reserved, including, but not limited to, challenging the propriety of the jurisdiction before this Court over the newly-named parties, the propriety of these disputes before this Court, the propriety of the process, the sufficiency of the allegations made, and the underlying facts and law, and reserve all rights hereto.

Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration of Five Newly Named Parties Until After the Holidays

1

DATED:  December 19, 2017

Respectfully submitted,

2

By: /s/   Adam Wolek
Adam Wolek (*pro hac vice*)

3

Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800

4

Chicago, Illinois 60601
Tel: 312.836.4063

5

Fax: 312.966.8598
awolek@taftlaw.com

6

7

LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195

8

david@makmanlaw.com

9

Attorneys for PLAINTIFFS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration of Five Newly Named Parties Until After the Holidays**

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 19, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: December 19, 2017                                    Taft Stettinius & Hollister LLP


                                                                        By:/s/   Adam Wolek
                                                                        Adam Wolek

**Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration of Five Newly Named Parties Until After the Holidays**

4