Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

Attorneys for Plaintiffs
Parkridge and Mabel Mak

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>                Defendants. | **Case No.** 16-cv-07387-KAW<br><br>**PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OF FIVE NEWLY-NAMED PARTIES**<br><br>Date:     December __, 2017<br>Time:    N/A<br>Dept.:    N/A<br>Judge:   Hon. Kandis A. Westmore |

**IT IS HEREBY ORDERED THAT** Plaintiffs' request the Court extend the deadline to respond to Defendants' Motion to Compel Arbitration of Five Newly-Named Parties until at least January 18, 2018 is granted.

**IT IS SO ORDERED**.

DATED: _____         _____

Hon. Kandis A. Westmore

United States Magistrate Judge