Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

Attorneys for Plaintiffs
Parkridge and Mabel Mak

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>               Plaintiffs,<br><br>  v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>               Defendants. | Case No. 16-cv-07387-KAW<br><br>**DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OF FIVE NEWLY-NAMED PARTIES UNTIL AFTER THE HOLIDAYS**<br><br>Date:     December 19, 2017<br>Time:    N/A<br>Dept.:    N/A<br>Judge:   Hon. Kandis A. Westmore |

I, **ADAM WOLEK**, hereby declare as follows:

1. I have personal knowledge of all matter stated herein.

2. I am counsel for Plaintiffs Parkridge *et al*.

1

3. I requested an extension from Defendants' counsel via telephone conference and through email because the electronically-generated briefing schedule would require counsel to work over Christmas, among other reasons. *See* Exhibit A. Defendants' counsel agreed to a response date of at least January 4, 2018. *See id*. However, that due date would still interfere with the upcoming holidays and my and my associates' travels for the holidays because a Response being due *right after* the holidays would effectively require counsel to work *over* the holidays. I accordingly requested additional time to avoid interfering with the holidays. *See id*.

4. Furthermore, more than two weeks is needed to address all of the complex issues raised in Defendants' motion, including, among other issues, whether each of the five newly-named entities were signatories to an agreement premised on an alter-ego theory (each would have to undergo a separate alter-ego analysis), whether the Court properly has jurisdiction over *each* of the five newly-named entities, and whether *each* of the five newly-named entities Consents to Magistrate Judge Jurisdiction.

5. Moreover, given that the five newly-named parties are *all located in* Asia, the time difference and logistical communication issues further exacerbate delays in getting information, and sign off, to respond and address each of the relevant issues.

6. Because this matter is stayed before this Court, it would not have an impact on the case schedule.

7. For these, and other reasons, I respectfully request the Court enter an order extending the deadline from January 4, 2018, to respond to at least January 18, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2017               Respectfully submitted,

By: /s/  Adam Wolek