AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| On behalf of Parkridge Limited et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 4:16-cv-07387-KAW |
| Indyzen, Inc., et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
a limited capacity to challenge personal jurisdiction, the court's jurisdiction and process for ostensible counter-defendants Randy Dobson, California Fitness and Yoga Centers, F8 Vietnam Company, and Boon Global Limited.

Date: December 21, 2017

s/ Adam Wolek
*Attorney's signature*

Adam Wolek, 6301207
*Printed name and bar number*

Taft Stettinius & Hollister LLP
111 E Wacker Dr Ste 2800
Chicago, IL 60601
*Address*

awolek@taftlaw.com
*E-mail address*

(312) 836-4063
*Telephone number*

(312) 527-4011
*FAX number*