Mark R. Figueiredo, Esq. (SBN 178850)
Ethan G. Solove, Esq. (SBN 308026)
Gokalp Y. Gurer, Esq. (SBN 311919)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants, | CASE NO.  16-CV-07387-JSW<br><br>**RE-NOTICE OF PETITION FOR AN ORDER COMPELLING ARBITRATION PURSUANT TO 9 U.S.C. § 4**<br><br>Date:       February 9, 2018<br>Time:       9:00 AM<br>Dept.:       Courtroom 5, 2nd Floor<br>Judge:      Hon. Jeffrey S. White |

    To Plaintiffs Parkridge Limited and Mabel Mak (collectively the "Plaintiffs"), and Randy Dobson ("Dobson") California Management Group a/k/a CMG.Asia ("CMG") California Fitness & Yoga Centers ("CFYC"), F8 Vietnam Company (the "F8 Company"), and Boon Global Limited ("Boon").

    Please take notice that on February 9, 2018, at 9:00 AM, at the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, in Courtroom 5, 2nd Floor, Defendant Indyzen, Inc. ("Indyzen") will, and hereby does, petition the Court for an order compelling arbitration of Indyzen's counterclaims against Dobson, CMG, CFYC, F8 Company, and Boon in in the related arbitration, AAA Case No.: 01-17-0003-4918, so that the Arbitrator in that case can determine whether these additional parties should be brought

into the arbitration. This Re-Notice is made pursuant to the Order Reassigning Case, entered today, January 5, 2018, which states in relevant part that "[m]otions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule." (**Dkt. No. 38**.)

This Petition is made pursuant to 9 U.S.C. § 4 on grounds that Plaintiffs and Defendants contracted to resolve disputes like this one in arbitration and have been ordered to arbitration by this Court, and Dobson, CMG, CFYC, F8 Company, and Boon are all also bound to the same contractual arbitration but have refused to arbitrate as required.

This Petition is based on this Re-Notice of Petition. It is also based on the Petition to Compel Arbitration, Memorandum of Points and Authorities, Request for Judicial Notice and Exhibits thereto, Declaration of Praveen Narra and Exhibits thereto, Declaration of Ethan G. Solove and exhibits thereto, the Proposed Order, all of which were filed and served on December 14, 2017 (**Dkt. No. 32.**), as well as the pleadings, records, and files of this lawsuit, and on such other and further oral and documentary evidence and legal memoranda as may be presented at or before the hearing on this Petition.

Dated: January 5, 2018                      STRUCTURE LAW GROUP, LLP


                                            By: /s/ Ethan G. Solove
                                                Ethan G. Solove, Esq.
                                                Attorneys for Defendants
                                                INDYZEN, INC., and PRAVEEN NARRA
                                                KUMAR