Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

Attorneys for Plaintiffs
Parkridge and Mabel Mak

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>　　　　　　　　Defendants. | Case No. 16-cv-07387<br><br>**JOINT STATUS REPORT**<br><br>Date:　　January 17, 2018<br>Time:　　N/A<br>Dept.:　　N/A<br>Judge:　　Hon. Jeffrey S. White |

　　　　The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case. The above-captioned case is stayed pursuant to the April 18, 2017 Order. Dkt. 24, at 9-10. The Parties are participating in arbitration pursuant to the Court's Order, which is currently pending. Additionally, Defendant Indyzen, Inc. filed a Petition For an Order Compelling

**JOINT STATUS REPORT**　　　　　　　　　　1

Arbitration Pursuant to 9 U.S.C. § 4 on December 14, 2017, which seeks to add additional parties to the arbitration, and which has a hearing date presently set for February 16, 2018 before this Court.

DATED:  January 17, 2018                                   Respectfully submitted,

By: /s/   Adam Wolek
Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195
david@makmanlaw.com

Attorneys for PLAINTIFFS

DATED:  January 17, 2018                                   Respectfully submitted,

STRUCTURE LAW GROUP, LLP


By:/s/   Ethan Solove (*with permission*)
Ethan G. Solove, Esq.
ESolove@structurelaw.com
Attorneys for DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 17, 2018, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: January 17, 2018               Taft Stettinius & Hollister LLP


                                      By: /s/   Adam Wolek
                                      Adam Wolek