# EXHIBIT C

**AMERICAN ARBITRATION ASSOCIATION**
**COMMERCIAL ARBITRATION**

PARKRIDGE LIMITED, a Hong Kong corporation,
by Mabel Mak, and MABEL MAK, an individual,
Claimants,

    v.

INDYZEN, INC., a California corporation, and
PRAVEEN NARRA KUMAR, an individual,
Respondents.

AAA Case No.: 01-17-0003-4918

## DECLARATION OF MABEL MAK
## ON BEHALF OF BOON GLOBAL LIMITED

I, **MABEL MAK**, hereby declare as follows:

1.     I am employed by Boon Global Limited ("Boon") as Director. I have been employed at Boon since 13 November 2014. I have personal knowledge of all matter stated herein.

2.     Boon is incorporated in Hong Kong, formed on or about 13 November 2014.

3.     At all times, Boon has followed required corporate formalities, including the maintenance of corporate records, separate from Parkridge Limited.

4.     At all times, there have been no commingling of funds between Boon and Parkridge Limited, Mabel Mak, or Randy Dobson.

5.     At all times, Boon has not diverted its funds or assets without authorization to uses other than Boon uses.

6.     At all times, Boon has been properly capitalized as required by law.

7.     At all times, Boon has maintained its own bank account, separate from any bank accounts maintained by Parkridge Limited, Mabel Mak, or Randy Dobson.

8.     At all times, Boon has filed tax returns separate from any tax returns filed by Parkridge Limited, Mabel Mak, or Randy Dobson.

9.    Boon has never entered into any agreements with Indyzen, Inc. or Praveen Narra and has never agreed to arbitrate any claims with Indyzen, Inc. or Praveen Narra.

10.    Boon does not own any fitness app called the "Morfit App."

11.    Boon has no employees, agents, or representatives in the state of California (USA).

12.    Boon does not direct any of its activities towards nor targets the state of California (USA).

13.    Boon does no business in California and has no bank accounts or real property in the state of California (USA).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2017

MABEL MAK

2