# EXHIBIT C

**AMERICAN ARBITRATION ASSOCIATION**
**COMMERCIAL ARBITRATION**

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, Claimants, | AAA Case No.: 01-17-0003-4918 |
| v. | |
| INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual, Respondents. | |

## DECLARATION OF RANDY DOBSON ON BEHALF OF CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED

I, **RANDY DOBSON**, hereby declare as follows:

1.      I am employed by California Fitness & Yoga Centers Company Limited ("CFYC") as the General Director. I have been employed at CFYC since June 2007. I have personal knowledge of all matter stated herein.

2.      CFYC is incorporated in Vietnam, formed on or about 18 June 2007.

3.      At all times, CFYC has followed required corporate formalities, including the maintenance of corporate records, separate from Parkridge Limited.

4.      At all times, there have been no commingling of funds between CFYC and Parkridge Limited, Mabel Mak, or Randy Dobson.

5.      At all times, CFYC has not diverted its funds or assets without authorization to uses other than CFYC uses.

6.      At all times, CFYC has been properly capitalized as required by law.

7.      At all times, CFYC has maintained its own bank account, separate from any bank accounts maintained by Parkridge Limited, Mabel Mak, or Randy Dobson.

8.      At all times, CFYC has filed tax returns separate from any tax returns filed by

Parkridge Limited, Mabel Mak, or Randy Dobson.

9.      CFYC has never entered into any agreements with Indyzen, Inc. or Praveen Narra and has never agreed to arbitrate any claims with Indyzen, Inc. or Praveen Narra.

10.     CFYC does not own any fitness app called the "Morfit App."

11.     CFYC has no employees, agents, or representatives in the state of California (USA).

12.     CFYC does not direct any of its activities towards nor targets the state of California (USA).

13.     CFYC does no business in the state of California (USA) and has no bank accounts or real property in the state of California (USA).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2017

_____
**RANDY DOBSON**

2