# EXHIBIT D

Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

*Attorneys Appearing in a Limited Capacity for Counter-Defendants Boon Global Limited, F8 Vietnam Company Limited, California Fitness & Yoga Centers, California Management Group, and Randy Dobson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Counter-Plaintiffs,<br>v.<br><br>PARKRIDGE LIMITED, a Hong Kong corporation, BOON GLOBAL LIMITED, a Hong Kong corporation, F8 VIETNAM COMPANY LIMITED, a Vietnam company, CALIFORNIA FITNESS & YOGA CENTERS, an entity of unknown form, CALIFORNIA MANAGEMENT GROUP, an entity of unknown form, and RANDY DOBSON, an individual,<br><br>Counter-Defendants. | Case No. 16-cv-07387<br><br>**DECLARATION OF RANDY DOBSON IN OPPOSITION TO DEFENDANTS' PETITION FOR AN ORDER COMPELLING ARBITRATION**<br><br>Date:   February 16, 2018<br>Time:   9:00 AM<br>Dept.:  Courtroom 5, 2nd Floor<br>Judge:  Hon. Jeffrey S. White |

21883501.5

I, Randy Dobson, declare as follows:

1. I am employed by Parkridge Limited ("Parkridge") as the Chief Executive Officer and sit on the Board of Directors. *See* Aff. of R. Dobson. I have personal knowledge of all matter stated herein.

2. Praveen Narra served as Parkridge's Chief Technology Officer. Parkridge relied upon Narra's expertise in application and software development in its decision to hire Indyzen, Inc. ("Indyzen") to develop a mobile software application combining health and fitness information with social media networking, later known as Morfit (the "Morfit App").

3. Indyzen did not fulfill its duties under its contract with Parkridge.

4. The application delivered by Indyzen neither met industry standards nor the requirements agreed upon between Parkridge and Indyzen under the Software Development and Licensing Agreement.

5. The contract to develop the Morfit App was with Indyzen and Parkridge, and not me in my personal capacity.

6. I do not comingle my personal funds or bank accounts with Parkridge or any of the named entities.

7. I am the General Director of California Fitness & Yoga Centers Company Limited ("CFYC"). *See* Aff. of CFYC.

8. CFYC owns gyms throughout Vietnam. Additionally, part of CFYC's services consists of managing certain aspects of various companies, including managing a company's human resources needs or testing a company's mobile application. For example, CFYC tested the prototype Morfit App at CFYC gyms. However, CFYC neither owns nor is the same entity as Parkridge, and at all times, Parkridge and CFYC acted independently and as separate entities.

21883501.5

2

9. The California Management Group ("CMG") is an association or network of independent companies who have strategic relationships with one another, and CMG's personnel and overall control is through CFYC. The "cmg.asia" website is the website for CMG. UFC Gym, a CMG-associated company and strategic partner, is an example of one independent company operating in the CMG network. Neither CMG nor CFYC owns or is the same entity as UFC.

10. Neither Parkridge, CFYC, nor CMG.ASIA Limited own or are owned by F8 Vietnam Company Limited ("F8") or Boon Global Limited ("Boon"). Parkridge, CFYC, and CMG.ASIA Limited all act independently and are separate entities.

11. I have never used any intellectual property owned by Indyzen or Narra to steal or clone the Morfit App.

12. Moreover, I have never used CMG, CFYC, F8, Boon, or any other entity to steal or clone any intellectual property owned by Indyzen or Narra.

13. I deny the allegations set forth in paragraph nine of the Declaration of Praveen Narra Kumar in Support of Petition for an Order Compelling Arbitration Pursuant to 9 U.S.C. § 4 ("Narra's Declaration").

14. The email referenced as Exhibit H in paragraph ten of Narra's Declaration relates to the routine operations of CFYC's health club business and how it properly disposes of CFYC's gym members' confidential information. Neither I nor CFYC have destroyed evidence that is relevant or reasonably anticipated to be subject to disclosure in this litigation or arbitration.

15. CMG.ASIA Limited is an inactive company and was established to be a holding company for business investments.

16. CMG.ASIA Limited is not associated with CMG, CFYC, or Parkridge and does not own the website "cmg.asia" or any brands associated with the "cmg.asia" website or CMG.

21883501.5

17. I am CMG.ASIA Limited's Reserve Director.

18. At all times, CMG.ASIA Limited has followed required corporate formalities, including the maintenance of corporate records, separate from Parkridge and CFYC.

19. At all times, there have been no commingling of funds between CMG.ASIA Limited and Parkridge, CFYC, Mabel Mak, or Randy Dobson.

20. At all times, CMG. ASIA Limited has not diverted its funds or assets without authorization to uses other than CMG.ASIA uses.

21. At all times, CMG.ASIA Limited has been properly capitalized as required by law.

22. At all times, CMG.ASIA Limited has maintained its own bank account, separate from any bank accounts maintained by Parkridge, CFYC, Mabel Mak, or Randy Dobson.

23. At all times, CMG.ASIA Limited has filed tax returns separate from any tax returns filed by Parkridge, CFYC, Mabel Mak, or Randy Dobson.

24. CMG.ASIA Limited has never entered into any agreements with Indyzen, Inc. or Praveen Narra.

25. CMG.ASIA Limited does not own any fitness app called the "Morfit App."

26. CMG.ASIA Limited has no employees, agents, or representatives in the state of California (USA).

27. CMG.ASIA Limited does not direct any of its activities towards nor targets the state of California (USA).

28. CMG.ASIA Limited does no business in the state of California (USA) and has no bank accounts or real property in the state of California (USA).

21883501.5

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2018

_____
RANDY DOBSON

21883501.5