# EXHIBIT C

## AMERICAN ARBITRATION ASSOCIATION
## COMMERCIAL ARBITRATION

PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,
Claimants,
v.
INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,
Respondents.

AAA Case No.: 01-17-0003-4918

## DECLARATION OF PHAN NGOC HUY ON BEHALF OF F8 VIETNAM COMPANY LIMITED

I, Phan Ngoc Huy, hereby declare as follows:

1. I am employed by F8 Vietnam Company Limited ("F8") as Director. I have been employed at F8 since 31 October 2016. I have personal knowledge of all matter stated herein.

2. F8 is incorporated in Vietnam, formed on or about October 31, 2016.

3. At all times, F8 has followed required corporate formalities, including the maintenance of corporate records, separate from Parkridge Limited.

4. At all times, there have been no commingling of funds between F8 and Parkridge Limited, Mabel Mak, or Randy Dobson.

5. At all times, F8 has not diverted its funds or assets without authorization to uses other than F8 uses.

6. At all times, F8 has been properly capitalized as required by law.

7. At all times, F8 has maintained its own bank account, separate from any bank accounts maintained by Parkridge Limited, Mabel Mak, or Randy Dobson.

8. At all times, F8 has filed tax returns separate from any tax returns filed by Parkridge Limited, Mabel Mak, or Randy Dobson.

9. F8 has never entered into any agreements with Indyzen, Inc. or Praveen Narra and has never agreed to arbitrate any claims with Indyzen, Inc. or Praveen Narra.

10. F8 does not own any fitness app called the "Morfit App."

11. F8 has no employees, agents, or representatives in the state of California (USA).

12. F8 does not direct any of its activities towards nor targets the state California (USA).

13. F8 does no business in the state of California (USA) and has no bank accounts or real property in the state of California (USA).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2017

Phan Ngoc Huy