Adam Wolek (pro hac vice)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com
DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariners Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560

Attorneys for Plaintiffs
Parkridge Limited and Mabel Mak

*Attorneys Appearing in a Limited Capacity for Counter-Defendants Boon Global Limited, F8 Vietnam Company Limited, California Fitness & Yoga Centers, California Management Group, and Randy Dobson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>          Defendants. | **Case No.** 16-cv-07387<br><br>**CORRECTED NOTICE OF RANDY DOBSON'S MOTION TO DISMISS INDYZEN, INC.'S PETITION TO COMPEL ARBITRATION PURSUANT TO FRCP 12(b)(2), 12(b)(3), AND (12)(b)(6)** |
| INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>          Counter-Plaintiffs,<br><br>     v.<br><br>PARKRIDGE LIMITED, a Hong Kong corporation, BOON GLOBAL LIMITED, a Hong Kong corporation, F8 VIETNAM COMPANY LIMITED, a Vietnam company, CALIFORNIA FITNESS & YOGA CENTERS, an entity of unknown form, CALIFORNIA MANAGEMENT GROUP, an entity of unknown form, and RANDY DOBSON, an individual,<br><br>          Counter-Defendants. | Date:     March 9, 2018<br>Time:     9:00 am<br>Dept.:     Courtroom 5, 2nd Floor<br>Judge:    Hon. Jeffrey S. White |

**CORRECTED NOTICE OF MOTION**                                           1

NOTICE OF MOTION

TO: THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT: On March 9, 2018 at 9:00 A.M., in Oakland Courthouse, Courtroom 5 - 2nd Floor 1301 Clay Street, Oakland, CA 94612, or at such other time and place as is set by the Court, Counter-Defendant Randy Dobson, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), will, and hereby does move to dismiss the Petition to Compel Arbitration (the "Petition") filed by Counter-Plaintiff Indyzen, Inc. ("Indyzen"). The motion will be based on the papers filed in this action on January 18, 2017 [DKT 43] and on such additional papers and arguments as may be filed in this action or made at the hearing.

DATED:  January 19, 2018                    Respectfully submitted,

By: /s/ *David Alan Makman*
Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195
david@makmanlaw.com

Attorneys for PLAINTIFFS and Appearing in a Limited Capacity for Counter-Defendants Boon Global Limited, F8 Vietnam Company Limited, California Fitness & Yoga Centers, California Management Group, and Randy Dobson

CORRECTED NOTICE OF MOTION                    2

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 19, 2018, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: January 19, 2018                     LAW OFFICES OF DAVID A. MAKMAN


By: /s/ *David Alan Makman*
David Alan Makman

CORRECTED NOTICE OF MOTION                     3