Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com
DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

*Attorneys Appearing in a Limited Capacity for Counter-Defendants Boon Global Limited, F8 Vietnam Company Limited, California Fitness & Yoga Centers, California Management Group, and Randy Dobson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>　　　　　　　　　　Defendants.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>　　　　　　　　　　Counter-Plaintiffs,<br>v.<br><br>PARKRIDGE LIMITED, a Hong Kong corporation, BOON GLOBAL LIMITED, a Hong Kong corporation, F8 VIETNAM COMPANY LIMITED, a Vietnam company, CALIFORNIA FITNESS & YOGA CENTERS, an entity of unknown form, CALIFORNIA MANAGEMENT GROUP, an entity of unknown form, and RANDY DOBSON, an individual,<br>　　　　　　　　　　Counter-Defendants. | **Case No.** 16-cv-07387<br><br>[~~PROPOSED~~] ORDER  AS MODIFIED<br><br>Judge:　Hon. Jeffrey S. White |

**[~~PROPOSED~~] ORDER**

This matter having come before the Court on the Stipulation for Extension of Time for Briefing, due notice having been given, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. Defendant Indyzen Inc.'s reply for its Petition to Compel Arbitration currently scheduled for hearing in this Court on February 16, 2018 (Dkt. Nos. 32 and 41) is due on or before February 1, 2018.

2. Counter-Defendants Randy Dobson, California Fitness & Yoga Centers, F8 Vietnam Company Limited, and Boon Global Limited respective replies for their Motions to Dismiss currently noticed for hearing in this Court on March 9, 2018 (Dkt. Nos. 43-50) are each due on or before February 15, 2018.

. The hearings for the motions shall all be held on March 9, 2018 at 9:00 a.m.

Dated: January 22, 2018

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE