Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARKRIDGE LIMITED, a Hong Kon )
)  Case No: 16-cv-07387
)
Plaintiff(s),  )
)  **APPLICATION FOR**
v.  )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
INDYZEN, INC., a California , et al.  )  (CIVIL LOCAL RULE 11-3)
)
Defendant(s).  )
)

I, Daniel R. Saeedi, an active member in good standing of the bar of the State of Ilinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Daniel R. Saeedi in the above-entitled action. My local co-counsel in this case is David A. Makman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Taft Stettinius & Hollister LLP, 111 E. Wacker, 28th Floor, Chicago, IL 60601 | 655 Mariner's Island Blvd, Suite 306 San Mateo, CA 94404 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 840-4308 | (650) 242-1560 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Dsaeedi@taftlaw.com | |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6296493.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                  Daniel R. Saeedi
                                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Daniel R. Saeedi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 16, 2018

*Jeffrey S White*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE