UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INDYZEN, INC., et al.,<br><br>　　　　　Defendants. | Case No.  4:16-cv-07387-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTIONS**<br><br>Re: Dkt. Nos. 32, 43, 44, 45, 46 |

　　　　YOU ARE HEREBY NOTIFIED that hearing on the Motion to Compel and Motions to Dismiss, scheduled on March 9, 2018 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE are vacated.  A written ruling shall issue.

Dated: March 6, 2018

　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　Clerk, United States District Court


By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541