United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDYZEN, INC., et al.,<br><br>    Defendants. | Case No. 4:16-cv-07387-JSW<br><br>**CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 39 |

YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference scheduled on April 6, 2018 at 11:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated and will be rescheduled in a further order of the Court, if necessary.

Dated: March 6, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541