Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

*Attorneys for Plaintiffs Parkridge Ltd. and Mabel Mak*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>                    Plaintiffs,<br><br>       v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>                    Defendants. | Case No. 16-cv-07387<br><br>**JOINT STATUS REPORT IN PART**<br><br>Date:     April 17, 2018<br>Time:    N/A<br>Dept.:    N/A<br>Judge:   Hon. Jeffrey S. White |

The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case. The above-captioned case is stayed pursuant to the April 18, 2017 Order. Dkt. 24, at 9-10. The Parties are participating in arbitration pursuant to the Court's Order, which is currently pending.

**JOINT STATUS REPORT**                                          1

<u>Defendants' Statement Only</u>

On April 13, 2018, the Court ordered Randy Dobson, California Management Group a/k/a CMG.Asia, California Fitness & Yoga Centers, F8 Vietnam Company Limited, and Boon Global "to join the related arbitration for this case in order that the arbitrator may decide whether to allow counterclaims against them proceed."  The Parties are in the process of working that out with the Arbitrator.

<u>Plaintiffs' Statement Only</u>

Plaintiffs Parkridge Ltd. and Mabel Mak disagree with the accuracy or necessity of some of the statements and characterizations in the separate statement provided by Defendants, maintain that neither body has jurisdiction over the parties named in Defendants' Statement, or that the Parties are "working that out" is an accurate representation of the present procedural posture, and reserve all rights.

DATED:  April 17, 2018

Respectfully submitted,

By: /s/   Adam Wolek
Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195
david@makmanlaw.com

*Attorneys for Plaintiffs Parkridge Ltd. and Mabel Mak*

JOINT STATUS REPORT                                 2

| | |
|---|---|
| DATED:  April 17, 2018 | Respectfully submitted, |
| | STRUCTURE LAW GROUP, LLP |
| | By:/s/ Ethan G. Solove_____ |
| | Ethan G. Solove, Esq. |
| | ESolove@structurelaw.com |
| | Attorneys for DEFENDANTS |

**JOINT STATUS REPORT**        3

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 17, 2018, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated:        April 17, 2018                             Taft Stettinius & Hollister LLP


                                                         By:/s/   Adam Wolek
                                                         Adam Wolek