Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile:  (408) 716-3052

Attorneys for Plaintiffs
Parkridge Ltd. and Mabel Mak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>　　　　　Defendants. | **Case No.** 16-cv-07387<br><br>**JOINT STATUS REPORT**<br><br>Date:　　July 12, 2018<br>Time:　　N/A<br>Dept.:　　N/A<br>Judge:　　Hon. Jeffrey S. White |

　　　The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case.  The above-captioned case is stayed pursuant to the April 18, 2017 Order.  Dkt. 24, at 9-10.  The Parties are participating in arbitration pursuant to the Court's Order, which is currently pending.

1

<u>Defendants' Statement Only</u>

On April 13, 2018, the Court ordered Randy Dobson, California Management Group a/k/a CMG.Asia, California Fitness & Yoga Centers, F8 Vietnam Company Limited, and Boon Global Limited (the "Additional Cross-Respondents) "to join the related arbitration for this case in order that the arbitrator may decide whether to allow counterclaims against them proceed." On April 25, 2018, the Arbitrator issued an order allowing the counterclaims against the Additional Cross-Respondents to proceed, and they have been added as parties to the arbitration.

<u>Plaintiffs' Statement Only</u>

Plaintiffs believe that Defendants' separate statements and characterizations are unnecessary, and are nevertheless inaccurate and incomplete. While Defendants state that the Arbitrator's April 25, 2018 order "allow[ed] the counterclaims . . . to proceed," the Arbitrator actually ruled that the Additional Cross-Respondents are entitled to formal notice and an opportunity to raise jurisdictional objections and defenses. Indeed, rather than Defendants' counterclaims simply proceeding, motions to dismiss the pleadings are calendared in the case schedule and are being briefed, with the last deadline being July 27, 2018.

DATED: July 12, 2018                                Respectfully submitted,

By: <u>s/ Adam Wolek</u>
Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

David A. Makman, SBN 178195
LAW OFFICES OF DAVID A. MAKMAN
david@makmanlaw.com

*Attorneys for Plaintiffs Parkridge Ltd. & Mabel Mak*

DATED:  July 12, 2018                              Respectfully submitted,

                                                        STRUCTURE LAW GROUP, LLP


                                                        By:  s/ Ethan Solove
                                                        Ethan G. Solove, Esq.
                                                        ESolove@structurelaw.com
                                                        Attorneys for DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 12, 2018, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated:       July 12, 2018                           Taft Stettinius & Hollister LLP


                                                     By:/s/   Adam Wolek
                                                     Adam Wolek