UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: BOON GLOBAL LIMITED; et al.

_____

BOON GLOBAL LIMITED; et al.,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

        Respondent,

INDYZEN, INC., a California corporation,

        Real Party in Interest.

No. 18-71347

D.C. No. 4:16-cv-07387-JSW
Northern District of California,
Oakland

ORDER

Before: TASHIMA, SILVERMAN, and GRABER, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file an answer.

The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court. Petitioner may file a reply within 5 days after service of the answer(s).

SLL/MOATT

The Clerk shall serve this order on the district court and District Judge White.