Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile:  (408) 716-3052

*Attorneys for Plaintiffs
Parkridge and Mabel Mak*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>　　　　　　　　　Defendants. | **Case No.** 16-cv-07387-KAW<br><br>**NOTICE OF WITHDRAWAL OF MOTION**<br><br><br>Hon. Judge Jeffrey S. White |

22968027.1

TO THIS COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT: Plaintiff hereby withdraws its motion for Brian Noack to withdraw on the grounds that no motion is needed to withdraw in light of the fact that Plaintiff continues to be represented by other counsel.  Therefore, the motion is hereby withdrawn pursuant to Civil L. R. 7.7(e) and Plaintiff will file a notice of change in counsel pursuant to Civil L.R. 5-1(c)(2)(C).

.

Dated:  July 20, 2018

By: s/ *David Alan Makman*
Adam Wolek
awolek@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois  60601
Phone: (312) 836-4063
Fax: (312) 966-8598

LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195
david@makmanlaw.com

*Attorneys for Plaintiffs Parkridge Limited and Mabel Mak*

22968027.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 20, 2018, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

By:   /s/  *David Alan Makman*

22968027.1