Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4063
Fax: 312.966.8598
awolek@taftlaw.com

DAVID A. MAKMAN (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (408) 716-3052

*Attorneys for Plaintiffs
Parkridge and Mabel Mak*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br>          Plaintiffs,<br><br>     v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>          Defendants. | **Case No.** 16-cv-07387-KAW<br><br>**NOTICE OF CHANGE IN COUNSEL PURSUANT TO CIVIL L.R. 5-1(c)(2)(C)**<br><br><br><br>Hon. Judge Jeffrey S. White |

22968027.1

TO THIS COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT: Brian Noack is withdrawing as counsel for Plaintiff pursuant to Civil L.R. 5-1(c)(2)(C).

.

Dated: July 20, 2018

| | |
|---|---|
| By: s/ *David Alan Makman* <br> Adam Wolek <br> awolek@taftlaw.com <br> Taft Stettinius & Hollister LLP <br> 111 E. Wacker Drive, 28th Floor <br> Chicago, Illinois  60601 <br> Phone: (312) 836-4063 <br> Fax: (312) 966-8598 <br><br> LAW OFFICES OF DAVID A. MAKMAN <br> David A. Makman, SBN 178195 <br> david@makmanlaw.com <br><br> *Attorneys for Plaintiffs Parkridge Limited and Mabel Mak* | By: s/  Brian Noack          (*with permission*) <br> Brian Noack <br> briannoack@gmail.com |

22968027.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 20, 2018, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

By:   /s/  *David Alan Makman*

22968027.1