Mark R. Figueiredo, Esq. (Cal. SBN 178850)
Ethan G. Solove, Esq. (Cal. SBN 308026)
Austin T. Jackson, Esq. (Cal. SBN 317538)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants. | Case No. 4:16-cv-07387-JSW<br><br>**JOINT STATUS REPORT**<br><br>Date:   October 10, 2018<br>Time:   N/A<br>Dept.:  N/A<br>Judge:  Hon. Jeffrey S. White |
|---|---|

The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case. The above-captioned case is stayed pursuant to the April 18, 2017 Order. Dkt. 24, at 9-10. The Parties are participating in arbitration pursuant to the Court's Order, which is currently pending.

<u>Defendants' Statement Only</u>

On April 13, 2018, the Court ordered Randy Dobson, California Management Group a/k/a CMG.Asia, California Fitness & Yoga Centers, F8 Vietnam Company Limited, and Boon Global Limited (the "Additional Cross-Respondents) "to join the related arbitration for this case in order that the arbitrator may decide whether to allow counterclaims against them proceed." On April 25, 2018, the Arbitrator issued an order allowing the counterclaims against the Additional Cross-Respondents to proceed, and the Arbitration has been continuing with them as well as the Plaintiffs and Defendants

JOINT STATUS REPORT

1  ever since. On July 30, 2018, the Arbitrator issued an order denying the Additional Cross-
2  Respondents' motion to dismiss in its entirety.
3      The Parties are currently in the discovery phase of the Arbitration, with percipient witness
4  depositions ordered by the Arbitrator to be wrapped up by the end of October and expert witness
5  depositions to be wrapped up by the end of November. An evidentiary hearing is scheduled for late
6  January.

<u>Plaintiffs' Statement Only</u>

    Plaintiffs believe that Defendants' separate statements and characterizations are unnecessary, and are nevertheless inaccurate and incomplete. While Defendants state that the Arbitrator's April 25, 2018 order "allow[ed] the counterclaims . . . to proceed," the Arbitrator actually ruled that the Additional Cross-Respondents are entitled to formal notice and an opportunity to raise jurisdictional objections and defenses. Indeed, the Arbitrator has stated that he will revisit Defendants' counterclaims.

DATED: October 10, 2018

Respectfully submitted,

By: /s/ Adam Wolek
Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195
david@makmanlaw.com
Attorneys for PLAINTIFFS

DATED: October 10, 2018

Respectfully submitted,

STRUCTURE LAW GROUP, LLP

By: /s/ Ethan G. Solove
Ethan G. Solove, Esq.
Email: ESolove@structurelaw.com
Attorneys for DEFENDANTS

JOINT STATUS REPORT