Mark R. Figueiredo, Esq. (Cal. SBN 178850)
Ethan G. Solove, Esq. (Cal. SBN 308026)
Austin T. Jackson, Esq. (Cal. SBN 317538)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>　　　　　Defendants. | Case No. 4:16-cv-07387-JSW<br><br>**JOINT STATUS REPORT**<br><br>Date:　　July 8, 2019<br>Time:　　N/A<br>Dept.:　　N/A<br>Judge:　　Hon. Jeffrey S. White |

The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case. The above-captioned case is stayed pursuant to the April 18, 2017 Order. Dkt. 24, at 9-10. The Parties are participating in arbitration pursuant to the Court's Order, which is currently pending.

Joint Status Report

The evidentiary hearing for the arbitration has concluded and was held in May 2019. Closing briefing for the evidentiary hearing is due from both sides on July 17, 2019. Unless the arbitrator directs otherwise, the Parties expect the arbitrator to rule on the arbitration thereafter without any

///

///

1 | further action from the Parties.

2

3 | DATED:  July 8, 2019

Respectfully submitted,

4 | By: /s/ Adam Wolek
Adam Wolek (*pro hac vice*)
5 | Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
6 | Chicago, Illinois 60601-3713
Tel: 312.836.4063
7 | Fax: 312.966.8598
awolek@taftlaw.com
8

9 | LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195
10 | david@makmanlaw.com

11 | Attorneys for PLAINTIFFS

12

13 | DATED:  July 8, 2019

Respectfully submitted,

14 | STRUCTURE LAW GROUP, LLP

15

16 | By: _____
Austin Jackson
17 | ajackson@structurelaw.com

18 | Attorneys for DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 8, 2019, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.