Mark R. Figueiredo, Esq. (Cal. SBN 178850)
Ethan G. Solove, Esq. (Cal. SBN 308026)
Austin T. Jackson, Esq. (Cal. SBN 317538)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
INDYZEN, INC. and PRAVEEN NARRA KUMAR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>                Plaintiffs,<br><br>  v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br>                Defendants. | Case No. 4:16-cv-07387-JSW<br><br>**JOINT STATUS REPORT**<br><br>Date:    October 7, 2019<br>Time:   N/A<br>Dept.:   N/A<br>Judge:  Hon. Jeffrey S. White |

The Parties respectfully submit the following Joint Status Report pursuant to Docket 24 in the above captioned case. The above-captioned case is stayed pursuant to the April 18, 2017 Order. Dkt. 24, at 9-10.

<u>Plaintiff's Statement Only</u>

Defendants' mischaracterize below the Final Award as they substantively lost on all of their cross-claims, and their recitation below is nevertheless premature as the award is currently under review by the Arbitrator. Indeed, Cross-Respondents (i.e. Parkridge *et al*.) substantially prevailed on all of the cross-claims, including the trade secret misappropriation, breach of contract for confidentiality breaches, and the copyright infringement claims assert by Defendants/Cross-Claimants, among other things. The limited extent that declaratory relief was granted for Defendant

**JOINT STATUS REPORT**                                                                                         1

Indyzen/Cross-Claimant was simply administerial as it merely clarified that they owned the software code that *Indyzen* developed, which was not claimed to be owned by Cross-Respondents. Further, the attorney fee award noted below is also being reviewed by the Arbitrator, and improperly included numerous fees including for claims for Defendant Indyzen's (*as* Cross-Claimant) attorney's fees, despite its substantive cross-claims being denied, among other reasons.

## Defendants' Statement Only

The evidentiary hearing for the arbitration concluded in May 2019. The Arbitrator issued a Final Award on August 19, 2019, the main points of which follow: (1) The Arbitrator denied in full Plaintiffs/Claimants' claims against Defendants/Cross-Respondents. (2) The Arbitrator granted Defendant/Cross-Claimant Indyzen, Inc.'s cross-claim for declaratory relief against Indyzen, Inc., and denied the rest. (3) The Arbitrator awarded Defendants/Cross-Respondents attorneys' fees from both Plaintiffs/Cross-Respondents in the amount of $678,825.

Since the issuance of the Final Award, both sides have submitted follow-up requests to the Arbitrator, and are awaiting rulings on those requests.

DATED: October 7, 2019                                      Respectfully submitted,

By: /s/ Adam Wolek
Adam Wolek (*pro hac vice*)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.836.4063
Fax: 312.966.8598
awolek@taftlaw.com

LAW OFFICES OF DAVID A. MAKMAN
David A. Makman, SBN 178195
david@makmanlaw.com

Attorneys for PLAINTIFFS

DATED: October 7, 2019                                      Respectfully submitted,

**JOINT STATUS REPORT**                                         2


STRUCTURE LAW GROUP, LLP

By: /s/ Ethan G. Solove
Ethan G. Solove
esolove@structurelaw.com
Attorneys for DEFENDANTS