AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

PARKRIDGE LIMITED, and MABEL MAK
  Plaintiff(s),
V.
INDYZEN, INC., and PRAVEEN NARRA KUMAR
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cv-07387

Notice is hereby given that, subject to approval by the court, **Plaintiffs Parkridge Ltd. & Mabel Mak** substitutes
(Party(s) Name)

Constance J. Yu , State Bar No. 182704 as counsel of record in
(Name of New Attorney)

place of   Adam Wolek, Daniel Saeedi and David Makman .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Putterman Yu LLP |
| Address: | 345 California St., Suite 1160, San Francisco, CA 94104 |
| Telephone: | (415) 839-8779         Facsimile (415) 737-1363 |
| E-Mail (Optional): | cyu@plylaw.com |

I consent to the above substitution.
Date: 11/13/2019

_____
(Signature of Party(s))

I consent to being substituted.
Date: 11/13/2019

/s/ Adam Wolek ; /s/ Daniel Saeedi ; /s/ David Makman
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/13/2019

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**ECF ATTESTATION**

I, Constance J. Yu, attest that concurrence in e-filing this **CONSENT ORDER GRANTING SUBSTIUTION OF ATTORNEY** has been obtained from signatories Adam Wolek of Taft Stettinius & Hollister and David A. Makman and Daniel Saeedi of Makman & Matz LLP, in compliance with L.R. 5-1(i)(3).

DATED: November 13, 2019          PUTTERMAN YU LLP

By:       */s/ Constance J. Yu*
          Constance J. Yu
          Attorneys for PLAINTIFFS
          PARKRIDGE LIMITED and MABEL MAK

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY                    Case No. 4:16-cv-07387-JSW