**CALLAGY LAW**
Michael J. Smikun, Esq. (Pro Hac Vice Application Pending)
650 From Road, Suite 565
Paramus, NJ 07652
Telephone: (201) 261-1700
Facsimile: (201) 549-8408
E-mail: msmikun@callagylaw.com

**PUTTERMAN YU LLP**
Constance J. Yu, Esq. (SBN 182704)
345 California Street, Suite 1160
San Francisco, CA 94104-2626
Telephone: (415) 839-8779
Facsimile: (415) 737-1363
E-mail: cyu@plylaw.com

*Attorneys from Plaintiffs Parkridge Limited and Mabel Mak*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On Behalf of PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, <br><br> *Plaintiffs*, <br><br> v. <br><br> INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual; <br><br> *Defendants*. | No. 4:16-cv-07387-JSW <br><br> **APPLICATION OF ATTORNEY FOR ADMISSION TO PRACTICE PRO HAC VICE PURSUANT TO CIVIL LOCAL RULE 11-3** |

Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Parkridge Limited, a Hong Kong corporation, by
Mabel Mak, and Mabel Mak, an individual,

                            Plaintiff(s),

    v.

Indyzen, Inc., a California corporation, and
Praveen Narra Kumar, an individual,

                       Defendant(s).

Case No: 16-cv-07387

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael J. Smikun _____, an active member in good standing of the bar of New Jersey _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Parkridge Limited and Mabel Mak _____ in the above-entitled action. My local co-counsel in this case is Constance Jiun-Yee Yu _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Callagy Law, PC<br>650 From Road, Suite 565<br>Paramus, NJ 07652 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Putterman Yu LLP<br>345 California St., Suite 1160<br>San Francisco, CA 94104 |
| --- | --- |
| MY TELEPHONE # OF RECORD:<br>201-261-1700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-839-8779 |
| MY EMAIL ADDRESS OF RECORD:<br>msmikun@callagylaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cyu@plylaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 02056-2008 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/14/2019

                                  Michael J. Smikun
                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael J. Smikun _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Certificate of Good Standing



# United States of America
# District of New Jersey

*I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

## Michael J. Smikun

*was duly admitted to practice in said Court as of December 31, 2008, and is in good standing as a member of the Bar of said Court.*

*Dated at Trenton, New Jersey*
*on: September 16, 2019*



**WILLIAM T. WALSH, CLERK**

By _____
Crystal Shanklin, Deputy Clerk

*U. S.   District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*