AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

PARKRIDGE LIMITED, and MABEL MAK
                         Plaintiff (s),
V.
INDYZEN, INC., and PRAVEEN NARRA KUMAR
                         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cv-07387

Notice is hereby given that, subject to approval by the court, **Plaintiffs Parkridge Ltd. & Mabel Mak** substitutes
(Party (s) Name)

**Constance J. Yu**, State Bar No. **182704** as counsel of record in
(Name of New Attorney)

place of **Adam Wolek, Daniel Saeedi and David Makman**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: Putterman Yu LLP
   Address: 345 California St., Suite 1160, San Francisco, CA 94104
   Telephone: (415) 839-8779     Facsimile (415) 737-1363
   E-Mail (Optional): cyu@plylaw.com

I consent to the above substitution.
Date: 11/13/2019
                                  (Signature of Party (s))

I consent to being substituted.
Date: 11/13/2019
/s/ Adam Wolek ; /s/ Daniel Saeedi ; /s/ David Makman
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/13/2019
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 14, 2019
                                    Jeffrey S. White
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]