Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Parkridge Limited, a Hong Kong corporation, by Mabel Mak, and Mabel Mak, an individual,

Plaintiff(s),

v.

Indyzen, Inc., a California corporation, and Praveen Narra Kumar, an individual,

Defendant(s).

Case No: 16-cv-07387 JSW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael J. Smikun, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Parkridge Limited and Mabel Mak in the above-entitled action. My local co-counsel in this case is Constance Jiun-Yee Yu, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Callagy Law, PC<br>650 From Road, Suite 565<br>Paramus, NJ 07652 | Putterman Yu LLP<br>345 California St., Suite 1160<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>201-261-1700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-839-8779 |
| MY EMAIL ADDRESS OF RECORD:<br>msmikun@callagylaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cyu@plylaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 02056-2008.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/14/2019

Michael J. Smikun
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael J. Smikun is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 15, 2019

Jeffrey S. White
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012