MICHAEL J. SMIKUN (*Admitted Pro Hac Vice*)
**CALLAGY LAW, P.C.**
Mack Cali Centre II
650 From Road – Suite 565
Paramus, New Jersey 07652
Telephone: (201)261-1700
Facsimile: (201)621-6236
E-mail: msmikun@callagylaw.com

[Additional counsel listed on signature page.]

Attorneys for Plaintiffs
PARKRIDGE LIMITED AND MABEL MAK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants. | Case No. 4:16-cv-07387-JSW<br><br>**DECLARATION OF MICHAEL J. SMIKUN, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO CONFIRM ARBITRATION AWARD AND LIFT STAY**<br><br>*Hon. Jeffrey S. White*<br><br>Date:   January 24, 2020<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 5, 2nd Floor<br><br>Complaint Filed:   December 29, 2016 |
| INDYZEN, INC., a California corporation,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, BOON GLOBAL LIMITED, a Hong Kong company, F8 VIETNAM COMPANY LIMITED, a Vietnam company, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, a Vietnam company, and RANDY DOBSON, an individual,<br><br>Counter-Defendants. | |

Case No. 4:16-cv-07387-JSW
DECLARATION OF MICHAEL J. SMIKUN, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO CONFIRM ARBITRATION AWARD AND LIFT STAY

I, Michael J. Smikun, Esq. declare as follows:

1. I am a partner at Callagy Law, P.C., attorneys for Plaintiffs Parkridge Limited and Mabel Mak (collectively "Plaintiffs"). I make this declaration in support of Plaintiff's Response in Opposition to Defendants' Motion to Confirm Arbitration Award and Lift Stay. The facts stated herein are true of my knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Final Arbitration Award dated August 19, 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of the MorFit Agreement.

4. Attached hereto as **Exhibit C** is a true and correct copy of Claimant's Demand for Arbitration filed on July 15, 2017.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Procedural Order entered by Arbitrator Gary L. Benton on November 6, 2017.

6. Attached hereto as **Exhibit E** is a true and correct copy of Respondent/Counter-claimant's Amended Counterclaims filed on June 29, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 30, 2019                    CALLAGY LAW, P.C.

                                            By: _/s/ Michael Smikun_____
                                                MICHAEL J. SMIKUN

CONSTANCE J. YU (SBN 182704)
PUTTERMAN | YU LLP
345 California Street, Suite 1160
San Francisco, CA 94104-2626
Telephone: (415) 839-8779
Facsimile: (415) 737-1363
E-mail: cyu@plylaw.com

Attorneys for Plaintiffs and Counter-Defendants
PARKRIDGE LIMITED and MABEL MAK