Keith Gillette (SBN 191082)
E-mail: keith.gillette@bullivant.com
Matthew A. Trejp (SBN 320464)
E-mail: matthew.trejo@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701

Mark R. Figueredo (SBN 178850)
E-mail: mrf@structurelaw.com
Ethan G. Solove (SBN 308026)
E-mail: esolve@structurelaw.com
STRUCTURE LAW GROUP
1754 Technology Drive, Suite 135
San Jose, CA 95110
Telephone: 408.441.7500
Facsimile: 408.441.7501

Attorneys for Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PARKRIDGE LIMITED and MABEL MAK,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYZEN, INC. and PRAVEEN NARRA KUMAR,<br><br>Defendants.<br><hr>INDYZEN, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>PARKRIDGE LIMITED, BOON GLOBAL, LIMITED, F8 VIETNAM COMPANY LIMITED, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, and RANDY DOBSON.<br><br>Counter-Defendants. | Case No.: 4:16-cv-07387-JSW<br><br>*Hon. Jeffrey S. White*<br><br>**DEFENDANTS' AND COUNTERCLAIMANT'S [PROPOSED] CASE SCHEDULE** |

On March 2, 2020, the Court issued an order denying plaintiffs and counter-defendants PARKRIDGE LIMITED and MABEL MAK ("Plaintiffs") Motion to Vacate, Modify or Correct the Final Award and granting defendants and counter-claimants INDYZEN, INC. and PRAVEEN NARRA KUMAR ("Defendants") Motion to Confirm the Final Award and Lift the Stay in this matter.  The Court ordered the parties to propose a schedule by no later than March 20, 2020 for resolution of the remaining matters before the Court.

Pursuant to this Court's Order, Defendants, by and through their counsel of record, respectfully submit this Proposed Case Schedule:

| Event | Defendants' Proposed Dates |
|---|---|
| Last day for parties to file their respective claims and/or counterclaims that were not subject to Arbitration | April 15, 2020 |
| Deadline to exchange initial disclosures | April 30, 2020 |
| Close of limited fact discovery, limited to pending claims and not as to claims resolved by the arbitrator | June 30, 2020 |
| Last day to file dispositive motions (one per side in the entire case) | July 31, 2020 |
| Hearing on Dispositive Motions | August 15, 2020 |
| Mandatory Settlement Conference | September 30, 2020 |
| Final Pretrial Conference | October 16, 2020 |
| Bench Trial | November 2, 2020 |
| Length of Trial | 3-5 Days |

///

///

///

///

///

///

4820-2539-7943.1 08816/00063                    – 2 –

Defendants' position is that the Arbitration disposed of most if not all the issues between the parties. From Defendants' perspective, the only issues left to be decided are payments due to Indyzen and/or Narra under the Morfit Agreement. Defendants believe that most if not all the claims Plaintiffs will assert are subject to issue preclusion and therefore can be decided by dispositive motion without the need for discovery. Moreover, since the Arbitrator already found that the Morfit Agreement was a valid contract, Plaintiffs breached the contract, and that Defendants fully performed or were otherwise excused from performance, Defendants believe that any claims for payment due to Indyzen and/or Narra thereunder can be resolved by dispositive motion.

The parties engaged in extensive fact and expert discovery in the Arbitration proceeding, which is why Defendants propose limited discovery limited to pending claims and not as to claims resolved by the arbitrator.

The Morfit Agreement contains a jury waiver provision, so any trial in this matter would be a bench trial.

DATED: March 20, 2020           Respectfully Submitted,

                                BULLIVANT HOUSER BAILEY PC


                                By  /s/ Keith Gillette
                                    Keith Gillette
                                    Matthew A. Trejo

                                    Attorneys for Defendant and Counter-Plaintiff
                                    INDYZEN, INC. and Defendant PRAVEEN
                                    NARRA KUMAR