MICHAEL J. SMIKUN (*Admitted Pro Hac Vice*)
**CALLAGY LAW, P.C.**
Mack Cali Centre II
650 From Road – Suite 565
Paramus, New Jersey 07652
Telephone: (201)261-1700
Facsimile: (201)621-6236
E-mail: msmikun@callagylaw.com

[Additional counsel listed on signature page.]

Attorneys for Plaintiffs
PARKRIDGE LIMITED AND MABEL MAK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual, <br><br> Defendants. | Case No. 4:16-cv-07387-JSW <br><br> **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' AND COUNTER-CLAIMANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES** <br><br> *Hon. Laurel Beeler* |
| INDYZEN, INC., a California corporation, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, BOON GLOBAL LIMITED, a Hong Kong company, F8 VIETNAM COMPANY LIMITED, a Vietnam company, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, a Vietnam company, and RANDY DOBSON, an individual, <br><br> Counter-Defendants. | |

Plaintiffs' respectfully submit the following Stipulation pursuant to Civil L.R. 6-2 in the above captioned case. Plaintiff's respectfully request this Court to extend the deadline for Plaintiffs' Opposition to Defendants' Motion for Attorneys Fees which is due April 7, 2020 to April 14, 2020.

This is Plaintiffs' second request to extend time and this extension will not impact the return date for the pending motion, which is currently set for May 1, 2020. Plaintiffs have made an offer to settle and resolve Defendants' Motion for Attorneys Fees and Defendants have made a counter-proposal. The additional time is needed to allow the parties to continue their good faith discussions and will likely reduce litigation costs which can be directed toward resolution.

Defendants stipulate to this extension.

DATED: April 6, 2020                     CALLAGY LAW, P.C.

                                         By: _____
                                            MICHAEL J. SMIKUN

                                         CONSTANCE J. YU (SBN 182704)
                                         PUTTERMAN | YU LLP
                                         345 California Street, Suite 1160
                                         San Francisco, CA 94104-2626
                                         Telephone: (415) 839-8779
                                         Facsimile: (415) 737-1363
                                         E-mail: cyu@plylaw.com

                                         Attorneys for Plaintiffs and Counter-Defendants
                                         PARKRIDGE LIMITED and MABEL MAK


DATED: April 6, 2020                     BULLIVANT HOUSER BAILEY PC


                                         By  /s/ Matthew A. Trejo
                                            Keith Gillette
                                            Matthew A. Trejo

                                         Attorneys for Defendant and Counter-Plaintiff
                                         INDYZEN, INC. and Defendant PRAVEEN NARRA
                                         KUMAR

### CERTIFICATE OF SERVICE

The undersigned certifies that, on April 3, 2020, he cause this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: April 6, 2020            CALLAGY LAW, P.C.

By: *(signature)*
MICHAEL J. SMIKUN

CONSTANCE J. YU (SBN 182704)
PUTTERMAN | YU LLP
345 California Street, Suite 1160
San Francisco, CA 94104-2626
Telephone: (415) 839-8779
Facsimile: (415) 737-1363
E-mail: cyu@plylaw.com

Attorneys for Plaintiffs and Counter-Defendants
PARKRIDGE LIMITED and MABEL MAK