Keith Gillette (SBN 191082)
E-mail: keith.gillette@bullivant.com
Matthew A. Trejo (SBN 320464)
E-mail: matthew.trejo@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701

Mark R. Figueiredo, Esq. (State Bar No. 178850)
Austin T. Jackson, Esq. (State Bar No. 312698)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants and Counter-Plaintiff INDYZEN, INC.
and Defendant PRAVEEN NARRA KUMAR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PARKRIDGE LIMITED and MABEL MAK,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYZEN, INC., and PRAVEEN NARRA KUMAR,<br><br>Defendants. | CASE NO. 4:16-cv-07387-JSW<br><br>Hon. Jeffrey S. White<br><br>**SUPPLEMENTAL DECLARATION OF MARK R. FIGUEIREDO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |
| INDYZEN, INC,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>PARKRIDGE LIMITED, BOON GLOBAL, LIMITED, F8 VIETNAM COMPANY LIMITED, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, and RANDY DOBSON.<br><br>Counter-Defendants. | **DATE:** **May 7, 2020**<br>**TIME:** **9:30 A.M.**<br>**CRTM:** **5, 2nd Floor**<br>**1301 Clay Street**<br>**Oakland, CA 94612** |

I, MARK R. FIGUEIREDO, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts in the State of California and an attorney with the law firm of Structure Law Group, LLP, attorneys of record for defendant/counter-claimants INDYZEN, INC. and PRAVEEN NARRA KUMAR ("Defendants"). I make this supplemental declaration in support of Defendants Motion for Attorneys' Fees in response to this Court's May 3, 2020 Order requesting additional information on two billers in the billing records.

1. Chris Ford – Paralegal ("CF")

Mr. Ford obtained his paralegal certificate from the University of San Diego Paralegal Program in 2011. Mr. Ford has worked as a paralegal in general litigation for over 5 years and has been employed with Structure Law Group since 2016. Generally, in his role as a paralegal, Mr. Ford is responsible for preparing motions, preparing pleadings, preparing discovery requests and responses, preparing attorneys for settlement conferences, trials, mediations, and arbitrations, analyzing and processing documents, calculating court imposed and statutorily imposed deadlines, conducting legal research on procedural matters, assisting attorneys in the effectuating of service of discovery and lawsuits, reviewing documents propounded by opposing parties, drafting portions of petitions and declarations, and assisting attorneys with electronic discovery.

///
///
///
///
///
///
///
///
///
///
///

SUPPLEMENTAL DECLARATION OF MARK R. FIGUEIREDO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

2.      Melinda Ward - Legal Assistant ("MW")

Ms. Ward obtained her experience through on-the-job training.  Ms. Ward has been employed with Structure Law Group for over two years in her capacity as a legal assistant. Generally, in her role as a legal assistant, Ms. Ward  is responsible for processing documents, calculating necessary court imposed deadlines and statutorily imposed deadlines, calendaring deadlines, preparing pleadings, assisting attorneys prepare for trial, arbitration, and mediation, preparing discovery requests, preparing objections to discovery requests, preparing discovery responses, filing documents with courts, as well as scheduling depositions and preparing attorneys for depositions.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 4, 2020 at San Jose, California.

/s/ Mark R. Figueiredo

- 3 -

SUPPLEMENTAL DECLARATION OF MARK R. FIGUEIREDO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES