1  Matthew A. Trejo (SBN 320464)
   E-mail: matthew.trejo@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   101 Montgomery Street, Suite 2600
3  San Francisco, CA   94104-4146
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Mark R. Figueredo (SBN 178850)
   E-mail: mrf@structurelaw.com
6  Ethan G. Solove (SBN 308026)
   E-mail:  esolve@structurelaw.com
7  STRUCTURE LAW GROUP
   1754 Technology Drive, Suite 135
8  San Jose, CA   95110
   Telephone: 408.441.7500
9  Facsimile: 408.441.7501

10 Attorneys for Defendant and Counter-Plaintiff INDYZEN, INC.
   and Defendant PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| PARKRIDGE LIMITED and MABEL MAK,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYZEN, INC. and PRAVEEN NARRA KUMAR,<br><br>Defendants. | Case No.: 4:16-cv-07387-JSW<br><br>*Hon. Jeffrey S. White*<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE RESPONSIVE PLEADINGS AND EXCHANGE INITIAL DISCLOSURES; ORDER THEREON** |
|---|---|
| INDYZEN, INC.,<br><br>Counter-Plaintiff,<br>vs.<br><br>PARKRIDGE LIMITED, BOON GLOBAL, LIMITED, F8 VIETNAM COMPANY LIMITED, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, and RANDY DOBSON.<br><br>Counter-Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by and among defendants and counter-claimants, INDYZEN, INC. and PRAVEEN NARRA KUMAR ("Defendants") and plaintiffs PARKRIDGE LIMITED and MABEL MAK ("Plaintiffs"), through their respective counsel, that this Court:  (a)  Extend the deadline to file their respective responsive pleading to Plaintiffs' First Amended Complaint and Plaintiffs' deadline to file their responsive pleading to Defendants' Counterclaim to June 4, 2020; and (b)  extend the deadline for the parties to exchange initial disclosures to June 11, 2020.

This is Defendants' first request to extend these deadlines and this extension will not impact any other deadlines or hearings in this matter.  The additional time is needed because lead trial counsel, Keith Gillette, is no longer with Bullivant Houser Bailey PC; and Mr. Gillette will continue to represent defendants in his new law firm, Lewis Brisbois.  Defendants need the additional time to transition and transfer the files to Mr. Gillette at his new law firm, and for the substitution of counsel to be filed.

DATED: May 19, 2020

BULLIVANT HOUSER BAILEY PC

By  /s/ Matthew A. Trejo
Matthew A. Trejo

Attorneys for Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR

DATED: May 19, 2020                     CALLAGY LAW, P.C.

By:  /s/ Michael J. Smikun
Michael J. Smikun

Attorneys for Plaintiffs and Counter-Defendants PARKRIDGE LIMITED and MABEL MAK

## ORDER

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that the deadline to file the parties' respective responsive pleading to Plaintiffs' First Amended Complaint and Plaintiffs' deadline to file their responsive pleading to Defendants' Counterclaim is extended to June 4, 2020; and (b) the deadline for the parties to exchange initial disclosures is extended to June 11, 2020.

DATED: May __20__, 2020

By _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE