AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

PARKRIDGE LIMITED and MABEL MAK

                  Plaintiff (s),

V.

INDYZEN, INC. and PRAVEEN NARRA KUMAR

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:16-cv-07387-JSW

Notice is hereby given that, subject to approval by the court, **PRAVEEN NARRA KUMAR** substitutes
(Party (s) Name)

**KEITH GILLETTE**, State Bar No. 191082 as counsel of record in
(Name of New Attorney)

place of **BULLIVANT HOUSER BAILEY PC.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        LEWIS BRISBOIS

    Address:            2185 North California Boulevard, Suite 300, Walnut Creek, CA  94996

    Telephone:        702.830.9022        Facsimile

    E-Mail (Optional):  keith.gillette@lewisbrisbois.com

I consent to the above substitution.

Date:    May 27, 2020

PRAVEEN NARRA KUMAR
(Signature of Party (s))

I consent to being substituted.

Date:    May 19, 2020

BULLIVANT HOUSER BAILEY PC

/s/ Ronald L. Richman
(Signature of Former Attorney (s))
RONALD L. RICHMAN

I consent to the above substitution.

Date:    May 27, 2020

/s/ Keith R. Gillette
(Signature of New Attorney)
KEITH GILLETTE

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com