UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>INDYZEN, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-07387-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 125 |

On March 17, 2020, this Court referred Defendants' motion for attorneys' fees for a Report and Recommendation ("Report"). (Dkt. Nos. 99, 100.) The Court has received the Report, the time for filing objections to the Report has passed, and the Court has not received any objections. (Dkt. No. 125.) The Court finds the Report thorough and well-reasoned and adopts it in every respect.

Accordingly, the Court HEREBY GRANTS Defendants' motion and awards attorneys' fees in the amount of $26,268.00.

**IT IS SO ORDERED.**

Dated: June 4, 2020

_____
JEFFREY S. WHITE
United States District Judge