| | |
|---|---|
| 1 | MICHAEL J. SMIKUN (*Admitted Pro Hac Vice*) |
| 2 | **CALLAGY LAW, P.C.**<br>Mack Cali Centre II |
| 3 | 650 From Road – Suite 565<br>Paramus, New Jersey 07652 |
| 4 | Telephone: (201)261-1700<br>Facsimile: (201)621-6236 |
| 5 | E-mail: msmikun@callagylaw.com |
| 6 | [Additional counsel listed on signature page.] |
| 7 | Attorneys for Plaintiffs<br>PARKRIDGE LIMITED AND MABEL MAK |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>                    Plaintiffs,<br><br>     v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>                    Defendants. | Case No. 4:16-cv-07387-JSW<br><br>**DECLARATION OF COUNTER-DEFENDANT RANDY DOBSON IN SUPPORT OF THE MOTION TO DISMISS COUNTERCLAIMS**<br><br>*Hon. Jeffrey S. White*<br><br>Date:<br>Time:<br>Dept.:   Courtroom 5, 2nd Floor<br><br>Complaint Filed:   December 29, 2016 |
| INDYZEN, INC., a California corporation,<br><br>                    Counter-Plaintiffs,<br><br>     v.<br><br>PARKRIDGE LIMITED, a Hong Kong corporation and RANDY DOBSON, an individual,<br><br>                    Counter-Defendants. | |

Case No. 4:16-cv-07387-JSW

AFFIDAVIT OF COUNTER-DEFENDANT RANDY DOBSON

I, Randy Dobson, declare as follows:

1. I am an adult over the age of eighteen.
2. I am a Counter-Defendant in the above-captioned matter. I make this certification in support of the Motion to Dismiss.
3. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.
4. I have been living outside of the United States since June 2002.
5. I am a permanent resident of Hong Kong, and my family resides with me there.
6. I have no personal business dealings as an individual in State of California.
7. Any and all interactions I have had in or directed toward the State of California or any residents of the same have been solely in an official capacity on behalf of a duly organized and formed business entity, such as Parkridge Ltd.
8. I do not reside within the boundaries of the State of California, own no real property there, and, with the exception of attending the May 2019 arbitration hearing in this matter, have not been physically present in California in many years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2020

_____
Randy Dobson

AFFIDAVIT OF COUNTER-DEFENDANT RANDY DOBSON
2