KEITH GILLETTE
California State Bar No. 191082
Keith.Gillette@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2185 N. California Boulevard, Suite 300
Walnut Creek, CA 94596-3577
Telephone: 925.357.3448
Facsimile:  925.478.3260

Mark R. Figueredo
California State Bar No. 178850
mrf@structurelaw.com
Ethan G. Solove, Esq.
California State Bar No. 308026
esolve@structurelaw.com
STRUCTURE LAW GROUP
1754 Technology Drive, Suite 135
San Jose, CA 95110
Telephone: 408.441.7500
Facsimile: 408.441.7501

*Attorneys for Defendant and Counter-Plaintiff*
*INDYZEN, INC. and Defendant PRAVEEN*
*NARRA KUMAR*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PARKRIDGE LIMITED and MABEL MAK, <br><br> Plaintiffs <br><br> vs. <br><br> INDYZEN, INC. and PRAVEEN NARRA KUMAR, <br><br> Defendants. | CASE NO. 4:16-cv-07387-JSW <br><br> **STIPULATION TO EXTEND TIME FOR PARTIES TO FILE RESPONSIVE PLEADINGS AND EXCHANGE INITIAL DISCLOSURES; ORDER THEREON** <br><br> **[THIRD REQUEST]** |
| INDYZEN, INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> PARKRIDGE LIMITED, BOON GLOBAL, LIMITED, F8 VIETNAM COMPANY LIMITED, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, and RANDY DOBSON. | |

4815-7170-4953.2

1    Counter-Defendants.

2

3

4                    **STIPULATION**

5

6         IT IS HEREBY STIPULATED by and among defendants and counter-claimants,

7    INDYZEN, INC. and PRAVEEN NARRA KUMAR ("Defendants") and plaintiffs PARKRIDGE

8    LIMITED and MABEL MAK ("Plaintiffs"), through their respective counsel, that this Court:  (a)

9    Extend the deadline to file their respective responsive pleading to Plaintiffs' First Amended

10   Complaint and Plaintiffs' deadline to file their responsive pleading to Defendants' Counterclaim

11   to July 2, 2020; and (b)  extend the deadline for the parties to exchange initial disclosures to July

12   15, 2020.

13         This is Defendants' third request to extend these deadlines and this extension will not

14   impact any other deadlines or hearings in this matter.  The additional time is needed because lead

15   trial counsel, Keith Gillette, moved from Bullivant Houser Bailey PC.  Mr. Gillette will continue

16   to represent defendants at Lewis Brisbois Bisgaard & Smith LLP, his new law firm.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-7170-4953.2                          2

1  The substitution of counsel was filed, and the order granting substitution was signed by This

2  Honorable Court May 29, 2020. Despite diligent efforts to have file materials transferred,

3  Defendants require this additional time to transition and transfer the files to Mr. Gillette at his new

4  law firm.

5  DATED: June 17, 2020

6                                              LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8                                      By   */s/ Keith Gillette*_____

9                                              Keith Gillette
                                               Attorneys for Defendant and Counter-Plaintiff
10                                             INDYZEN, INC. and Defendant PRAVEEN
                                               NARRA KUMAR
11

12 DATED: June 17, 2020                        CALLAGY LAW, P.C.

13

14                                     By:  _*/s/ Michael J. Smikun*_____

15                                             Michael J. Smikun
                                               Attorneys for Plaintiffs and Counter-
16                                             Defendants PARKRIDGE LIMITED and
                                               MABEL MAK

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**<u>ORDER</u>**

2

Pursuant to the parties' Stipulation and good cause appearing:

3

4

IT IS HEREBY ORDERED that the deadline to file the parties' respective responsive

5

pleading to Plaintiffs' First Amended Complaint and Plaintiffs' deadline to file their responsive

6

pleading to Defendants' Counterclaim is extended to July 2, 2020; and (b) the deadline for the

7

parties to exchange initial disclosures is extended to July 15, 2020.

8

9

DATED: June _____, 2020

10

By _____

11

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28