1  Mark R. Figueiredo, Esq. (State Bar No. 178850)
   Christopher G. Addy, Esq. (State Bar No. 256044)
2  Austin T. Jackson, Esq. (State Bar No. 312698)
3  STRUCTURE LAW GROUP, LLP
   1754 Technology Drive, Suite 135
4  San Jose, California 95110
   Telephone: (408) 441-7500
5  Facsimile: (408) 441-7501

6  Attorneys for INDYZEN, INC. and PRAVEEN NARRA KUMAR

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | PARKRIDGE LIMITED, a Hong Kong Corporation, by Mabel Mak and MABEL MAK, an individual, | CASE NO. 4:16-CV-07387-JSW |
|---|---|
| Plaintiffs, | **INDYZEN, INC. AND PRAVEEN NARRA KUMAR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| INDYZEN, INC., a California Corporation, and PRAVEEN NARRA KUMAR, an individual | |
| Defendants. | |
| INDYZEN, INC., a California Corporation, | |
| Counter-Claimant, | |
| v. | |
| PARKRIDGE LIMITED, a Hong Kong Corporation and RANDY GENE DOBSON, an individual, | |
| Counter-Defendants. | |

25      Defendant and Counter-Claimant Indyzen, Inc. and Defendant Praveen Narra Kumar
26 (collectively, "Defendants") hereby make the following disclosure of non-party interested entities
27 or persons. Defendants reserve the right to supplement this disclosure when and if more
28 information is discovered.

- 1 -
INDYZEN, INC. AND PRAVEEN NARRA KUMAR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT

1   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.

4   Date:  July 28, 2020                    STRUCTURE LAW GROUP, LLP

6                                                     By:    /s/ Mark R. Figueiredo
                                                             Mark R. Figueiredo, Esq.
7                                                            Attorneys for INDYZEN, INC.
                                                             and PRAVEEN NARRA KUMAR