AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| PARKRIDGE LIMITED, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 4:16-cv-07387-JSW |
| INDYZEN, INC., et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Cross-Claimant INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR.

Date: 07/29/2020

/s/ Christopher G. Addy
*Attorney's signature*

Christopher G. Addy, 256044
*Printed name and bar number*

Structure Law Group, LLP
1754 Technology Drive, Suite 135
San Jose, CA 95110

*Address*

caddy@structurelaw.com
*E-mail address*

(408) 441-7500
*Telephone number*

(408) 441-7501
*FAX number*