AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong Corporation, by Mabel Mak and MABEL MAK, an individual,<br><br>*Plaintiff(s)*<br>v.<br>INDYZEN, INC., a California Corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>*Defendant(s)* | Civil Action No. 4:16-cv-07387-JSW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Counter-Defendant Randy Gene Dobson
CMG.ASIA HEAD OFFICE
Cali Tower 464-466-468
Phan Xich Long
P.2, Q. Phu Nhuan
700000 TP, HO CHI MINH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark R. Figueiredo, Esq.
Christopher G. Addy, Esq.
Austin T. Jackson, Esq.
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
*Susan Y. Soong*

Date: August 12, 2020  _____
*Signature of Clerk or Deputy Clerk*