1   MICHAEL J. SMIKUN (*Admitted Pro Hac Vice*)
    **CALLAGY LAW, P.C.**
2   Mack Cali Centre II
    650 From Road – Suite 565
3   Paramus, New Jersey 07652
    Telephone: (201)261-1700
4   Facsimile: (201)621-6236
    E-mail: msmikun@callagylaw.com
5

    [Additional counsel listed on signature page.]
6

    Attorneys for Plaintiffs
7   PARKRIDGE LIMITED AND MABEL MAK

8                 **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10   PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, | Case No. 4:16-cv-07387-JSW |
| 11 | ~~GRANTING~~ |
| 12            Plaintiffs, | **~~PROPOSED~~ ORDER ~~TO~~ COUNTER-DEFENDANT PARKRIDGE LIMITED'S MOTION TO DISMISS COUNT 3 OF COUNTERCLAIMS RE: FRAUD** |
| 13     v. | AND GRANTING RANDY DOBSON'S MOTION |
| 14   INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual, | TO DISMISS BOTH WITH LEAVE TO AMEND (Dkt. Nos. 135, 136) |
| 15 | |
| 16           Defendants. | *Hon. Jeffrey S. White* |
| 17 | Date:   July 31, 2020 |
| 18 | Time:   9:00 a.m. |
|   | Dept.:   Courtroom 5, 2nd Floor |
| 19 | Complaint Filed:    December 29, 2016 |
| 20   INDYZEN, INC., a California corporation, | |
| 21           Counter-Plaintiffs, | |
| 22     v. | |
| 23   PARKRIDGE LIMITED, a Hong Kong corporation and RANDY DOBSON, an individual, | |
| 24 | |
| 25          Counter-Defendants. | |
| 26 | |

27                                      Case No. 4:16-cv-07387-JSW

~~PROPOSED~~ ORDER TO COUNTER-DEFENDANT PARKRIDGE LIMITED'S MOTION TO
28   DISMISS COUNT 3 OF COUNTERCLAIMS RE: FRAUD

1

**IT IS HEREBY ORDERED THAT** Counter-Defendant Parkridge Limited's Motion to

2

Dismiss Count 3 of Counterclaims ~~is granted.~~ and Counter-Defendant Randy Dobson's
Motion to Dismiss Count 3 are GRANTED with leave to amend. (See below.)

3

4

5

**IT IS SO ORDERED.**

6

7

DATED: ___August 31, 2020___

Hon. Jeffrey S. White
United States ~~Magistrate~~ Judge

8

9

10

Defendant and counter-claimant Indyzen, Inc. may file an amended
counterclaim for fraud by no later than September 14, 2020 to allege
sufficient facts for the Court to adjudicate whether any fraud claim may
proceed.

11

12

13

Any amended counterclaim must conform with Federal Rule of Civil
Procedure 11(b)and be consistent with former representations to the
Court; must demonstrate that the fraud alleged concerns only the
payments at issue and therefore may fall outside the scope of the
arbitration; and must conform with Federal Rule of Civil Procedure 9(b)
and state with particularity any and all facts supporting the
contentions of justifiable reliance and harm.

14

15

16

17

In addition, any amended counterclaim for fraud as against counter-
defendant Randy Dobson must set forth specific facts indicating how the
Court may exercise personal jurisdiction over Dobson in his individual
capacity taking into account the findings made in arbitration. Indyzen,
Inc. must also set for specific facts regarding its efforts at service,
past or future.

18

19

20

21

Should Indyzen, Inc. elect to file an amended counterclaim for fraud and
the Court determine that it fails to comply with this order, the Court
shall consider levying sanctions in addition to dismissal without leave
to amend.

22

23

24

25

26

27

28

1                                           Case No. 4:16-cv-07387-JSW

PROPOSED ORDER TO COUNTER-DEFENDANT PARKRIDGE LIMITED'S MOTION TO
DISMISS COUNT 3 OF COUNTERCLAIMS RE: FRAUD