1  Keith R. Gillette (SBN 191082)
   E-mail: keith.gillette@lewisbrisbois.com
2  William E. Blumhardt (SBN 109256)
   E-mail: ric.blumhardt@lewisbrisbois.com
3  LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
4  2185 N. California Blvd., Ste. 300
   Walnut Creek, CA 94596-357
5  Telephone: (925) 357-3448
   Facsimile: (925) 478-3260
6
   Mark R. Figueiredo (SBN 178850)
7  E-mail: mrf@structurelaw.com
   Ethan G. Solove (SBN 308026)
8  E-mail: esolve@structurelaw.com
   STRUCTURE LAW GROUP
9  1754 Technology Drive, Suite 135
   San Jose, CA 95110
10 Telephone: 408.441.7500
   Facsimile: 408.441.7501
11
   Attorneys for Defendant and Counter-Plaintiff
12 INDYZEN, INC. and Defendant PRAVEEN
   NARRA KUMAR
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual, <br><br> Defendants. | Case No.: 4:16-cv-07387-JSW <br><br> *Hon. Jeffrey S. White* <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |
| INDYZEN, INC., a California corporation, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, BOON GLOBAL, LIMITED, a Hong Kong company, F8 VIETNAM COMPANY LIMITED, a Vietnam | |

company, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, a Vietnam company, and RANDY DOBSON an individual,

Counter-Defendants.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Matthew A. Trejo and Adrian Lambie of BULLIVANT HOUSER BAILEY PC is hereby disassociated as counsel of record for Defendant and Counter Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR in this action. Please remove Matthew Trejo and Adrian Lambie from all Court records, mailing lists, and proofs of service.

Keith Gillette and William E. Blumhardt of Lewis Brisbois Bisgaard & Smith LLP located at 2185 N. California Blvd., Ste. 300, Walnut Creek, CA 94596-357 and Mark R. Figueredo, Ethan G. Solove of STRUCTURE LAW GROUP, 1754 Technology Drive, Suite 135, San Jose, CA  95110, shall remain as counsel of record for Defendant and Counter Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR. Copies of all pleadings, correspondence and inquiries should be addressed to Keith Gillette, Mark R. Figueredo and Ethan G. Solova .

DATED: September 1, 2020

                 LEWIS, BRISBOIS, BISGAARD & SMITH LLP

                By /s/ *KEITH R. GILLETTE*
                   Keith R. Gillette
                   William E. Blumhardt
                   Attorneys for Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR