Keith R. Gillette (SBN 191082)
E-mail:  keith.gillette@lewisbrisbois.com
William E. Blumhardt (SBN 109256)
E-mail:  ric.blumhardt@lewisbrisbois.com
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2185 N. California Blvd., Ste. 300
Walnut Creek, CA 94596-357
Telephone:  (925) 357-3448
Facsimile: (925) 478-3260

Mark R. Figueredo (SBN 178850)
E-mail:  mrf@structurelaw.com
Ethan G. Solove (SBN 308026)
E-mail:  esolve@structurelaw.com
STRUCTURE LAW GROUP
1754 Technology Drive, Suite 135
San Jose, CA   95110
Telephone:  408.441.7500
Facsimile:  408.441.7501

Attorneys for Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants. | Case No.: 4:16-cv-07387-JSW<br><br>*Hon. Jeffrey S. White*<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT PURSUANT TO FRCP 26(a)(1)** |
| INDYZEN, INC., a California corporation,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, BOON GLOBAL, LIMITED, a Hong Kong company, F8 VIETNAM COMPANY LIMITED, a Vietnam | |

4826-1971-5779.1

– 1 –

| | |
|---|---|
| 1 | company, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, a Vietnam company, and RANDY DOBSON an individual, |
| 2 | |
| 3 | |
| 4 | Counter-Defendants. |

Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR, by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby provides notice to this Court that Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR's *Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1)* was served on July 15, 2020.

DATED: September 1, 2020

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By _____
Keith R. Gillette
William E. Blumhardt
Attorneys for Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR