| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 22 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation and MABEL MAK, an individual,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>INDYZEN, INC., a California corporation and PRAVEEN NARRA KUMAR, an individual,<br><br>        Defendants - Appellees. | No. 20-15534<br><br>D.C. No. 4:16-cv-07387-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

A review of the docket demonstrates that counsel has failed to file the opening brief in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute. Counsel for appellants is directed to notify his/her client immediately in writing regarding this dismissal.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Estela Urrutia
Deputy Clerk
Ninth Circuit Rule 27-7