| | |
|---|---|
| 1 | MMBRIAN A. WILLIAMSON - # 336547 |
| | **CALLAGY LAW, P.C.** |
| 2 | 2550 W Union Hills Drive, Suite 350-341 |
| | Phoenix, AZ 07652 |
| 3 | Telephone: (201)261-1700 |
| | Facsimile: (201)621-6236 |
| 4 | E-mail: bwilliamson@callagylaw.com |

[Additional counsel listed on signature page.]

Attorneys for Plaintiffs
PARKRIDGE LIMITED AND MABEL MAK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, | Case No. 4:16-cv-07387-JSW |
| Plaintiffs, | **NOTICE OF APPEARANCE OF** |
| v. | **BRIAN A. WILLIAMSON** |
| INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual, | Complaint Filed:   December 29, 2016 |
| Defendants. | |
| INDYZEN, INC., a California corporation, | |
| Counter-Plaintiffs, | |
| v. | |
| PARKRIDGE LIMITED, a Hong Kong corporation and RANDY DOBSON, an individual, | |
| Counter-Defendants. | |

Case No. 4:16-cv-07387-JSW

NOTICE OF APPEARANCE OF BRIAN A. WILLIAMSON

To the Clerk of the Court for the United States District Court for the Northern District of California:

PLEASE TAKE NOTICE THAT Brian A. Williamson hereby enters his appearance as attorney of record for Defendants, Parkridge Limited and Mabel Mak, in the above-captioned matter. Mr. Williamson was previously admitted into this matter via pro hac vice on April 7, 2021. See ECF No. 188. Mr. Williamson has now been barred in the State of California and now has been admitted to practice in the Northern District of California.

Mr. Williamson respectfully requests that all pleadings, orders, motions, notices, and other papers in this action henceforth be served on him. His address, telephone, fax, and email are listed below as follows:

> CALLAGY LAW, PC
> Brian A. Williamson, Esq. - # 336547
> 2550 W Union Hills Drive, Suite 350-341
> Phoenix, AZ 07652
> Telephone: (201)261-1700
> Facsimile: (201)621-6236
> E-mail: bwilliamson@callagylaw.com

**[SIGNATURE BLOCK CONTINUED ON NEXT PAGE]**

| | |
|---|---|
| DATED: June 3, 2021 | CALLAGY LAW, P.C.<br><br>By: _/s/ Brian Williamson_<br>   BRIAN A. WILLIAMSON<br><br>CONSTANCE J. YU (SBN 182704)<br>PUTTERMAN \| YU LLP<br>345 California Street, Suite 1160<br>San Francisco, CA 94104-2626<br>Telephone: (415) 839-8779<br>Facsimile: (415) 737-1363<br>E-mail: cyu@plylaw.com |

NOTICE OF APPEARANCE OF BRIAN A. WILLIAMSON