MICHAEL J. SMIKUN (*Admitted Pro Hac Vice*)
**CALLAGY LAW, P.C.**
Mack Cali Centre II
650 From Road – Suite 565
Paramus, New Jersey 07652
Telephone: (201)261-1700
Facsimile: (201)621-6236
E-mail: msmikun@callagylaw.com

[Additional counsel listed on signature page.]

Attorneys for Plaintiffs
PARKRIDGE LIMITED AND MABEL MAK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual, | |
| Plaintiffs, | Case No. 4:16-cv-07387-JSW |
| v. | **[PROPOSED] ORDER** |
| INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual, | *Hon. Jeffrey S. White* |
| Defendants. | |
| INDYZEN, INC., a California corporation, | |
| Counter-Plaintiffs, | |
| v. | |
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, BOON GLOBAL LIMITED, a Hong Kong company, F8 VIETNAM COMPANY LIMITED, a Vietnam company, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, a Vietnam company, and RANDY DOBSON, an individual, | |
| Counter-Defendants. | |

**[~~PROPOSED~~] ORDER**

This matter having come before the Court on the Stipulation to Continue Pretrial Conference, Jury Selection, and Trial, due notice having been given, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. Granting the parties' Stipulation to Continue Pretrial Conference, Jury Selection, and Trial.
2. The Pretrial Conference set for August 9, 2021, the Jury Selection set for August 25, 2021, and the Trial set for August 30, 2021 are continued to the following dates:

| Event | Deadline | |
|---|---|---|
| Final Pretrial Conference | ~~October 11, 2021~~ | February 7, 2022 at 2:00 p.m. |
| Jury Selection | ~~November 3, 2021~~ | February 23, 2022 at 8:00 a.m. |
| Jury/~~Bench~~ Trial | ~~November 8, 2021~~ | February 28, 2022 at 8:00 a.m. |
| Length of Trial | To be determined | |

Dated: July 26, 2021

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE