UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation and MABEL MAK, an individual,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>INDYZEN, INC., a California corporation and PRAVEEN NARRA KUMAR, an individual,<br><br>       Defendants - Appellees. | No. 20-15534<br><br>D.C. No. 4:16-cv-07387-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered June 23, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7