United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED and MABEL MAK,<br><br>          Plaintiffs,<br><br>     v.<br><br>INDYZEN, INC. and PRAVEEN NARRA KUMAR,<br><br>          Defendants. | Case No. 16-cv-07387-JSW<br><br>**ORDER DENYING MOTION TO ENTER EARLY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)**<br><br>Re: Dkt. No. 199 |

Now before the Court is the motion filed by Defendants Indyzen, Inc. and Praveen Narra Kumar to enter early judgment on the arbitration award pursuant to Federal Rule of Civil Procedure 54(b). Under Rule 54(b), when an action presents more than one claim for relief, a district court may, in its discretion, "direct the entry of a final judgment as to one or more, but fewer than all, claims upon determination that 'there is no just reason for delay.'" *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 10 (1980). A disposition is considered final where there has been a decision upon a cognizable claim for relief and it is "an ultimate disposition of an individual claim entered in the course of a multiple claims action." *Id.* at 6-7. Once juridical concerns have been met, the discretionary decision of the district court should be given substantial deference because the court is "the one most likely to be familiar with the case and with any

justifiable reasons for delay." *Sears Roebuck and Co. v. Mackey*, 76 S. Ct. 895, 901 (1956).

Here, Indyzen requests that the Court exercise its discretion to enter judgment pursuant to Rule 54(b) of the claims adjudicated in arbitration. However, because the damages element of the claim for breach of contract has not been resolved and because the trial regarding that element is forthcoming, the Court declines to enter judgment early on the remainder of the claims adjudicated in arbitration. Accordingly, the Court DENIES Indyzen's motion.

**IT IS SO ORDERED.**

Dated: January 21, 2022

_____
JEFFREY S. WHITE
United States District Judge

2