# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California corporation, and PRAVEEN NARRA KUMAR, an individual,<br><br>Defendants. | Case No. 4:16-cv-07387-JSW<br><br>*Hon. Jeffrey S. White*<br><br>**[PROPOSED] ORDER GRANITNG STIPULATED MOTION RE PROPOSED BRIEFING SCHEDULE FOR POST-TRIAL BRIEFS** |
| INDYZEN, INC., a California corporation,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PARKRIDGE LIMITED, a Hong Kong corporation, by Mabel Mak, BOON GLOBAL LIMITED, a Hong Kong company, F8 VIETNAM COMPANY LIMITED, a Vietnam company, CALIFORNIA FITNESS & YOGA CENTERS COMPANY LIMITED, a Vietnam company, and RANDY DOBSON, an individual,<br><br>Counter-Defendants. | |

This matter having come before the Court on the Parties' Stipulated Motion Re Proposed Briefing Schedule for Post-Trial Briefs, and this Court having reviewed the moving papers, and good cause having been shown:

IT IS ORDERED granting the Stipulated Motion Re Proposed Briefing Schedule for Post-Trial Briefs and adopting the below briefing schedule.

| **Filing** | **Deadline** |
|---|---|
| Indyzen's Post-Trial Brief | October 31, 2022 |
| Parkridge's Motion for Directed Verdict and Response to Indyzen's Post-Trial Brief | November 14, 2022 |
| Indyzen's Reply in support of Indyzen's Post-Trial Brief and Indyzen's Response to Parkridge's Motion for Directed Verdict | December 5, 2022 |
| Parkridge's Reply in support of Parkridge's Motion for Directed Verdict and Parties to lodge Proposed Findings of Fact and Conclusions of Law | December 19, 2022 |

Dated: October 31, 2022

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE