Brian A. Williamson (CA Bar # 336547)
**CALLAGY LAW, P.C.**
650 From Road – Suite 240
Paramus, New Jersey 07652
Telephone: (201)261-1700
Facsimile: (201)621-6236
E-mail: bwilliamson@callagylaw.com
Attorneys for Plaintiff PARKRIDGE LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong Corporation, by Mabel Mak and MABEL MAK, an individual,<br><br>Plaintiffs,<br>v.<br>INDYZEN, INC., a California Corporation, and PRAVEEN NARRA KUMAR, an individual<br><br>Defendants. | CASE NO. 16-CV-07387-JSW<br><br>**STIPULATED MOTION TO AMEND FINAL JUDGMENT** |
| INDYZEN, INC., a California Corporation,<br><br>Counter-Claimant,<br>v.<br>PARKRIDGE LIMITED, a Hong Kong Corporation and RANDY GENE DOBSON, an individual,<br><br>Counter-Defendants. | |

Parkridge Limited and Indyzen, Inc., by and through undersigned counsel, hereby stipulate and move the Court to amend the final judgment entered in this matter on March 15, 2023. The parties have conferred extensively regarding the calculations of damages, interest, and attorney's fees and have reached an agreement on a form of judgment which clearly sets forth all amounts awarded or to be awarded by the Court in this matter, including as to awardable attorney's fees consistent with the Magistrate's Report and Recommendation to Grant Attorney's Fees [Dkt. 288] and Supplemental Report and Recommendation to Grant Attorney's Fees [Dk. 295]. In the interest of ensuring clarity, the parties respectfully request that the Court enter the proposed Amended Final Judgment as presented by the parties.

DATED: December 18, 2023

STRUCTURE LAW GROUP

By  /s/Christopher Addy
    Christopher Addy

Attorneys for Defendant and Counter-Plaintiff INDYZEN, INC. and Defendant PRAVEEN NARRA KUMAR

///

DATED: December 18, 2023        CALLAGY LAW, P.C.

By:  /s/Brian A. Williamson
     Brian A. Williamson, Esq.

Attorneys for Plaintiffs and Counter-Defendants PARKRIDGE LIMITED and MABEL MAK