# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKRIDGE LIMITED, a Hong Kong Corporation, by Mabel Mak and MABEL MAK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INDYZEN, INC., a California Corporation, and PRAVEEN NARRA KUMAR, an individual<br><br>Defendants. | CASE NO. 16-CV-07387-JSW<br><br>**AMENDED FINAL JUDGMENT** |
| INDYZEN, INC., a California Corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>PARKRIDGE LIMITED, a Hong Kong Corporation and RANDY GENE DOBSON, an individual,<br><br>Counter-Defendants. | |

Pursuant to the Court's findings of fact and conclusions of law and the Parties stipulation regarding the calculations of damages, interest, attorneys' fees and costs, the Court hereby enters an amended judgment as follows:

1. Indyzen is granted judgment against Parkridge on Count I for breach of contract in the principal amount of $490,000.00, plus pre-judgment interest accruing at the contract rate of eighteen percent (18%) per annum – or $241.64 per day – from January 1, 2016 until March 15, 2023 in the amount of $635,764.93.

2. Indyzen is granted judgment against Parkridge on Count II for breach of the promissory note in the principal amount of $550,000.00, plus pre-judgment interest accruing at the contract rate of ten percent (10%) per annum – or the following daily rates: $13.69 per day from May 31, 2015 until June 30, 2015; $41.09 per day from June 30, 2015 until July 31, 2015; $68.49 per day from July 31, 2015 until August 31, 2015; $95.89 per day from August 31, 2015 until September 30, 2015; $123.28 per day from September 30, 2015 until October 31, 2015; and $150.68 per day from October 31, 2015 until March 15, 2023 – from May 31, 2015 until March 15, 2023 in the amount of $416,547.32.

3. Indyzen is granted judgment against Parkridge on Count IV for breach of oral promise and Count V for breach of promissory estoppel in the principal amount of $360,000.00, plus pre-judgment interest accruing at the rate of ten percent (10%) per annum – or $98.63 per day – from January 1, 2016 until March 15, 2023 in the amount of $259,495.53.

4. Indyzen is granted judgment against Parkridge and Mabel Mak, jointly and severally, in the principal amount of $678,825.00, plus pre-judgment interest accruing at the rate of ten percent (10%) per annum – or $185.98 per day – from August 19, 2019 until March 15, 2023 in the amount of $247,517.92.

2

5.  Indyzen is granted judgment against Parkridge and Mabel Mak, jointly and severally, in accordance with the Court's Order Adopting Report and Recommendation re Motion for Attorneys' Fees dated June 4, 2020 in the amount of $26,268.00.

6.  Indyzen is granted judgment against Parkridge for Indyzen's allowable attorney's fees in the amount of $214,753.24.

7.  Pursuant to 28 U.S.C. § 1961, interest shall accrue on the amounts awarded herein at the rate of four and nine tenths percent (4.9%) per annum, from March 15, 2023 until paid in full.

**IT IS SO ORDERED.**

Dated: _____

_____
JEFFREY S. WHITE
United States District Judge