| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 26 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

PARKRIDGE LIMITED, a Hong Kong corporation; MABEL MAK, an individual,

    Plaintiffs-Appellants,

 v.

INDYZEN, INC., a California corporation; PRAVEEN NARRA KUMAR, an individual,

    Defendants-Appellees.

No. 23-15542

D.C. No. 4:16-cv-07387-JSW
Northern District of California, Oakland

ORDER

Appellants' motion (Docket Entry No. 14) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA168